UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
GRACE ANGELO,                                                   :
                                                               :      21 Civ. 3578 (CS)
                                   Plaintiff,                   :
                                                               :   **NOTICE OF WITHDRAWAL**
            - against -                                         :   **AS COUNSEL**
                                                               :
ALEXANDER ALVARADO,                                            :
                                                               :
                                   Defendant.                  :
-------------------------------------------------------------- X

**PLEASE TAKE NOTICE** that pursuant to Rule 1.4 of the Local Rules for the United States

Courts for the Southern and Eastern Districts of New York, I, BAHIYA LAWRENCE, an Assistant

Attorney General at the Office of LETITIA JAMES, Attorney General of the State of New York, attorney

for Defendant ALEXANDER ALVARADO, hereby withdraws as an attorney of record as I am leaving

the Office of Attorney General. The Office of Attorney General will continue to serve as counsel of

record to said Defendants in the above-referenced matter, and this matter will be handled by another

Assistant Attorney General, who has already entered a Notice of Appearance.

Therefore, I hereby request that the Court grant my withdrawal and that my appearance be

removed from the docket.


Dated: New York, NY
       June 14, 2023

                                        LETITIA JAMES
                                        Attorney General
                                        State of New York
                                        *Attorney for Defendant*
                                        By:
                                        /s/ Bahiya Lawrence
                                        Bahiya Lawrence
                                        Assistant Attorney General
                                        28 Liberty Street, 18th floor
                                        New York, New York 10005
                                        (212) 416-8665
                                        Bahiya.Lawrence@ag.ny.gov

**IT IS SO ORDERED.**

Dated:_____, 2023
      White Plains, NY

_____
Hon. CATHY SEIBEL
United States District Judge