# EXHIBIT A

Page 1

Grace v Alvarado - 7/12/2023 - Angelo Grace

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK


ANGELO GRACE,

     Plaintiff,

v                                    Index No.:   21-CV-3578

SERGEANT ALEXANDER ALVARADO,

     Defendant.

_____X

        DEPOSITION OF: ANGELO GRACE

        DATE:          July 12, 2023

        TIME:          11:17 a.m. to 2:33 p.m.

        VENUE:         WebEx


Reported by Danielle Christian

Grace v Alvarado - 7/12/2023 - Angelo Grace

APPEARANCES:

    FOR THE PLAINTIFF:

        PRO SE


    FOR THE DEFENDANTS:

        OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL

        BY:  CYNTHIA LUO, A.A.G.

            SUZANNA PUBLICKER METTHAN, A.A.G.

            AGNES POPLAWSKI, Intern

            CAMERON CRAIG, Intern

        28 Liberty Street

        New York, New York 10005

Grace v Alvarado – 7/12/2023 – Angelo Grace

I N D E X   O F   P R O C E E D I N G S

ANGELO GRACE: Sworn

Direct Examination by Ms. Luo                                    6

R E Q U E S T   L I S T

. Ms. Luo requests copies of Misbehavior Reports

. Ms. Luo requests copies of complaints and

grievance filed

800.523.7887                                    Associated Reporters Int'l., Inc.

Grace v Alvarado - 7/12/2023 - Angelo Grace

E X H I B I T   I N D E X

Marked as

Described as

A                                                                    84

Grievance

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 5

Grace v Alvarado - 7/12/2023 - Angelo Grace

STIPULATIONS

It is HEREBY STIPULATED by and among the attorneys for the respective parties, in accordance with the Federal Rules of Civil Procedure, that this deposition may be taken by the Defendant at this time, pursuant to subpoena;

FURTHER STIPULATED, that all objections except as to the form of the questions and responsiveness of the answers, be reserved until trial;

FURTHER STIPULATED, that the witness may read and sign the deposition and make any corrections to same before any Notary Public;

AND FURTHER STIPULATED, that if the original deposition has not been duly signed by the witness and returned to the attorney taking the deposition by the time of trial or any hearing in this cause, a certified copy of the deposition may be used as though it were the original

ARII@courtsteno.com                              www.courtsteno.com

800.523.7887                                  Associated Reporters Int'l., Inc.

Grace v Alvarado - 7/12/2023 - Angelo Grace

(The deposition commenced at 11:17 a.m.)

COURT REPORTER:  So we are on the record. The time is now eleven seventeen a.m.  Mr. Grace, can you please raise your right hand?  Do you swear or affirm that the testimony given in this cause will be the whole truth and nothing but the truth?

MR. GRACE:  Yes.

ANGELO GRACE; Sworn

COURT REPORTER:  Can you please state and spell your name for the record?

THE WITNESS:  Angelo Grace, A-N-G-E-L-O G-R-A-C-E.

COURT REPORTER:  And can you please state your DIN number and the facility you are at?

THE WITNESS:  11A1499 and I'm at Altona Correctional Facility.

COURT REPORTER:  Thank you.  You can put your hand down.  Your witness has been sworn.

THE WITNESS:  Okay.  Yeah.

MS. LUO:  Thank you.

THE WITNESS:  You're welcome.

DIRECT EXAMINATION

BY MS. LUO:

Q.   Good morning, Mr. Grace.

ARII@courtsteno.com                                  www.courtsteno.com

800.523.7887                                    Associated Reporters Int'l., Inc.

Grace v Alvarado - 7/12/2023 - Angelo Grace

A.    Good morning.

Q.    My name is Cynthia Luo and I represent the defendants in this action, which is pending in the United States District Court for the Southern District of New York.  Also with me is my colleague Susanna Publicker Mettnam and two interns from our office, Agnes Poplawski and Cameron Craig.

A.    Okay.

Q.    The purpose of this deposition is to ask you questions about the incident that gave rise to this lawsuit.

A.    Okay.

Q.    So before we begin, I would like to go over some basic ground rules for this deposition so we are all on the same page.  Okay?

A.    Yes.

Q.    I will be asking you questions and both my questions and your answers will be recorded by the court reporter.  Do you understand?

A.    Yes.

Q.    Please keep your voice up and speak clearly so that the court reporter can transcribe your deposition accurately.  You must give a verbal response as the court reporter cannot record non-verbal responses

800.523.7887                    Associated Reporters Int'l., Inc.

Page 8

Grace v Alvarado - 7/12/2023 - Angelo Grace

such as nodding or shaking your head or uh-huhs.  Do you understand?

A.   Yes.

Q.   Since we are on video, it's particularly important that you wait until I finish asking a question before you begin answering even if you think you know what the rest of my question will be. Otherwise the court reporter might have trouble if we talk over each other.  Will you do that?

A.   Yes.

Q.   And similarly I will try my best to make sure that you have given your complete answer before I jump in with another question, okay?

A.   Okay.  Yes.  Can I ask you one question?  Is this bothering you, this black box? Because it's in the way.  I don't know.  Okay.

Q.   I have no issue seeing you.  Court reporter, is everything good on your end?

COURT REPORTER:  Everything's good on my end.  I don't see it.

BY MS. LUO:  (Cont'g.)

Q.   Okay.  Thank you.  Mr. Grace.  Do you understand that you have just taken an oath that requires you to tell the truth, the whole truth, and

ARII@courtsteno.com                    www.courtsteno.com

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 9

Grace v Alvarado - 7/12/2023 - Angelo Grace

nothing but the truth?

A.   Yes.

Q.   Do you understand that even though we are not in a courtroom, the oath that you took is the same one that you will take as a witness if this case goes to trial?

A.   Yes.

Q.   As we are interested in finding the whole truth that you just took an oath to give today, it is important that you give me full and complete answers to the questions I ask.  If there is any question that you do not understand for any reason, please tell me. Okay?

A.   Yes.

Q.   And if you do not hear any part of a question, please tell me.  Okay?

A.   Okay.

Q.   Unless you tell me otherwise, I will assume that you have both understood and heard the entire question.  Got it?

A.   Got it.

Q.   If I ask you a question that you do not know the answer to, will you tell me you do not know the answer and not guess at the answer unless I tell you

Grace v Alvarado - 7/12/2023 - Angelo Grace

to do so?

A.   Yes.

Q.   Similarly, if I ask you a question that you can now no longer remember, will you tell me you cannot remember and not guess at the answer unless I tell you to do so?

A.   Yes.

Q.   If you ever feel like we -- you need a break, please let me know and we can take one. However, we can't take a break when a question is pending.  You'll need to answer it first.  Do you understand?

A.   Yes.

Q.   If you need to speak to an attorney, that is fine, but if there is a question pending or if you are in the middle of an answer, please answer the question or finish your answer beforehand.  Okay?

A.   Okay.

Q.   If you realize at any point during this deposition that an earlier answer you told me was inaccurate or incomplete, please let me know and I will give you a chance to correct it.  Do you understand?

A.   Yes.

Q.   Mr. Grace, are you aware of any

Grace v Alvarado - 7/12/2023 - Angelo Grace

physical or mental conditions that could interfere with your ability to testify today?

A. No.

Q. Have you taken any medication in the past twenty-four hours?

A. No.

Q. Have you consumed any alcohol in the past twenty-four hours?

A. No.

Q. Have you consumed any other intoxicating substances in the past twenty-four hours?

A. No.

Q. Are you at all sick today?

A. No.

Q. Are you currently under a doctor's care for any illness?

A. No.

Q. Is there any other reason why you cannot testify fully and accurately today?

A. No.

Q. Do you presently have any medical problems or conditions?

A. Yes, high blood pressure. I have right now, which I'm taking -- I'm supposed to be taking

Page 12

Grace v Alvarado - 7/12/2023 - Angelo Grace

high blood pressure pills and high cholesterol.  That's it.

Q.   Okay.  so I'm going to follow up and ask a few additional questions about those.  So when did your high blood pressure begin?

A.   Shortly after I left Sing Sing Correctional Facility, which was back in 2021.  When I got to Wallkill, it was brought to my attention that I'm having high blood pressures and then when I got to Gouverneur, I was getting bad headaches where I had went to the box -- and I was having headaches for nine days straight and they was telling me, well, you may have high blood pressure.  So when I got here to Altona, they told me it was extremely high and they put me on five milligrams of some type of pill to help bring it down.  And they did blood test work to further check any health issues and stuff and everything else was good.

Q.   Okay.  So let me just make sure I understood what you told me.  So sometime around 2021 is when you first started experiencing high blood pressure, is that right?

A.   Right.  But I didn't know.  I didn't know that's what it was.  I didn't know.

Q.   Do you remember around what month or

Associated Reporters Int'l., Inc.

Grace v Alvarado - 7/12/2023 - Angelo Grace

time of year that was?

            A.   I got the June -- like about June, July.  Right after I left I started accumulating bad headaches and I just ignored it.  I just figured that it was maybe because of maybe the heat or something.  I never went and got checked out for it.  But the following year it just got worse and worse and they was giving me ibuprofen.  That wasn't working for me.  And then I didn't actually know until I got Upstate Box and she told me that my blood pressure was high.  She said, "You've been having headaches a lot lately." And I said, yes.  She says, "You need to get checked." And that's when I came to realize that I have high blood pressure now.

            Q.   Okay.  So it was sometime in 2022 when you finally discussed the possibility of having high blood pressure with someone; is that right?

            A.   Right.

            Q.   And who was this person?  Who told you you might have high blood pressure?

            A.   It was the nurse at Upstate Box, I don't know her name.  You know, when you come through they got to check your blood pressure, diagnose you when you first get into the facility.  And as she checked it

Grace v Alvarado - 7/12/2023 - Angelo Grace

before I was logged in and put into the cell, she acknowledged that my blood pressure was extremely high.

Q.    Okay.  And around what month in 2022 was this?

A.    Well, I left -- it was the beginning actually, to correct you, it was the beginning.  It was January, I got locked up at Gouverneur December 15th. And when I left -- left there and got to the Box in January 20, the very first month January 2023 is when I got diagnosed because they had to transfer me from the -- from that facility to the Upstate Box.  So it was in January when I got there, probably like January anywhere between the 15th to the 20 something in there.  Sometime I got there, I don't remember -- I don't recall the exact date I got in the Box up there, but I know it was in January because I left Gouverneur in January to go to Upstate Box because I had a long night ... term Box sentenced fulfilled.

Q.    Understood.  Thank you.

A.    You're welcome.

Q.    So in -- so while you had symptoms of high blood pressure starting around June or July of 2021, you were not formally diagnosed with high blood pressure until around January 2023; is that right?

800.523.7887                                    Associated Reporters Int'l., Inc.

Grace v Alvarado - 7/12/2023 - Angelo Grace

A.   Correct.

Q.   And at this time, did you receive any medication or any other treatment?

A.   Back in 2021?

Q.   Sure.  Let's start.  Yeah, well, let's -- let's start in 2021 when you started feeling symptoms but were not formally diagnosed with high blood pressure, did you receive any sort of medication or treatment at that time?

A.   No, I didn't.

Q.   Okay.  And then what about in 2022?

A.   In 2022, they started giving me ibuprofen.

Q.   And what was the ibuprofen for?

A.   For the headaches.

Q.   Okay.  And then once you were diagnosed with high blood pressure in January of 2023, did you receive any treatment?

A.   No, they didn't give me -- they didn't give me -- they gave me more ibuprofen.  They didn't give me any medication pertaining to helping with the high blood pressure.  They just gave me more of -- they didn't even do no blood work.  They just took the blood pressure and then they just said, well, if you're

Grace v Alvarado - 7/12/2023 - Angelo Grace

still getting headaches, here, take this.  But when you get to your next facility, they'll do a check on you and to see what's going on.  So it wasn't until I got here and they did the blood work and they did all the tests and then he realized that my blood pressure was high and I had high cholesterol and things like that.  Then I started getting treated.

Q.   So when did you arrive at your current facility?

A.   I arrived here March 21st of this year, 2023.

Q.   And is this where you were first formally diagnosed with high blood pressure at?

A.   At Altona, yes.

Q.   Got it.  And in March 2023, did you receive any treatment for your high blood pressure?

A.   Yeah, he prescribed medication for me.  I don't know the name of the medication because it's hard to pronounce the name of it.  But five milligrams.  He said, I'm going to start you off with five milligrams.  And then he gave me a pass for the next thirty days to report to and from every -- I think it was Tuesdays and Thursdays to check my blood -- my blood pressure to see if the medication was working.

800.523.7887                              Associated Reporters Int'l., Inc.

Grace v Alvarado - 7/12/2023 - Angelo Grace

Q.   And are you still under the same kind of treatment?

A.   Yes, I'm under the same kind of treatment still.

Q.   Has your blood pressure improved at all?

A.   Yes, it is improved.  The last time they checked it, it was down to like one twenty-four, which is -- they said was really good.  So I've been doing a lot, lot better not stressing so much, not worrying about things and focusing my energy on, you know, just life, everything I've been going through the last twenty-three years incarcerated.

Q.   And you had also mentioned that you were diagnosed with high cholesterol, right?

A.   Yes.

Q.   And was -- go on.

A.   No.  I was diagnosed with high cholesterol.  He just prescribed medication too for that too.  But I'm still -- I haven't been rescheduled yet to come in.  So they probably reschedule me again to come in and check the high -- recheck my high -- my high cholesterol to see if it's improving.  So they do it in segments.  So I guess I'll be coming up soon depending

ARII@courtsteno.com                              www.courtsteno.com

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 18

Grace v Alvarado - 7/12/2023 - Angelo Grace

on how much time they're given me on the medication that

he's given me to see -- to check to see if it's

improving.

Q.   And were you diagnosed with any

other medical condition in March 2023?

A.   No.

Q.   Have you ever been hospitalized for

your high blood pressure?

A.   No.

Q.   And what about for your high

cholesterol?

A.   No.

Q.   Have you ever been hospitalized for

any other reason?

A.   No.

Q.   Have you been diagnosed with any

other medical condition?

A.   No.

Q.   Have you ever used any drugs?

A.   No.

Q.   Have you ever used any alcohol?

A.   No.

Q.   Have you ever been diagnosed with a

mental health condition?

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 19

Grace v Alvarado - 7/12/2023 - Angelo Grace

A.   No.

Q.   Have you ever seen a mental health professional for any reason?

A.   Yes, I've seen one before in Sing Sing.  I had an issue some years back with going on a visit and being touched inappropriately by another officer that was there and I was having problems with that, what he did.  And so I've seen one before.  Yes, I've talked -- and I've talked to one in here, but they just want to know if I need any further, you know, assistance on -- but outside of that, no.

Q.   What year was it that you saw this professional at Sing Sing?

A.   To be -- to be honest, I really don't recall the year because it was a -- it was a while back and I don't want to guess, but it's been a while back.  Because I have wrote this officer, I have wrote a grievance and I guess Officer George, I think his name was, for the inappropriateness of how he had me doing the visit on a pat-frisk search.

Q.   Was it more than five years ago?

A.   See, what's this?  Probably just a little bit more than five years ago.  Probably -- probably just a little.  I want -- if anything it is --

ARII@courtsteno.com                             www.courtsteno.com

Grace v Alvarado - 7/12/2023 - Angelo Grace

it is anywhere between 2017 up to now, back that fall, '17, '18, somewhere back in there.

Q.   Got it.   Thank you.

A.   You're welcome.

Q.   And you had mentioned you had saw another mental health professional at Sing Sing; is that right?

A.   No.   Here at Altona, they interview you to -- because of the high blood pressure they want to know if I'm stressing, if I'm -- so they interviewed me again and they asked me do I think I would need to see, you know -- because they didn't transfer me again and I told her at this time, no, she asked me if I feel like harming myself or if I have any issues, you know, things like that.   Due to the fact of how long I've been down to.   So they want to make sure that my mental capacity is, you know, stable.   So I told her I was good at the time.   She said if I need any further assistance, to contact her at Clinton.   That was at Clinton.   She's at Clinton.   I did it the same way I'm doing now, through video and medical.

Q.   And what year was this?

A.   This was this year.

Q.   Around what month?

Grace v Alvarado - 7/12/2023 - Angelo Grace

A. Probably like around April, May, somewhere in, yeah.

Q. And aside from these two instances that you just told me about, did you see a mental health professional for any other reason?

A. No.

Q. Have you ever been deposed

A. To -- excuse me, what?

Q. Have you ever been deposed? That is sit in a deposition like you are with me now.

A. Oh, no.

Q. Have you ever been a plaintiff in a civil lawsuit?

A. Yes. I have a civil lawsuit pending now. I don't really know the status of it at this time. It's been pending since 2019 for wrongful conviction. So I don't -- I don't know where it's at right now, but they haven't contacted me. So I guess, when that comes available or whatever, they'll contact me for whatever sittings or whatever they want to discuss at the time or whatever. So yes, I have a state lawsuit in now for wrongful conviction against the DA's office and the judge, the police officers who arrested me due to the fact of they used an arrest warrant signed by an

Grace v Alvarado - 7/12/2023 - Angelo Grace associate court clerk, which didn't give them jurisdiction to expedite me from another state into the state for a crime that I was never indicted for in the first place.

Q.   And now you had mentioned that this was in state court.  What state is this case pending in?

A.   This is in New York, Manhattan.

Q.   Thank you, Mr. Grace.

A.   You're welcome.

Q.   Have you ever been a defendant in a civil lawsuit?

A.   No, I've never been a defendant.

Q.   Have you ever been a witness in either a civil or a criminal lawsuit?

A.   No.

Q.   What is your full legal name?

A.   Angelo Kirk Grace.  That's Kirk. That's K-I-R-K, Kirk.

Q.   Have you ever been known by any other name other than Angelo Kirk Grace?

A.   When I had my record label, yes.  I was known as my nickname -- my street name was Outlaw.

Q.   Do you have any other nicknames?

A.   No.

800.523.7887

Associated Reporters Int'l., Inc.

Page 23

Grace v Alvarado - 7/12/2023 - Angelo Grace

Q.   When were you known?

A.   Go ahead.

Q.   Go on.

A.   The only -- the only nickname I'm called on the street though is my middle name Kirk.  No one calls me by my first name.

Q.   Okay.  So you are commonly known as -- as Kirk?

A.   Yes.

Q.   And when were you referred to by your street name Outlaw?

A.   When I had my record label.

Q.   And what year was that?

A.   Back in '99, 1999.

Q.   What is your date of birth?

A.   ████ '77.

Q.   Where were you born?

A.   I was born in New York in Manhattan Presbyterian Hospital.

Q.   What is your social security number?

A.   ██████████.

Q.   What is your current height?

A.   Five nine.

Q.   Weight?

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 24

Grace v Alvarado - 7/12/2023 - Angelo Grace

A.   One hundred and eighty-five.

Q.   Where did you grow up?

A.   In Drew Hamilton of Manhattan, which we call -- it's Uptown, so we call it, you know, it's the projects.  I grew up in the -- in the hood.  You can say, when they say the hood, the projects.  So I'm from Harlem, they call it Harlem.

Q.   So just to clarify, you grew up around the Harlem area in Uptown Manhattan?

A.   Yes.

Q.   What is your marital status?

A.   My marital.  You said my marital?

Q.   Your marital status, meaning are you single, married, divorced?

A.   Yes.  I'm single -- I'm single.

Q.   Have you ever been married?

A.   No.

Q.   Do you have any children?

A.   Yes, I have a son who's twenty-three years of age right now and is -- and is currently in college out in Connecticut.

Q.   What is your son's name?

A.   Angelo Kirk Grace.  He's a junior.

Q.   Okay.  And who does he live with?

ARII@courtsteno.com                                    www.courtsteno.com

Case 7:21-cv-03578-CS    Document 47-1    Filed 11/28/23    Page 26 of 189

800.523.7887

Associated Reporters Int'l., Inc.

Page 25

Grace v Alvarado - 7/12/2023 - Angelo Grace

A.    His mother Arelis Vega, his mother, biological mother.

Q.    And they both live in Connecticut?

A.    Yes.

Q.    Have you ever discussed the allegations in your complaint with any of them?

A.    No, at this time I don't have contact with them.  I haven't had contact with them for some years now, so, no.

Q.    Okay.  So you didn't discuss the lawsuit with them either?

A.    No.

Q.    Have you ever discussed the allegations in your complaint with anyone else?

A.    Besides the people that I filed in response the police department, my niece when it happened, and my sister.  Outside of that no.

Q.    So let's just go through those folks that you just mentioned one by one.  So you said the -- your niece, what is her name?

A.    Lailah Patterson.

Q.    Are you close with her?

A.    Yes.  She's the one taking care of all of my legal assistance when it comes to anything

ARII@courtsteno.com                                    www.courtsteno.com

800.523.7887                                      Associated Reporters Int'l., Inc.

Grace v Alvarado - 7/12/2023 - Angelo Grace

pertaining to the courts and anything that I'm following as far as --

Q.    Sorry.

A.    -- as far as any suits or anything, she's always aware.  I always let her know because a lot of times I have complaints.  She calls headquarters for me and things like that.

Q.    And how old is Ms. Patterson?

A.    She's should -- she should be thirty-two, thirty-three in there.

Q.    Where does she live?

A.    She lives in Harlem on 142nd and 8th Avenue.

Q.    How often would you say you talk to her?

A.    I talk to them probably once or twice out the week, every weekend.

Q.    And you also mentioned your sister, right?

A.    Yes, which is her mother that lives there.  So she knows about the complaint because they was the ones I called when the incident happened to put in the complaint to Albany.

Q.    And are you close to your sister as

Grace v Alvarado - 7/12/2023 - Angelo Grace

well?

A.   Yes.

Q.   What is your sister's name?

A.   Denise Grace.

Q.   And how old is she?

A.   She's sixty-three, I think.  Sixty-three.

Q.   And how often would you say you talk to her?

A.   I talk to her once in a while.  When I call home, I speak more with my niece than her, so -- because when I call home, I call home specifically for issues to be handled.  And my niece is usually the one that handles everything I need done.  So if I do talk, it's a brief, hey sis, she says hello bro, and then she gives the phone to my niece because she knows it's something that I need done.  So I spend more time on the phone with my niece than my sister.

Q.   And Ms. Denise Grace also lives in Harlem with your niece, right?

A.   Yes, they live in the same apartment.

Q.   Is there anyone else in that apartment who you've talked to about this?

Grace v Alvarado - 7/12/2023 - Angelo Grace

A.   No, just them two.

Q.   And then the third party you had mentioned that you've discussed the allegations in your complaint with was the New York State Police; is that right?

A.   Well, the New York State Police is where I put the complaint.  I thought I didn't discuss the suit with them.  The only other person that knows about the suit is the assistance I had with individuals that's who they give in the prison authority once you go through the superintendent to help assist you on your legal work.  So the only ones that would know is the people that ever assist me under the permission of the superintendent, which is one of the guys that sent a report that was at the -- that filed it for me, did the typing.  Because, you know, in the maxes they have certain inmates that do typing and stuff.  So those are the only ones that I discussed with where I had to explain to them how to type it with me, you know, things like that.

So outside of that, no, besides that, nobody else.  The police headquarters was just -- I just filed a complaint just to further safeguard myself from any further incident taking place due to the fact that

800.523.7887                                    Associated Reporters Int'l., Inc.

Grace v Alvarado - 7/12/2023 - Angelo Grace

the sergeant had retaliated and had me keeplocked to myself for writing a grievance.  So that was just extra measures to safeguard myself.  But outside of that, just the inmates who helped type the lawsuit for me is the only ones that know of the lawsuit or all that I may have discussed the lawsuit with, due to the fact of needing them to -- their expertise to type and to put it in a format for me.

Q.    How many of these incarcerated individuals helped you prepare your lawsuit?

A.    Well, the one who helped me prepare it was at Sing Sing.  Then I got transferred.  The responses was -- well the one response was at Gouverneur, I had to get the assistance of legal aid there because they have to look up the certain laws you looking for and stuff to help you say.  And then one here, recent, so three.

Q.    Do you know their names?

A.    One -- the one at Sing Sing, I don't know his full name, but his last name was Latouch.

Q.    Could you spell that?

A.    It is -- I think it's L-A-T-O-U-C-H, Latouch or something.  The other guy was at Gouverneur, his last name was Smith.  And the one here, I don't -- I

ARII@courtsteno.com                                    www.courtsteno.com

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 30

Grace v Alvarado - 7/12/2023 - Angelo Grace

don't -- I know him by the name Malik.  I don't know his government name because I haven't been here long enough to really get to know his last name.  But he works in the law library here.  But he goes by the name Malik.  He's mostly known here by the name Malik.

Q.   And could you spell Malik?

A.   M-A-L-I-K.

Q.   Thank you, Mr. Grace.

A.   You're welcome.

Q.   Have you discussed the lawsuit with anyone else?

A.   No.

Q.   The allegations in your complaint with anyone else?

A.   No.

Q.   What is your highest level of education?

A.   I graduated, I have my diploma.

Q.   Graduated from what?

A.   From Sing Sing in 2017.  I got my high school equivalency diploma.

Q.   So did you get like a GED?

A.   Yes, but it don't say GED on it no more.  It says high school equivalency diploma, they

800.523.7887                          Associated Reporters Int'l., Inc.

Page 31

Grace v Alvarado - 7/12/2023 - Angelo Grace
changed the test.  So it says high school equivalency
diploma.  And I have it on file.  It's on file here in
my records, it's still on file.  It will -- it will be
given to me upon my release of incarceration, but I have
copies of it if you need to see it.

Q.   And you said you received this while
you were at Sing Sing, right?

A.   Yes, I passed the test 2017 in
November and I graduated 2018.

Q.   Are you attending any other sort of
higher education at this time?

A.   No, I was pending in other -- in the
other two spots, college.  But they don't have college
here.  So at this time, no.

Q.   Do you have any other training or
education?

A.   I took -- I've trained under the
small engines.  I've done small engines.  Right now I'm
waiting for a computer to go into training for
computers.  So I'm on a waiting list at this Altona
Correctional for that right now.  I'm also waiting for
the program, Tamar, the new program they started called
Tamar.  So I'm on the list for that too, waiting for
that.  But yeah, that's the only training I've taken in

Grace v Alvarado - 7/12/2023 - Angelo Grace

so far in Department of Corrections is small engines.  I completed that.  And at this current time, I'm waiting for computer technician.

Q.    Do you have any other sort of certifications or training outside of what you've received during your incarceration?

A.    No.

Q.    Did you ever serve in the military?

A.    No.

Q.    What crime were you convicted of that resulted in your current incarceration?

A.    I was convicted of murder in the second degree.

Q.    And when did this crime occur?

A.    2000 -- 1999, but I was convicted in 2004.

Q.    When did you enter the system?

A.    Sometime 2000.  Sometime in 2000, yeah, 2000.

Q.    What are the facts surrounding the conviction you're serving time for?

A.    That I was there and didn't -- basically I was there and I never reported it.  So because of that I was given a murder in the second

800.523.7887                          Associated Reporters Int'l., Inc.

Page 33

Grace v Alvarado - 7/12/2023 - Angelo Grace

degree. Due to the fact that I wouldn't testify, as I said, that's why for wrongful conviction. Never was indicted for it, no docket number or any felony complaints. So it was four co-defendants and the person who actually committed the crime is serving a murder in the first degree named Willy Gaiman. And he has a life without parole sentencing.

Q. So just to clarify so your conviction is for murder in the second degree, right?

A. Correct.

Q. And so the circumstances of that case were that you were present along with three other co-defendants --

A. Right.

Q. -- at the scene where the crime occurred?

A. Right.

Q. And one of those defendants was convicted of first degree murder?

A. Yes.

Q. And was there a trial?

A. In his case, the one who was convicted of first degree murder he --.

Q. In your case.

ARII@courtsteno.com                          www.courtsteno.com

Grace v Alvarado - 7/12/2023 - Angelo Grace

A.   Huh?

Q.   In your case, was there a trial?

A.   No, there was no trial.  The judge, I tried to push for trial.  My lawyer convinced me to go through with a plea because he felt that once they mentioned I was there, that it would be hard to get around it.  And then at the last minute I told -- I told him I didn't want to go through with the plea, but the judge said that she wasn't going to not -- she was not going to allow me to go forward to the trial.  So she said, I'm going to give you this time today and appeal my decision.  And that's where we are today, what I've been fighting on today, but she's no longer on the bench.  So I filed a lot of motions and, you know, so yeah.  So at that time she didn't allow me trial, so there was no trial at that time.

Q.   So you pled guilty to murder in the second degree, is that right?

A.   I didn't go through with the plea. I attempted to plead guilty to it, but then I reneged and I decided that it wasn't in my best interest and I refused to sign to go through with the guilty plea.  So this is why she said, you know, I'm going to give you this time today, you know.  I'm not going to, like,

800.523.7887                              Associated Reporters Int'l., Inc.

Grace v Alvarado - 7/12/2023 - Angelo Grace

you're not going to trial, appeal my decision.  So, you know.

Q.   So you --.

A.   She sentenced me under that.  She sentenced me -- she sentenced me under as a -- as a plea, if that's what you're asking me.

Q.   Okay.  So she sentenced you on the basis of a guilty plea?

A.   Right.

Q.   But you are just -- you are currently to this day denying that guilty plea.

A.   Correct.  Because I never -- I never waived my rights or signed to go through with it.  I never formally, you know, signed and waived to accept the guilty plea.  But --.

Q.   What was your sentence?

A.   Twenty-five to life

Q.   Prior to your current facility, where else were you housed?

A.   At Gouverneur.  I was at Gouverneur from -- before Gouverneur Wallkill and before Wallkill at Sing Sing.

Q.   And can you give me the years that you were located at all those facilities?

Grace v Alvarado - 7/12/2023 - Angelo Grace

A.    Okay.  I've been at Sing Sing -- I've been at Sing Sing for about ten years.  So from 2012 until 2021, I was at Sing Sing Correctional Facility.  From June of 2021, I went to Wallkill and I was at Wallkill until February 16th, somewhere in there, which was about seven months from June to there, you know, about seven months or so, seven, eight months at most.  Then I went to Gouverneur  I was in the Box -- I was in the Box for ninety days.  I came out of the Box May 6th, 2022, onto Gouverneur Correctional Facility.  I stayed there until December 15th, 2022, which is about seven, eight months again.  And then I went to the Box for ninety days, and then I came here March 21st, 2023.  And this is where I've been in since.

Q.    Okay.  And where were you located before 2012?

A.    Before 2012 I got maxed out from South Carolina Prison in 2011 like March 6th, somewhere around there.  So I was down in South Carolina for ten years.  I served ten years in South Carolina or twelve years, I did there.  When I maxed out, I came here, which was in 2011 March, which I landed on Rikers Island waiting for -- to go downstate to get my number, my DIN number.  A month after being in the state, I went

Grace v Alvarado - 7/12/2023 - Angelo Grace

downstate from there to Sing Sing.  I stayed at Sing Sing for seven months.  I left there December 2011.  I went from there to Five Points.  I went to Five Points in 2012 for four months.  I left Five Points somewhere between April to May.  And then I went to Coxsackie in 2012.  And then from Coxsackie, I stayed in Coxsackie for six months.

And then from there back to Sing Sing as a preference transfer to get closer to home.  Then they sent me back to Sing Sing Correctional Facility, which was in between October, November 2012.  And I've been there since until June 2020 first of, you know, before I left to go to Wallkill to come to a meeting because my classification has been dropping down because I've been incarcerated twenty-one years with no disciplinary reason, no tickets and stuff until I started getting into the medium status prisons, because their rules are a lot more strict and they sweat the small stuff, so. But for nothing major -- nothing too major -- nothing major being in jail, you know.  So I didn't get tickets in maxes until after 2021.

Q.   All right.  So let me just make sure I understand.  I know you referred to tickets, but have you ever received any sort of misbehavior report for any

Grace v Alvarado - 7/12/2023 - Angelo Grace

reason?

A.    Yeah, I've received misbehavior report when I've -- but what happens is I always -- they always dismiss them or throw them out according.  So once I go to the hearing and they see that I was right or it was wrong, or a lot of stuff would just be like, oh, this is very minute, just verbal, you know, verbal, nothing to be like -- nothing major, but like that, nothing of violence or anything.  So I didn't get into violent situations and things like that.  And it all was simple.  Like maybe disobeying a direct order or something, but, you know, nothing major that stays on your record like --.

Q.    When were these misbehavior reports issued?

A.    I didn't get -- I didn't start getting those until like, after like fifteen years incarcerated.  And that would be like, you know, officer disagreeing or something.  I disagree with the officer too, but -- and I would get a ticket and probably get like loss of rec or something or like a tier one.  They have different levels, tier one, tier two, tier three. So I didn't get -- tier three is the highest level, which is violence.  So I would always get like a tier

800.523.7887                                    Associated Reporters Int'l., Inc.

Grace v Alvarado - 7/12/2023 - Angelo Grace

one, tier two, something. And -- but it would be like very rare. I don't -- I can't even count. Like if you had my disciplinary history, you would see it probably show only two disciplinary. So it's not nothing that you hold onto that you really try to remember because it's not really long-term tickets. It's nothing to really be holding onto, you know what I mean?

Most times you just get infraction, they just say, oh, you lost rec today or something like that. But outside of that, you know, I don't -- I can't recall each and every time I got a misbehaving report. Because that was very rare because I know how to conduct myself when I carry myself importantly to the rules of the Department of Corrections, and I go to and from as I'm supposed to. So I didn't really have much -- I'm not an individual who's had numerous issues while I've been incarcerated. So, you know, that's the reason why I don't have a major disciplinary record.

Q. So based on what you told me, would it be fair to say that you've been issued around maybe two misbehavior reports in your past?

A. Yeah.

Q. And those were all for what you would categorize as minor infractions?

ARII@courtsteno.com                                    www.courtsteno.com

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 40

Grace v Alvarado - 7/12/2023 - Angelo Grace

A.   Yeah.  Direct order officer said this, but he might not feel that he was wrong when he was telling me to do this and that, yeah find nothing.

Q.   Have you ever been issued a misbehavior report for threatening behavior?

A.   Yes.  And that was issued that with Sergeant Alvarado, which was back in January of -- the 13th.  No, it wasn't even January.  It was -- it was February 13th if I'm correct.  February 13th I was issued a ticket for threats from the staff.

Q.   I'll ask you more about that in additional detail later on.  But were you ever issued a misbehavior report for threatening behavior on any other occasion?

A.   Yes.  Recently, but it was dismissed from what I just came out the Box for just now, Albany when you put your appeal in, they could go over it. They reviewed the ticket to see if there was any threats or -- so that was dismissed recent.  That was the only time.

Q.   When was the new misbehavior report issued?

A.   December 15th, 2022.

Q.   And what were the grounds for that

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 41

Grace v Alvarado - 7/12/2023 - Angelo Grace

report?

A.   Oh, an issue that I had with a female officer at Gouverneur, a verbal and she explained -- she felt that me and her had an issue, so she reported it as that.  And the sergeant took it and made it into something more than what it was, just to have me removed from the prison.  So they gave me, like -- they basically gave me the same charges that I got when I was at Wallkill minus the threat part.  The threat -- the threat was recent on it, but they used some of the same charges from when I was at Wallkill and I got transferred because of that to there.  So they'll use the same charges to try to add extra in, but it was dismissed, my opening, the threat on that charge.

Q.   Well, what were the charges that you were facing at Wallkill?

A.   Interference, direct order, what was the direct order?  Harassment, stalking.  And I had an issue going on where I was involved with a correction officer and they got out of hand and she was under investigation for sex crimes because she was dealing with me in a relationship, so.

Q.   And around what year was that?

A.   That was 2000 -- let me see, 2021.

ARII@courtsteno.com                                    www.courtsteno.com

Grace v Alvarado - 7/12/2023 - Angelo Grace

Well, I got it in February 2022.  I got the charge.  Like I told you before February 16th I got the charge.  And then I was moved from there to the box.  And then from the box I went into Gouverneur.  So from that ticket from Wallkill, that happened on February of 2022.  And then this ticket that brought me to this jail happened December of 2022, December 15th, which brought me here in March 21st after completing my box time Upstate.  You know, in Upstate box for 90 days.

Q.  Got it.  So going back to the incident from December 2022, just to make sure I understood correctly, you were issued a misbehavior report based on some sort of interaction that you were having with a female correction officer at Gouverneur, right?

A.  Yes.

Q.  And were you accused of threatening behavior in that misbehavior report?

A.  Well, in the -- in the -- in the report itself, it is -- it is -- has -- it says nothing about any threats, that I made any threats.  They just -- it's just a natural formality for them to trump up the ticket to try to make whatever charges they can get to stick on you.  And they let the hearing officers decide

800.523.7887                          Associated Reporters Int'l., Inc.

Page 43

Grace v Alvarado - 7/12/2023 - Angelo Grace

to go forward with whatever it is, whether it's the whole ticket -- because you have to realize, when you go to these hearings, you sit before either a lieutenant or sergeant or civilian. So your chances of them being fair is very slim. So nine times out of ten, they'll just find you guilty on the whole ticket. If it's a tier three, you could appeal it to Albany and point out your facts of what the ticket didn't say, how could I be charged this, this and that.

If the ticket don't stipulate by the rules of DOC in order for me to get this charge, what it -- what it -- what it has to be. And then they'll make you just go through the whole procedure and then you just put your file -- your appeal and then you wait to see if they even throw the whole ticket out or which charges they throw out. And at that time, Albany threw out that, because there was never any threats. They threw out actually like two or three of the charges.

So, which what happened with that they should just throw out the whole ticket. But the reason why they don't throw out the whole ticket is because if they throw out the whole ticket, then there're subject to have to send you back to the same correction facility. And if you have an incident with security,

ARII@courtsteno.com                          www.courtsteno.com

Grace v Alvarado - 7/12/2023 - Angelo Grace

they don't want you to be able to have to go back -- to go back there because, you know, so you have to get something so that you -- because it's staff. So that's how it works. Because it's staff they'll let something stay, but they'll take out the ones that they see really didn't fit. So that was for that.

Q. So there was a tier -- it was a tier three disciplinary hearing for this?

A. Yeah. In order -- in order to get out, in order to do an appeal with Albany, it has to be a tier three, and in order to get shipped out of a prison, it has to be a tier three. It has to be -- especially in the medium. Tier twos, they don't ship you for that. There has to be a security reason of some kind of, you know, the dep of security feel like you have an issue with the staff, whatever and for your safety and for their safety, they got to -- you have to go. So they have to give you a tier three so that you get shipped out of the facility, then you go from there, then you land at -- you'll end up landing at another facility eventually once you get out of the box or whatever.

Q. Mr. Grace, do you have a copy of any of the documents involved in this disciplinary hearing?

Grace v Alvarado - 7/12/2023 - Angelo Grace

A.   Yeah, I have copies of that.  I don't have it on me.  Currently I didn't bring it because I didn't know that this would be something that you'd ask about.  But if you would like, I could mail you a copy of the ticket and I can mail you a copy of Albany dismissing it.  I can have copies made and I can forward it to you if that's what you'd like to see.

Q.   Yes, please.  If you could produce any sort of documentation related to this misbehavior report to me, that would be very much appreciated.

A.   Yeah.  So I'll make copies of that and send that to you, on the -- on the latest so that you can see what I just explained to you as you can see.

Q.   Thank you, I appreciate that.

A.   And I'll send the copy of the -- so you just -- what you want?  Do you want to see what Albany dismissed?  Do you want the -- what is it that you want?

Q.   Any documents you have related to the misbehavior reports of the dismissal, the original misbehavior report or any -- anything else related to the hearing.

A.   Okay.  So I'll send that.  I'll make -- I'll -- because I got to try to see if I can get

800.523.7887

Associated Reporters Int'l., Inc.

Page 46

Grace v Alvarado - 7/12/2023 - Angelo Grace

stuff because it's hard to get roll out every day.  So I'll write and try to get the copies out to you as soon as possible and that way you can see that.  But yeah, so I'll send it to you.

Q.   Great, thank you.

A.   If you give me your address before we leave so I can make sure I send it direct to you, so.

Q.   Sure.  At the end of the deposition, we can take a couple minutes to talk about any sort of logistics or things that don't need to be on the record, okay?

A.   Okay.

Q.   So aside from this misbehavior report that we just discussed, did you receive any other misbehavior reports for threatening behavior?

A.   No, I just had a misbehavior report when I first got here for direct order and I got -- what they gave me thirty days loss of rec packages and commissary.  And that was -- because I couldn't perform -- they gave me the job as dawn porter but due to the fact that I be having a lot of headaches and a lot of the times chemical triggers -- the chemical triggers -- triggers the headaches a lot.  My doctor had me to -- he said he -- to avoid chemicals.  So when I brought it to

ARII@courtsteno.com

www.courtsteno.com

Associated Reporters Int'l., Inc.

Grace v Alvarado - 7/12/2023 - Angelo Grace

the officer's attention, she didn't want to hear it. She wanted me to clean the bathroom. I told her I couldn't do it. I was sick and that I was waiting on further medical treatment and she didn't want to hear it. So she wrote the ticket up and they didn't care.

I even had the nurse come in and she told them that, look, he's just waiting on the doctor. I've told him to stay away from exposure to chemicals. They said, well, did he get the patch out from the doctor? She says, no, he'll be getting it this week. Said, well, we don't care about that. He should have -- he should still clean the bathroom. She's like, I just told you that he's not supposed to be around chemicals. He's -- so anyway, they just do what they want anyway. So they didn't even care about my health. So that was - - that ticket was false.

So I did thirty -- I had thirty days loss of rec or commissary package and then I got the pass the same week for to -- for 90 days to avoid chemical exposure because I can't -- for some reason now it's triggering headaches also due to the fact I've been a porter job for years and working with chemicals without the protective wear because they don't give us that. They just spray all these chemicals. So from years of

Grace v Alvarado - 7/12/2023 - Angelo Grace

doing that, I don't know, it's just -- it's starting to take effect on me I guess.  So outside of that, no other misbehavior reports, that's the last one.

Q.   Okay.  And just to clarify, no misbehavior reports for any physical fights or anything like that?

A.   No, I don't get into fights.  Just verbal fights, just say verbal, just -- there's never anything physical.

Q.   Aside from the conviction that you're currently in prison for, have you been convicted of any other crimes?

A.   No, I'm a first time state felon.

Q.   Other than what you have already testified to, have you ever been arrested or rearrested for any other crimes?

A.   I've been arrested when I was young for stuff like turnstile -- turnstile.  You know, I can't really -- remind me I'd have to look at my sheet, but little stuff here and there.  Nothing that would put me in prison for -- to do any time.  Like I said, it's my first time ever doing time, so yeah.  You know, but outside of that, no, like, you know, but like rearrested for anything like that, 16, 17, doing regular basis

Grace v Alvarado - 7/12/2023 - Angelo Grace

stuff, kids doing dumb stuff, hopping the train, doing, you know, things like that.  But I -- but I can remember doing stuff like -- you know.  Outside of that, I don't really think too much on the little stuff I've done back when I was young.  But as far as anything major back then or doing any time for anything major or being convicted of anything major?  No.

Q.   Other than what you've already told me, were there any other circumstances that caused you to spend any time in police custody?

A.   As far as -- what do you mean like in prison, in the jail?

Q.   It or under -- or under arrest, you know, in the police station.  Not counting the sort of minor things that you just brought up.

A.   Oh, yeah.  Things like that, they always take you through two, three days and then kick you out time.  Sir get out, you know, just -- especially if it's on the weekend, if it was on the weekend or something or anything like that.  I've done stuff where I've had like where they give you little programs and stuff, you know, like six months programs, you know those programs?  I can't remember these program names back -- from back then and stuff.  But that, you know,

800.523.7887                                    Associated Reporters Int'l., Inc.

Grace v Alvarado - 7/12/2023 - Angelo Grace

other than that, no.  Like spending time in police custody, I never did like any years for like that or anything.  Maybe it's just until he released you or say time served or something like that but not any prison.  Never passed Rikers Island or like that.

Q.    Got it.  So no other time in any sort of New York City Department of Corrections?

A.    No.

Q.    And no other time in any sort of state department of corrections facility either?

A.    Well, as you know, I did twelve years in South Carolina.  Remember I just told you I did twelve years there, then from there to here.  So yeah, that's the only other state, South Carolina, that I've done time.  And that time was before this time came up.  So while I was serving that time, then this case came about, then they came and got me, like I told you, with the arrest warrant, which was illegally signed and then they brought me here for court.  Then when I maxed out there, then I came here to finish up the back end because my time has been concurrent.

Q.    What was the time that you were -- why were you serving time in South Carolina?

A.    In South Carolina, I had an

ARII@courtsteno.com                                www.courtsteno.com

Associated Reporters Int'l., Inc.

Grace v Alvarado - 7/12/2023 - Angelo Grace

attempted armed robbery there.  Got --

Q.  And when was --.

A.  -- twelve years for that.  Twelve years.

Q.  And when did -- when did that take place?

A.  Back in 2000.  2000, 2001, I got the time.  That's the other one.  And then this case came and I was already serve -- I was already three years in prison down there.  And the max -- and the max is down there, never -- as you -- coming from doing 12 years there, no disciplinary records, didn't get no tickets whatsoever because their rules is a lot more easier and more lenient than up here.  They don't -- they don't and they really follow their rules to the jail.  So I don't, you know, you don't have that much problems with them unless you just a problem person.  So coming from there to here, yeah, no records, you know what I mean?  And this is ten years straight.  And then I came here from 2011 and then, like I told you, I went to the island, Rikers Island.  The island down state to get a number.  And then from there to Sing Sing and from Sing Sing to Five Points and Coxsackie back to Sing Sing.

Q.  Did your file -- sorry.

Grace v Alvarado - 7/12/2023 - Angelo Grace

A.    Yeah, what's that?

Q.    Are you done?

A.    Yeah.

Q.    Did you ever file any grievance or complaint while you were in South Carolina?

A.    Let's see.  Not that I can recall. I don't -- I don't recall.  Like I said, it's really -- it's not much to be filing on because they don't -- it is -- it's like, how can I put it?  Their jail is just, like, more like a military.  Like everything is -- it's just different.  They -- the rules, it's not -- it's just totally different, by the way.  You have to really be a bad person to be -- you got to be into things illegally to be getting into tickets there.  If you're not doing anything illegally, you don't really have anything to worry about or the officers are not violating for you to have to really write any grievances or nothing.

So there's not really much to complain about because everything goes accordingly there.  There it's just different, the way they handle it.  Every state is different the way they move out, right?  So with them, it was just more of you follow the rules, we follow the rules and they don't really go too far

800.523.7887                                                          Associated Reporters Int'l., Inc.

Page 53

Grace v Alvarado - 7/12/2023 - Angelo Grace

outside of their job or breaking the rules of the correction for you to have to grieve them.  So at this -- at this time, I don't really recall ever having to grieve anybody down because I didn't really get much tickets as I said.  I didn't get any tickets down there.  I ain't had no disciplinary record when I came here.

Q.    Prior to your years of incarceration, have you ever been a member of a gang?

A.    No.  I'm Muslim.

Q.    During your years of incarceration, have you ever been a member of a gang?

A.    No.

Q.    And are you currently a member of a gang?

A.    No.

Q.    Okay.  Mr. Grace I'd like to direct your attention to the incident which is the subject of your lawsuit today.  I understand that you filed a grievance on January 27th, 2021; is that right?

A.    Right.  January 27th, 2021, I filed a grievance.

Q.    Tell me the sum and substance of this grievance that you filed.

A.    Okay.  On January 27th '21, I filed

800.523.7887                          Associated Reporters Int'l., Inc.

Page 54

Grace v Alvarado - 7/12/2023 - Angelo Grace

this grievance due to the fact that I was in cell thirty-five at the time when two officers snuck into my cell and startled me out of sleep and caused me to have a panic attack to have me believe that I was under attack, that inmates were in my cell.  What their intentions are, what?  I don't know.  Usually if somebody's in your cell, there's some kind of harm or some bad intentions.  So I was asleep and one of the officers was at the cell gate.  When he opened the gate, he slammed it back.  When I jumped up the other cell, the other officer was in the cell standing by the toilet, which is where my head lays.  And he grabbed my shoulder as I jumped up to try to let me know that it was a cell search.

But at the time, I could not comprehend because coming out of a sleep and them cells is dark.  You only see shadow figures.  It takes a minute for your eyes to adjust to just waking up to the light.  And I'm seeing a guy at the -- at the beginning of the cell, someone's touching me and I'm struggling with him and I'm like trying to figure out what's going on.  And I'm like, yo, why are you in my cell?  What's going on?  What y'all doing?  What -- and they kept saying, calm down -- calm down -- calm down -- calm down.  And it

800.523.7887                                     Associated Reporters Int'l., Inc.

Page 55

Grace v Alvarado - 7/12/2023 - Angelo Grace took me a minute to register that it was officers and he said, listen we just -- it's just a random cell search. So I said, what are you doing? You know, you're not supposed to enter this way because you can cause a bad situation.

You know, if it's a random, you're supposed to wake me up and say, Mr. Grace, you have a cell search so that I can get dressed and step out of the cell so that you may conduct your search and do your job. If so -- if you on a suspicious of any activities, then they can come in like that. But at the time I was in the random cell search. So when they came in, they started -- I woke up and we got a total struggle but then they calmed me down. I realized what was going on. I stepped out of the cell. They conducted their search. Upon them conducting their search, after they finished, I spoke with the gallery officer and I asked who was the sergeant working the block that day? And they said, Sergeant Alvarado. So I immediately went downstairs to talk to Sergeant Alvarado because that's the chain of commands. You have to go through the chains of command before you can write grievances and stuff.

So I went down personally and I seen him, which I never had an incident with him before. Me and

800.523.7887                                          Associated Reporters Int'l., Inc.

Page 56

Grace v Alvarado - 7/12/2023 - Angelo Grace

Sergeant Alvarado never had any words, never had any issues until that day of that happening. So when I went downstairs, I pulled him up. I said, can I have a word with you, Serg? And he said, yes. I explained to him the incident that had just took place. He explained to me that that was a new technique that they was using due to the fact that some inmates in the facility was running to the toilet and flushing contrabands and stuff like that.

So what they was doing is one would be at the gate, one at the toilet to block it. So I said, Serg, you know, that's illegal. That's not the rules. If you feel that it's a suspicion of some persons doing any kind of drugs or anything, you should shut the water off because you have opportunities to shut the water off to the toilet to where they can't flush nothing. But coming in like that, you're coming in hot and we're in prison. And I've been down so long, I've seen guys get stabbed up in their sleep by other inmates coming in their cells. So you know, you are in prison. You have to defend yourself. You have to be alert. So he says, well, again, like I said, it's nothing personal to you. It's just something new that we're trying to do tactic. And I said, again, it shouldn't be being

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 57

Grace v Alvarado - 7/12/2023 - Angelo Grace

done. So he says, well, I -- the superintendent, and -- they know what's going on, so they authorized us to do it. So I'm covered. I said, well, what I'm going to do is I'm going to -- I'm going to file a grievance because if one of your officers come in there again, and I get into a fight, the only reason why I didn't get into a fight, I was wrapped in the covers and I couldn't break free fast enough. Had my hands been free, it would've got physical. So I said, to further to protect myself, I'm going to write a grievance so that this is all records. But due to the fact that when incidents happen between officers and inmate, they lie again and they trump up the tickets to make the mistake. And me being an inmate, I have no words regardless, right or wrong. If I'm right, I'm wrong. If I'm wrong, I'm wrong. But I'm always -- an inmate is always wrong. They make that clear to you. They don't even care about the facts or whatever.

So to safeguard myself, because I know that the officers would press charges when the incident happened, they'll say that you assaulted them, but they won't tell the truth that they came in under the circumstances of you being asleep and that you was unaware that they was in the cell. So I told him, I'm

800.523.7887                    Associated Reporters Int'l., Inc.

Page 58

Grace v Alvarado - 7/12/2023 - Angelo Grace

going to file the grievance. He says, okay, well do what you have to do. I'm good on my end. So, you know, I -- like I said, it's nothing personal. And I explained to him, I said, it's nothing personal to you either. I just have to file the grievances to further safeguard myself. And I said, also, I'm going to call PREA because the -- before I knew who he was.

My -- I have no shirt on, and this guy's hands is all over me, pressing me down, touching my body. I don't know, it could have been -- he could have been there to hurt me, he could have been there to sexual -- anything, you know what I mean? So I'm going to follow the protocols of the Department of Corrections as we're supposed to, so that I take the proper procedure and proper steps to both safeguard not just myself, but the officers too, so that the truth will always come out.

So I called PREA the same day. I explained to them what happened. They recommended that I follow through with the grievance. I followed through with the grievance. I wrote the grievance up, and I -- and I put it in the Sing Sing's mailbox, to the grievance coordinator, who is Ms. Quick.

Ms. Quick was -- she was an officer there

800.523.7887                                        Associated Reporters Int'l., Inc.

Page 59

Grace v Alvarado - 7/12/2023 - Angelo Grace

for ten years.  She -- before she became the grievance lady, so I understand her interests in protecting the officers because some of them are her friends.  She was an officer there for ten years.  So I understand her doing what she did.  She was supposed to question him about the grievance, but instead she sent it to him. And due to that fact, he took it personally that I wrote the grievance because he felt that he had already spoke to me about it and told me it wasn't personal.  But I also told him it wasn't personal either.  But I needed to take these steps to safeguard myself because too much stuff was going on in the jail.

And then two days after that incident happened with me, it happened with an inmate downstairs and they did the same thing.  And he got into a fight with the officers and they put him in the box and then they was charging him with assault.  I spoke with a Sergeant James upon him coming back from vacation about that incident.  And he looked into it and he said, you're right.  There is a guy locked up.  But then the guy, they wound up throwing the ticket out, letting him off the box.  And he was talking about filing a suit too.  Because they came while he was asleep, and then they tried to charge him with assault.  And you just

Grace v Alvarado - 7/12/2023 - Angelo Grace

can't -- that's why the rules are in place. They're there to govern both the inmates and the officers. You just can't just come in like that. And I'm in a hostile environment. I don't know who's in there, who's trying to hurt who. You have enemies that you are aware of, some that you're not aware of.

So on the 27th, I filed that complaint to safeguard myself as well as to also let it be known that should they come into the cell again while I'm asleep, I'm not -- I'm not going to be responsible for their actions because I'm going to see it as a sign of threats and attacks. And I'm going to defend myself at all costs because I don't know what's going on, who's in here and why they in here. So I have the right to defend myself no matter what. Even incarcerated, I have a right to defend myself. I'm not going to just allow somebody to just harm me or just come in. But, you know, so this is the purpose of the rules of being in place so that you come in and say, I've never had this problem before.

Any other officers come they knock on your gate, they tap on your gate and say, Mr. Grace, get up cell search. You get up, they crack the gate and you step out, they pat you down on the gate. They pat-frisk

Associated Reporters Int'l., Inc.

Grace v Alvarado - 7/12/2023 - Angelo Grace

you.  They check you to make sure you have no contraband, any weapons.  And then they proceed.  Your -- you face forward and you watch them proceed to go through your property and stuff to make sure that there's any -- there's not any contraband of any -- substance available of any kind in yourself.  And then they issue you a sheet, where it explains if there was contraband found or not found, no property destroyed, and stuff like that.  So on that day, I explained that to him.  He understood, I understood.  And then from that went to the -- him getting the grievance.  And then he came --.

Q.   I'm just going to pause you real quick.

A.   Okay.

Q.   When you say him, are you referring to Sergeant James or Sergeant Alvarado?

A.   Sergeant Alvarado.

Q.   Okay.  Proceed.

A.   So, after I filed it, I thought nothing of it.  I just, you know, thought, okay, I did my part.  I called PREA, I just filed -- I filed it.  So I said, okay.  So now if they do that again, then I'm safeguarded.  You know what I mean?  And 2011, the

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 62

Grace v Alvarado - 7/12/2023 - Angelo Grace

sergeant was -- Alvarado was coming.  I was on Papa Gallery.  I was in my cell at the time.  It was like six something -- six forty -- six, you know.  But he was making his rounds.  And he happened to pass my cell at the time.  And then when he looked back, he seen me standing at my gate.  He says, what is your name?  I said, Grace.  He said, oh, why did you file the grievance after I spoke to you and I told you it wasn't personal.  I said, Serg, I told you I was going to file the grievance because I have to safeguard myself.

Just because you tell me it's not personal don't mean that I don't -- I don't have the right to protect myself because y'all coming in hot and y'all doing things that's not of the rules and the regulations.  So I have to defend myself in case any incident happened between your officers and I, because they coming in while I'm asleep.  And I don't know who's -- you know, they're not supposed to do that.  So he says, well, you know -- and he starts cussing.  He said, I haven't told you that it wasn't, you know, personal.  So you know, I got something for you then.  Then he started making threats.  And I said, you got work for me.  So what do you want to do?  You say, you're going to come with your officers.  Go get them now.  We can do

ARII@courtsteno.com                                    www.courtsteno.com

Grace v Alvarado - 7/12/2023 - Angelo Grace

whatever we -- you know, now it's starting to get to physical and verbal whatever, you know, whatever you want it to be, because you are mad at me for taking the procedures of the proper protocols of which I'm supposed to do because that's all I have.  Because that's the mechanism that we have to use to fix situations and solutions of anything that's going on within the facility.  You know what I mean?

You can't just take actions upon yourself and just say, I'm going to hurt this person and do that person.  You have to follow these protocols, and I followed the protocol and I came to you.  Now you here in my front of my cell, and you're making the threats of I got something for you.  You cussing and all these different terms.  And I said, okay, whatever Serg, whatever you want to do.

So prior to that, he walked off.  Other inmates -- one of the inmates who testified in my hearing, he stepped to the gate and said, Serg, why are you going so hard?  Like you're being -- you're not being professional right now.  He was going off and he walked off and he said, he has something for me.  I didn't know what that meant at the time.

I took it as maybe they was going to come

Grace v Alvarado - 7/12/2023 - Angelo Grace

and lynch me or do whatever do -- they do.  He -- the
next day I was coming in from on 2000 and -- on the 12th
-- on 2/12th, I was coming in from commissary.  He was
down on the flats.  I got upstairs to my cell.  Officer
Palmer was working at the time.  Officer Palmer opened
my gate.  I went into my cell.  As I was packing away my
commissary into my locker, Officer Palmer approached my
gate maybe two or three minutes after me returning and
he says, you're under keeplock per Sergeant Alvarado.
And I said, for what?  He says, I don't know.

He says, that's what I was going to ask
you.  What did you do?  I said, I didn't do nothing.  He
says, well, he just called up there and said, keeplock
you.  And I said -- he said, pending.  Then he went and
checked and he came back.  He said -- well, he said,
pending a misbehavior report that he's writing.  So I
said, misbehavior report, I didn't do nothing for a
misbehavior report.  So the next day, on the 13th --
2/13, Officer Burnett (phonetic spelling), she came to
my cell and she said, Mr. Grace, you know, you got a
penance here.  She read the ticket to me.  She was like,
this is crazy.  This shouldn't even -- she even said,
this should not be happening to you.  She said this --
you should not be getting no ticket for writing a

Grace v Alvarado - 7/12/2023 - Angelo Grace

grievance.  You can't.  She was like, anyway, this sign right here.

She -- and she apologized for it at the same time, but I signed for it.  I read it.  So she served it to me 2/13.  At that time, I wrote to Ms. Quick to let her know that I was being served a misbehavior report.  And she was out for a couple days, I believe, on vacation or so.  She had returned while I was keeplocked, and one of the inmates who heard about the -- what he did to me that works in the school building for her, reported to her that the sergeant had put me under the keeplock.

So she then pulled over to the dep of security, which was the -- a captain at the time, Barnes.  He was acting dep of security, and told him, listen, you cannot do that.  Get that --- get that inmate off keeplock.  He cannot lock him up for utilizing the mechanism in place for him to use, which is the grievance system.  He cannot do that.  Take him off of that confinement now.  I had just came from the hearing, which was on the 16th, which Lieutenant Barge tried to force me to cop out to some type of resolution with him, which would've had me confined for more days, which I was not in agreement.  We had an argument.  My

Grace v Alvarado - 7/12/2023 - Angelo Grace

witness was there.  The witness that sergeant had threatened me.  And the Sergeant Alvarado was in the -- was actually in the office next door waiting to see the outcome of the hearing.

I seen him when he came in while I was in the holding pen before I even went into the hearing. And when they took me back to my cell after Ms. Quick had spoken to the dep of security, the dep of security called over to the block and says, take him off of keeplock now.  They took me off.  He came -- Officer Palmer was on working.  Officer Palmer came and said, you are off of keeplock.  I don't know what's going on, but they messed up somewhere.  He did something he wasn't supposed to do, but they -- the dep just called and said get you off the keeplock immediately.  At that time, they took me off.

A day or so later, Ms. Quick, the grievance lady, called me down to the school building because she wanted to clear herself because she didn't know they would do that.  And she didn't want -- they had some lawsuits on her pending from other inmates. And she didn't want me to have to -- she didn't want to be part of this suit today.  So she said, listen, I said Ms. Quick, you wasn't supposed to give him the

Associated Reporters Int'l., Inc.

Grace v Alvarado - 7/12/2023 - Angelo Grace grievance, you was supposed to reiterate to him what it's about and question him.  Did he do his thing, but you gave him the grievance direct and you endangered me. You made me a target for this sergeant to act out and cause him to come to my cell and make threats about causing harm.  She says, no, I didn't do, it wasn't like that, but I was supposed to.  I said, you wasn't supposed to do that.  You know, I know the rules.  I've been down for some years.

But she says, you know, I just want to let you know.  I said, look, you -- you're good. Because you know, you've got me off the keeplock.  You know what I mean?  She says, well, I didn't intend for that to happen because I told her, I says, I know you siding with some of these people because they're your friends.  And she said, no, no.  I said you don't have to explain that.  So after that, the dep of security and her came to the block.  They called me downstairs, but I refused to go.  They wanted to apologize to me.  The dep -- Barnes wanted to come down.  He wanted me to come downstairs directly so that he could apologize for the wrongdoing, but I didn't want to hear it at that time. I really didn't care.  The damage was done.  And she was just like, well, you know, Captain Barnes was mad you

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 68

Grace v Alvarado - 7/12/2023 - Angelo Grace wouldn't come down and speak to him.  He just wanted to apologize to you.

And I said, there's no need to apologize because it was already done.  The damage was already done.  And at this time, my brother was, you know, he has cancer and he was in the hospital and he had COVID.  He caught it twice and, you know, he's in stage four.  Then I was not allowed to get to the phone, you know, because of these five days I was working up other cases pending, which is my other lawsuit.  And I was working on my case itself, filing a federal habeas corpus at the time.  So he was hindering me from being able to get to the law library very often.  I'm stuck in my cell.  I can't do nothing now.  And so once that was -- once all of that took place, I went to my hearing for the grievance, which was on the 25th.

Q.   So Mr. Grace, I'm just going to cut you off right there.  Thank you for sharing all of that.  There was a lot of information.  So what's going to happen is I -- is I'm going to probably take us back a little bit.

A.   Okay.

Q.   And ask you some follow ups and more detail about some of the things that you said.

ARII@courtsteno.com                                    www.courtsteno.com

Grace v Alvarado - 7/12/2023 - Angelo Grace

A.    Okay.

Q.    And then we can talk about the grievance hearing later.

A.    Okay.

Q.    But for now, we can focus -- we'll focus on the incident that happened.

A.    Okay.

Q.    And then we'll talk about the grievance you filed and then we'll talk about the misbehavior report and then we can talk about the hearing and everything else.  So I just want to break everything down so it's a little bit more manageable, and I can make sure that I fully understand everything that you've told me, okay?

A.    Okay.

Q.    And then there's also some things that you said where I might want additional clarification or details on.  So I'm going to be asking you some questions that might seem repetitive, but there -- the reason behind it is I just want to make sure that I understood everything that you just said, okay?

Q.    Right.  Copy.

Q.    All right.  But before we do that, I think now would be a good time to maybe take a quick

Grace v Alvarado - 7/12/2023 - Angelo Grace break unless, if you -- will you be -- will someone be bringing you lunch, Mr. Grace, or have they already?

A.    They got a feed up for me for when I leave, so I -- you know, once I leave, they'll give it to me, so, you know.

Q.    Okay.  So then, well, let's just take.  Maybe let's just take a ten-minute break for now. Everybody can get a chance to go to the bathroom, get a drink, whatever they need, and then we can come back after ten minutes.

A.    Okay.

MS. LUO:  Court reporter, is that good by you?  All right.  Let's go off the record and take a ten-minute break.

(OFF THE RECORD)

COURT REPORTER:  On the record.

MS. LUO:  Okay.  Mr. Grace, thank you again for taking the time to explain in your words what you believe transpired on January 27th, 2021.  As I mentioned before we took the break, I'm now going to follow up with a couple --

THE WITNESS:  ...

MS. LUO:  -- more specific --.

THE WITNESS:  You -- we got the speakers

Grace v Alvarado - 7/12/2023 - Angelo Grace

in here, so --.

MS. LUO:  I understand.  So I'm going to ask some more detailed specific questions about some of the things that you said --

THE WITNESS:  Okay.

MS. LUO:  -- about your grievance and the incidents that gave rise to you filing that grievance. Okay?

THE WITNESS:  Okay.

MS. LUO:  So apologies in advance if it seems to be repetitive, but it's just to make sure that I have everything very clearly and accurately based on what you've already said.

THE WITNESS:  Okay.

BY MS. LUO:

Q.   Okay.  So let's talk about the officers who came into your cell for the search.  And you had said there were two officers, right?

A.   Correct.

Q.   And what were their names?

A.   I don't know the names of the officers.  I don't know -- I don't recall if I had their names at the time, if I written them down in the report or not.  But it would be in the logbook because they got

800.523.7887                              Associated Reporters Int'l., Inc.

Page 72

Grace v Alvarado - 7/12/2023 - Angelo Grace

-- they got to log it in when they search.  So I don't know who the -- who the names are, but there was two of them present at the time.

Q.   Can you recognize them?

A.   Yes.

Q.   Can you describe them for me?

A.   One was kind of -- had some size to him.  He's been there -- he's been there for a little while.  He's white male.  The other one he's -- I don't know if he's white or something else, but he was a little bit shorter than him.  He looked like he's from some other country or somebody.  He was kind of new at that point.  I never had seen him before, so I don't recall.  I don't know what their names -- what their names were.  I don't see if I, you know, put it in any reports.

Q.   If you don't -- oh, Mr. Grace, it's okay if you -- if you don't remember --

A.   Yeah.

Q.   -- yeah you don't have to double check or anything.  It's fine to say that you don't remember their names.  But let's just talk about each of them.  So you said the first one was a white male with some half to him.  About how tall would you say he was?

ARII@courtsteno.com                              www.courtsteno.com

800.523.7887                    Associated Reporters Int'l., Inc.

Page 73

Grace v Alvarado - 7/12/2023 - Angelo Grace

A.    Well, I'm five nine.  He was taller than me, so he probably was about six feet.  He was probably about six feet or so.

Q.    And how would you describe his build?

A.    What did you say now?

Q.    How would you describe his build?

A.    Like he -- like a person who builds up, who works out.  He has some muscles on some build, you know.

Q.    And was he wearing a uniform?

A.    Yes, he was in a uniform at the time.

Q.    Was it the standard CO uniform?

A.    Yes.

Q.    And the second officer you had mentioned, about how tall was he?

A.    He probably was around my height.  He probably was around my height, you know -- you know, at the time, you know, I'm laying in bed, so, you know, of course they seemed way taller, but -- and you know, once I got up, I'm not really paying attention to height at the time.  I'm really pissed off the way -- what they just did and the way they came in.  So that's like the

ARII@courtsteno.com                              www.courtsteno.com

Associated Reporters Int'l., Inc.

Grace v Alvarado - 7/12/2023 - Angelo Grace

last thing I'm looking at.  But yeah, he's about -- probably about around my height.  Wasn't -- he wasn't that much of a big.  He wasn't as big as the one that was at the gate that was blocking the gate.

Q.    Thank you, Mr. Grace.

A.    You're welcome.

Q.    So going off of what you said about being pissed off that they were sort of in your cell, were you asleep when they first entered the cell?

A.    Yes, I was -- I was knocked out.  I was -- I was --.

Q.    When did you wake up?

A.    When the officer, the one that's the hefty one, he stayed outside the cell when he allowed the officer to get his position over me.  Once he slammed the gate back, once he slammed the back lock, because they got a back locking.  So once he slammed the back lock on and it said -- and it make the loud slamming noise boom, I jumped up because now my gate is adjacent, it's open, it's being slammed open.  So I jumped up and proceeded to try to like roll over because I was facing the wall.  So I tried to roll over to see what's going on and that's when the other officer was already there with his hand on my shoulder.

Grace v Alvarado - 7/12/2023 - Angelo Grace

Q.   Okay.  So you were first awakened by the sound of the cell door slamming shut and as you proceeded to turn around, you felt an officer's hand on you; is that right?

A.   Correct.  But it -- the gate wasn't -- it was -- it is not doors -- the gate -- it wasn't being shut, it was being opened.  See, when they -- when they come into the cell, what they do is they back lock it so that if they're in your cell searching, if they don't back lock it, you can lock them in there.  So what they do is back lock it so it can't be moved until they come out and have the officer un back lock it so that it can close.

Q.   So you were woken by the sound of it being backlocked?

A.   Right.

Q.   And the officer who put their hand on you, where exactly did he put his hand?

A.   Across my chest, over my shoulder on my chest, on the -- on the right side of my chest.

Q.   So he reached over while you were on your side and put his hand on the right side of your chest?

A.   As soon as I jumped up, he reached

Grace v Alvarado - 7/12/2023 - Angelo Grace

over and pushed his hand down to -- because he -- I -- I'm -- I believe that they're aware of what they're doing, knowing that it'll startle you and it's going to make you jump into defense. So I guess that was his way of trying to get me to calm -- to come aware that they're officers. But, you know, at that time, like I said, when you just opening your eyes -- when you just opening your eyes, you have to give your eyes a few minutes to adjust because it's like blurry. You have cold in your eye. You're trying to, you know, you got to blink a few times before you really get to see who's who, you know. And he --.

Q. Was the light on in your cell?

A. No. When he came in, because it was in the morning. So there's a window across from the gallery, but not much light comes through those windows. So -- and then you got the officer blocking my cell gate. So, you know, when he was in, they didn't have a light on because it's this morning time, it's bright. The lights on in the block so you can see clearly in the cell. But -- and being in the jail itself, it's gloomy, it's dark. It's not like it's like sunshine. Like, you know -- you know what I mean? So at that time it was just -- he was trying to basically stop a situation from

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 77

Grace v Alvarado - 7/12/2023 - Angelo Grace

happening because they must have done this. They was already doing it to others on -- from my understanding of Sergeant Alvarado that I wasn't the first person that he was doing that to. That there was a new technique. So I'm pretty sure they was having some incidents and they was approaching it with cautious to have better control so that it don't get out of control too bad where it gets too physical, you know.

Q. So were you already in the process of getting up when this officer put his hand on you?

A. Yeah. As he slammed -- as he slammed that gate back, I was in the process of trying to get up, but again, I had the blanket wrapped because it was so cold in the cell, the heat wasn't going. It was freezing. And those cells was stale, so they hold, it's like being in an ice box. So the blanket, I've never slept like that. But for some reason the blanket was wrapped under me so I could not turn fast enough to get up. It was like a pig of the blanket, like trying to get out of, you know, I was -- I was trap, I trap my -- so I -- when I did get to get my hands free, it was more like a, you know, like what's going on.

So now I'm jumping up, but I'm focusing on the appearance of the shadow figure that I see in

Grace v Alvarado - 7/12/2023 - Angelo Grace

front of my gate. And I really wasn't paying attention. I didn't even know this officer was in my cell until he touched me. Because I just heard the back lock and then I'm focusing, I see the shadow figure and then I'm trying to blink my eyes. Then I felt the hand. And then that's when they panicked and we got into the little -- I pushed his hand off of me. I pushed him away because I couldn't see what was going on. And I got one here, one here. So I'm looking left right, left right. I'm like, what's going on? Why are you here? What's going on? What's going on? I'm in a panic attack, you know, because I didn't know if there was inmates or not, you know, trying to cause me harm.

Q. So I just want the record to reflect, because Mr. Grace made a few motions what he had just done. So, Mr. Grace, just -- I'm going to repeat this to me -- to you and you can confirm whether or not my description is accurate. But Mr. Grace described himself as having been lying down on his bed wrapped in his blanket such that his arms were sort of confined by the blankets.

A. Right.

Q. And when he rolled around to wake up after he heard the sound in his cell to investigate who

Grace v Alvarado - 7/12/2023 - Angelo Grace

was standing there, his arms sort of flailed up in the air out of the blanket so that he was able to get up.

A.    Right.

Q.    Right so far?

A.    Correct.

Q.    Okay.  And so after his arms were flowing and he got himself up part of the way, he felt a hand touching his shoulder; is that right?

A.    Correct.

Q.    And he used his own hand to push that hand away?

A.    Correct.

Q.    Okay.  Thank you, Mr. Grace.  So when -- you had mentioned before that when you felt the officer touching you, you were afraid that it was potentially a sexual assault; is that right?

A.    I was afraid that it could be anything.  It could be him trying to hold me down for somebody to stab me or him himself stab me or sexual assault.  I mean, I'm not naked in bed, but I don't have a shirt on, you know, guys do all kind of things in prison.  So at that time, I just felt that I was just under attack.  Someone's in here who I didn't authorize to come in and I was asleep.  So I'm unconscious.  It's

800.523.7887                                  Associated Reporters Int'l., Inc.

Page 80

Grace v Alvarado - 7/12/2023 - Angelo Grace

that for better words, it's no difference if you home and somebody comes in your bedroom and wakes you or you don't know they there, you'll jump up into a defense. What are you doing in here? If you -- until you become aware of what's going on around you.

So it was like, and that kind of term like, you know, I was unaware of what the harm could be at the time. I had no idea. I just know someone is in here because now there's a hand on me as a -- as far -- and also a person in front of the gate. And those things happen a lot where inmates do that. That it'll be an inmate guarding the gate while the other inmate is harming the other inmate in bed, you know. So that was the most frightening situation for me at the time. I didn't -- I didn't really know how to register it at the time.

Q.  Mr. Grace, you had mentioned that you felt like you were having a panic attack?

A.  Okay. There's the speakers right here, so.

Q.  It's okay. Mr. Grace, you had mentioned that you felt like you were having a panic attack; is that right?

A.  Right.

800.523.7887                                Associated Reporters Int'l., Inc.

Page 81

Grace v Alvarado - 7/12/2023 - Angelo Grace

Q.   Had you ever had a panic attack before, prior to this date?

A.   Yeah.  One time I was on that same gallery.  I was in cell 14 and I just started having a panic attack.  Like everything was closing in on me and I couldn't breathe.  And I said, what's going on?  I need to get out the cell.  It just felt like the cell was closing up on me.  And I had to get an inmate that was walking by to get the officer to open my gate so I could get out and move because that was the first time I ever experienced that.  And I guess somebody told me said, well you've been down a long time, sometimes that'll happen.  I've been confined in the cell so long and adjusted to it that I thought that could never happen to me.  But then I started panicking, like the wall was closing in everything was, you know, and when I got out the -- the officer let me walk the gallery for a minute just to, you know, calm down.  And then when I calmed down I was like, wow, what was that?  You know, he say just panicking because you sometimes being confined for so long, you know -- you know, you start thinking that something's happening.

And everything started -- this felt like I couldn't breathe and everything was closing down on

ARII@courtsteno.com                                www.courtsteno.com

Associated Reporters Int'l., Inc.

Grace v Alvarado - 7/12/2023 - Angelo Grace

me.  I don't -- I started panicking.  I said, I got to get out of here, get me out of here.  And I've seen it happen in numerous times too.  I never understood it until it happened to me.  And so at that time, you know, I'm panicking because I felt like I wasn't in position to defend myself and if something wrong was about to happen to me, and that's where the panic was coming in at.  Like, how did I allow this to happen?  How was this happening?  Well, you know, where are the officers?  Well, who is this in here?  What's going on you know?

And that's when I started panicking until I seen -- until I got my vision in tune and seen the blue shirts.  Then I was able to calm myself.  And then once he was able to say, it's all right, it's just a cell search.  It's just some officers.  And I started really looking and really paying attention, then I came to and then that's when I addressed them on why y'all in here like this?  You supposed to wake me up from outside the gate so that this don't happen.  And that was it.  After that, you know, we all stepped out and they came in and did their job.

Q.   Thank you, Mr. Grace.  So then afterwards was when you told me earlier you had talked to Sergeant Alvarado, right?

800.523.7887                                    Associated Reporters Int'l., Inc.

Grace v Alvarado - 7/12/2023 - Angelo Grace

A.   Correct.

Q.   Okay.  And then after speaking to Sergeant Alvarado, you decided to file a grievance, right?

A.   Correct.

Q.   And just to make sure that we are talking about the same grievance, this is the grievance that you attached as an exhibit to your complaint in this lawsuit, right?

A.    That's correct.

MS. LUO:  Okay.  Court reporter, can you please bring up the document identified as Grace dash DEF zero zero one to zero zero two?

COURT REPORTER:  Yes, give me one moment to pull it up.  All right.  Can you see it?  And is this the correct document?

MS. LUO:  Yes, that is.

THE WITNESS:  That's it.  Correct.

BY MS. LUO:

Q.   Mr. Grace, do you recognize this document?

A.   Yes.

Q.   What is it?

A.    It's the grievance that I filed on

ARII@courtsteno.com                                    www.courtsteno.com

Case 7:21-cv-03578-CS    Document 47-1    Filed 11/28/23    Page 85 of 189

Associated Reporters Int'l., Inc.

Grace v Alvarado - 7/12/2023 - Angelo Grace

the two officers.

Q.   Is your hand -- okay.  And is your handwriting on this document?

A.   Yes.

Q.   And that is your --.

A.   And I can see it look like I have their names in there.

Q.   Yes.  And that's your signature on the document as well.

A.   Correct.

Q.   And this is a true and accurate copy of the grievance that you filed?

A.   Correct.

MS. LUO:  Court reporter, can you please mark this as Defendant Exhibit A?

COURT REPORTER:  Yes.

BY MS. LUO

Q.   Thank you.  Just a couple of quick questions about this grievance, Mr. Grace.  I know you already told me a little bit about it but I just wanted to draw your attention to the bottom of this page. Court reporter, could you scroll down a little bit? Okay.  Oh, scroll back up.  Sorry.  All right.  You can stop there.  So you'll see at the bottom, I'm going to

800.523.7887                              Associated Reporters Int'l., Inc.

Page 85

Grace v Alvarado - 7/12/2023 - Angelo Grace

have you follow along and read quietly to yourself while I read aloud.  Where it starts saying, I am not responsible if I am asleep for my action.

A.   It's not there yet.  It's not at the part.

Q.   You don't.  So I'm looking at action request.

A.   Move it up.  She has to move it up.  Pardon me?

Q.   Yes.

A.   To the second page.  Go off --.

Q.   No, I just read -- I just read the first line.  Court reporter, can you scroll down to the next page?

A.   Right.  So on the next page.  You want me to --.

Q.   So now it says -- you can stop there.

A.   Right.

Q.   So this is the last part of the previous section.  I am not responsible if I am asleep from my action happening, which is the first word on this page.

A.   Correct.

ARII@courtsteno.com                              www.courtsteno.com

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 86

Grace v Alvarado - 7/12/2023 - Angelo Grace

Q. I'm letting you know -- jumping down a few lines here to say.

A. Okay.

Q. I'm letting you know now that I'm not responsible for any incident that takes place should they run in my cell ever again while I'm asleep. I will not hold back. I'm going to take it as a sign of threat and attack and will defend myself at all cost.

A. Correct.

Q. And you wrote this on January 27, 2021.

A. Correct.

Q. Why did you write this?

A. Again, to further safeguard myself as due to the way that they was coming in and not following the rules. If you're in my cell, it is a -- it is a sign of attack and it is a threat to me because you're not supposed to be. You can't conduct and you cannot do your job with the inmate in the cell. So you are supposed to follow the protocol, which is to get me out the cell, which is to first, wake me up and alert me to your presence and then acknowledge why you are there and then have me step out of the cell. So to safeguard myself due to the fact that Sergeant Alvarado said this

Grace v Alvarado - 7/12/2023 - Angelo Grace

was a procedure that they was now doing and that there was trying, due to the fact of other inmates are participating in illegal activities that they was doing at random to everybody.

So due to the fact of him saying that it was something being done and I knew that it was wrong, according to the policies and procedures set in place by DOC to safeguard myself from being able to get a new street charge after doing so much time in prison for the assault against an officer, should they run in my cell unannounced. And I'm not aware of who's there. And we get into a physical fight of me jumping up and swinging and fighting under the assumption that I am under attack because there's a threat in my cell and I don't -- I'm not aware of who it is at the time. That I be not held responsible because they're doing the wrong. I'm not the one that's in the wrong. They're in the wrong. I'm in the right at this time being in my cell, confined and asleep.

There's protocols and protocol is there basically for the officers so that they don't wrong the inmates, to also protect the inmates as well as to also let them know what they can and what they can't do to stop incidents from happening. So this grievance was

Grace v Alvarado - 7/12/2023 - Angelo Grace

filed so that I can point out the wrongfulness that the officers had just done to me and that they had started doing. And now which had been brought up in numerous IRC meetings as cell searches in the Department of Correctional Sing Sing as being done wrongfully. Which they shouldn't be doing unless you are under some type of a watch for something or they have a suspicion or something of you doing something, then they'll use those methods. But as for a random search or random cell search, they're not allowed to do that.

They're supposed to wake you up and they're supposed to have you step out of the cell. They're supposed to have you -- pat-frisk and they're supposed to have you stand there present while they search through your stuff. And when the search is over, you step in, they write up the paperwork of outcome of the search, and then they go on about their day and as I go on about mine. So that grievance was put in place, so that should that have happened again because the incident came very close to going to violent blows as soon as he touched me. And I'm grateful that it didn't, that I was able to adjust and to get my bearings on what was happening because it would've -- it could have been bad. And again, once they cuff you, then it would've

Grace v Alvarado - 7/12/2023 - Angelo Grace

got even worse because if I would've got into an officer that would've went to a whole another situation, I wouldn't be sitting here talking to you --.

So I'll be sitting in court facing a new felony charge for a wrongdoing that they did and the incident that they're causing by their actions and would've been looking at an assault instead of a lawsuit right now. And I'd rather be looking at a lawsuit than be looking at an assault. I've been in prison too long and it's time for me to go home. So I'm going to do everything in my power that they allow me to protect my rights. And I'm going to utilize the methods that they tell me to because they say, the pen is mightier than the sword. And that's what I do. I write things up. I don't -- I don't get too much into the physical side with them. So I follow the procedures of the Department of Corrections when need be, when I have to, when it's an incident, you know, so.

Q. Thank you for that answer, Mr. Grace. So just to make sure that I understand, because you've used the word safeguard a few times to me when discussing your decision to file this grievance. So can you tell me what you mean when you say you filed the grievance to safeguard yourself?

Grace v Alvarado - 7/12/2023 - Angelo Grace

A.   Well, you just went out.  I can't see you.  When I say to safeguard myself, meaning to protect me from them being able to lie and say I assaulted them and me bringing to the -- if I -- should that -- should that have -- had happened, me being before court and saying, well, they did this before and you know, now they did it again.  And look what happened now.  They came in again the same way and now this happened.  And as opposed to them saying, well, did you ever write this up?  Did you ever tell anybody about the incident before?  So now by this being on record, this safeguards myself that they -- what -- of what they're doing, the wrongdoing, should something happen, they can't just lie and say, oh, I assaulted them.  And then when I bring it to the court's attention, no, they came in here before they did this.

And this is, you know, what almost happened.  It's filed, it's on paperwork, it's showing that I followed the proper procedures and I alerted the sergeants, the grievance lady, you know, the captains, the deps whatever.  So that now that any incident happened, I just, won't be looked at as I'm lying on the officers.  Because again, when you're incarcerated, you have very little rights and there's no cameras in these

Page 91

Grace v Alvarado - 7/12/2023 - Angelo Grace

jail. And so without there being any cameras, you always going to lose. Whatever the officer says, you're going to lose. If you don't follow and make a paper trail, you're going to lose. Unless there's cameras there to predict. And unless they wear body cameras, the truth will never be told. So many people get wronged that way. And I refuse to be one who they do that to and let happen.

And to better safeguard myself as well as not just for me, the officers too because I don't want to fight with them. I'm not here for that. You know what I mean? My fight is with the courts and I'm fighting for my freedom. So I don't have time to be fighting with officers, you know, so my thing is, you know, it don't just safeguard me, it safeguard the officers too, because now they get -- they have to look at -- they have to answer for their wrongfulness and they have to correct that. And you have to -- you have to not do certain things to put yourself in situations to where you get harmed by an inmate. And then also you harming that inmate because it don't stop.

Once it goes into a physical action and they handcuff you, then you have twenty, thirty officers lynching you and beating up on you. I just came from

800.523.7887                                    Associated Reporters Int'l., Inc.

Grace v Alvarado - 7/12/2023 - Angelo Grace

getting lynched in Gouverneur.  I just had a broken rib. This is what they do.  This is just what it is, you know, so you have to take the procedures as best as you can and, you know, hope for the best.  And so as long as I make my paper trail and, you know, make it known what's being done, then I'm safeguarding myself from any wrongdoing.

Q.   So, Mr. Grace, would it be fair to say that when you filed the grievance, it was to create a paper trail such that if you were to ever respond physically in response to a future search like this, that you felt like you would be justified in that action?

A.   No, that -- not just justified, but also safeguarded to show that this incident has happened before.  So yes, that I be justified in the incidents because I've reported this before.  And who's to say that now that I've reported it before, that they're not doing it on purpose now, just for an incident to happen. Just for -- just to see, you know, so, you know, again, yes, to justify what took place and because it's wrong. You shouldn't -- they're not supposed to be in your cell like that.  You're not supposed to come in on like that. So yes, to justify any actions that come out of it.

ARII@courtsteno.com                                    www.courtsteno.com

Grace v Alvarado - 7/12/2023 - Angelo Grace

So they go smooth like it did before or not, maybe who knows, maybe this time I caught them coming in before it happened, before they got in on me or whatever.  So, you know, but it's basically, yes, to safeguard myself from any actions of myself from their wrongdoing.  And that's the only justification you have and the only proof you have at the time of showing their wrongdoing.  So it is basically to expose their wrongdoing and that they've done it more than one time.  And yes, to safeguard my actions.

Q.   I also wanted to follow up on something that you said just now and mentioned a little bit earlier too.  You had mentioned that you were concerned about Sergeant Alvarado quote lynching you, what did you mean by that?

A.   Lynching, meaning, getting the other officers and coming to my cell and jumping on me, lynching.  Like I said, when incidents happen, once they put cuffs on you, there's a whole different -- it's a whole different story.  Once they cuff you, you just -- you're subject to whatever they going to do to you.  So -- but this is not nothing new under the sun.  This is -- this happens a lot in the corrections.  So, you know, once he made the statement that he got something from me

Associated Reporters Int'l., Inc.

Grace v Alvarado - 7/12/2023 - Angelo Grace

or I took it as, okay, well, you're going to come, go get your officers and then we're going to get into whatever physical action you wanted to be, you know, what could you have for me?

So yes, at that time, yes, getting other officers and -- or seeing me somewhere, anywhere in the jail and just so happen to be there and, you know, causing something physical to happen or pulling me out of the line and telling everybody else to go.  And whatever happens, happens, you know.  So yeah, meaning just that, him getting his fellow officers to do things to beat me up, to jump on me.

Q.   And did anything like that happen?

A.   No, it didn't happen because I filed it, because down, now if that happened, then the grievance and the paper trail has already started.  I've already alerted PREA to what's going on.  I filed a grievance, then I -- then I wrote the police report just in case.  That's what -- that's what persuaded me to go even further and say, you know what I mean, let me write this.  Once he made the threat, that's what made me go with the inmate complaint to the police headquarters because I don't know what he is planning on doing.

When you say, I got something for you.  I

800.523.7887                           Associated Reporters Int'l., Inc.

Page 95

Grace v Alvarado - 7/12/2023 - Angelo Grace

don't know what your intentions is now.  You know, so now I filed a complaint to the police department.  So now you are harassing me for writing up a grievance.  Yeah, in my cell you're harassing me.  You're making threats about what you got from me, what you're going to do.  So now I'm going to file this complaint into the police department, so -- and let my family know.  So should that happen then we can press charges for whatever takes place.  Again, like I said, I always cover myself by following it and taking the proper procedures to safeguard myself while I'm in prison.

Q.  Okay.  We'll talk about the police report you filed later, but for now I just wanted to get back to what Sergeant Alvarado said to you.  And so just to clarify, because we've talked about it a few different times, but I want to make sure we have the timing right.  Sergeant Alvarado said this to you after you filed the grievance, right?

A.  Correct.

Q.  And did Sergeant Alvarado say anything else to you after you filed this grievance?

A.  No.  After he made the threats and all that and that was it.  That was just that day.  That one time at the cell he said what he said, I said, okay,

Grace v Alvarado - 7/12/2023 - Angelo Grace

whatever.  And after that is when I got the key lock, which was two thousand, which was on the 12th, two twelve.  And that's when the grievance was in.  And, you know, I got the ticket on 13th and then that was pretty much it.  I was like, yeah, we hadn't even seen -- I hadn't even seen him anytime after that.  I really wasn't seeing him much.  I mean, he worked the block, but he wouldn't say nothing to me.  I wouldn't say nothing to him.  I go to him from programs because I'm supposed to, and he does his job as a sergeant and run the block.

Q.  Okay.  So let's talk about the misbehavior report that was filed a couple of days after this transpired.  So did you see the misbehavior report?

A.  Yes, it was brought to my cell by CO Burnett.  It was brought to my cell on the 13th, as I said, and she brought it about four ten.  It was about four ten p.m. and she served me with a ticket.  And I signed -- you know, because you got to sign the paper or whatever she served you.  And she served me with it.  And then that was that.  I was keeplock at the time because as I stated, he had the officer confine me to my cell because he was writing this ticket.  From me filing the grievance as he stated in his report that he was

Grace v Alvarado - 7/12/2023 - Angelo Grace writing the ticket because of the grievance that I wrote. So yes, I've seen the report, I have.

Q. And do you recall the reason why Sergeant Alvarado said he was issuing the misbehavior report?

A. Yes. Due to the fact of my grievance that I filed and that he felt that I was making a threat towards his officers in the grievance -- in the grievance because I never threatened anyone directly. But he felt that the grievance -- and the grievance that I was making a threat towards his officers.

Q. And having discussed the language that you -- that you used in your grievance, do you understand how someone might perceive that as threatening?

A. Yeah. No, but due to the fact that he knew the situation and I clearly stated defend myself. If I'm defending myself, then I -- then there's -- then they are the threat. I can't be threatening anybody. I -- I'm defending myself. I clearly state that again, when it goes to the grievance, should they come to my cell ever again, I'm going to feel that -- take it as a sign of attack and threats that I'm under

Grace v Alvarado - 7/12/2023 - Angelo Grace

attack and threats.  And then basically I'm going to

defend myself at all cost so I'm just letting you know

whether it's inmate or officer, whoever's in this cell

at this time and I'm feeling there's a threat to me or

trying to cause me harm, I'm going to defend myself

because I have a right to defend myself no matter what

the situation is.

And so, yes, I can understand him looking

at it at that time.  But in the same or at the same time

on the 701.6 B it clearly states for the rules that you

cannot retaliate against an inmate no matter what, how

he says whatever he says in his grievance or how he

express himself because some people -- sometimes when

you're mad at -- you express things, it might come out

in a way that it is not the way you are projecting it.

But it comes out that way when you're explaining it.

But it is not in those terms as the person is seeing it.

So -- but again, due to the rules of 701.6 it is --

you're not supposed to retaliate under any circumstances

from using the mechanism of a grievance.  This is --

this is only supposed to be where we flush out the truth

of the matter and come to a resolution.

It should have never went no further than

that.  It shouldn't have went to him confining me into

Grace v Alvarado - 7/12/2023 - Angelo Grace

my cell, writing me a ticket.  The grievance lady, her job was to just reiterate what the situation was about, what's going on.  Are they doing that so that she can see what's truth and what's fact.  And then pull me down to a hearing, say I spoke with the officers, this and that.  She violated by even giving him because the rules, she's not even supposed to give him the grievance directly because he is not part of the grievance committee.  So he should never have even had and that's what she feared.  And that's why she also called to speak to me because she knew she was in violation, but she didn't expect him to do what he did.  And that's why she tried to clean up what she did and said, listen, I didn't know he was going to do that.

I have nothing to do it.  So that's where all of that came in at because she was -- she also wrote the rules policy because he's not part the grievance committee.  Her job is to do it informal.  She's supposed to alert him as to what the grievance is about, but to give him the grievance directly, she was not supposed to do because this is to the grievance committee.  And he is a -- he is -- he is a correctional officer.  He is not -- he's a sergeant, he is not part the grievance committee.

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 100

Grace v Alvarado - 7/12/2023 - Angelo Grace

So at that time, yeah, I can see how he took it.  But again, it still didn't warrant me being confined to my cell.  It was nothing physical bad that happened.  There was no violence that happened.  And it was me expressing what happened, what I was feeling and what I felt needed to be clearly stated.

Because if they -- if they're doing this technique and they do this again, I don't know what the outcome would be.  You know what I mean?  So it had to be put on paperwork.

And so yes, I understand how he could have took it as a threat.  But again, as he told me it wasn't personal.  And this is profession.  If anything, he could have came and spoke to me about it because he is a sergeant.  He is a higher up at the jail.  He could have came and addressed it to me or he could have came and further asked me, what do you mean?  Or anything of that such nature.  But instead it took due to the fact that I wrote the grievance against his officers.  He took it personally and it shouldn't have been personal.

Q.    Just to clarify, you mean after Sergeant Alvarado saw your grievance, he could have -- you're saying he could have come to talk to you about the grievance instead of issuing the misbehavior report.

ARII@courtsteno.com                                    www.courtsteno.com

800.523.7887                                    Associated Reporters Int'l., Inc.

Grace v Alvarado - 7/12/2023 - Angelo Grace

A.   Right.  He could have came again and spoke again and said oh, Mr. Grace, you know I see your grievance and scenario.  You know, I spoke to you about this. Again, you know, it's not personal, you know, I don't want you to feel that it was a threat or that you was under attack.  He could have better, you know, resolved this.  And, you know, which again, I -- like I said, I have no issues with Sergeant Alvarado.  I've never had any issues.  But as a professional, he should have came and handled it in a more professional manner.  And I -- again, I would reiterated to him again the same way he said it's not personal.  Well, it's not personal, but, you know, I have to safeguard myself.

Because when I brought it to his attention the first time, he says, do what you have to do.  I understand.  He knows these procedures.  He knows that you have to -- he knows what goes on in these jails.  But again, he didn't have to go, he didn't have to get -- take it in a personal manner.  And by him taking it into a personal manner, it caused him to do something that he probably normally wouldn't have done or wouldn't have.  You know what I mean?  I mean, he would've just said, okay, I'll talk to Mr. Grace again.  You know, if that was the case, me and you and this

Grace v Alvarado - 7/12/2023 - Angelo Grace officer wouldn't be here today.  You know what I mean?  And I could be focusing on more important things that's going on in my life at this time.  But, you know, he took it to where he had to take it.  So then I had to go the distance that I'm at right now.

Because it's like, you know, you just feel like you can just do whatever you want.  And that's what I'm -- that's what I'm getting at.  You feel like you -- y'all can just do whatever you want and I have to speak up.  Whatever little rights I have, I'm a fighter and I'm going to always, you know, put up my fight up and, you know, prove my situation as best as I can.  You know what I mean?  Just to correct the matter, but not just for me, but for the future, for other inmates.  And so that he may direct himself and his officers and that they don't wrong anybody else in this situation to where it do come out to something really bad and someone really gets hurt like an officer or an inmate.  So again, listen, officers, they there to do their job.  I'm there to do the time, they there to do their job.  I didn't construct that.  I didn't refuse doing -- stepping out the cell.  I didn't disregard a direct order.  I did everything I was supposed to do.  I cooperated and I followed protocol.  That's all I did.

800.523.7887                              Associated Reporters Int'l., Inc.

Page 103

Grace v Alvarado - 7/12/2023 - Angelo Grace

Q.   Thank you, Mr. Grace.  So a couple of additional questions just about the misbehavior report and the hearing.  I just want to make sure that I have the timing and the dates of everything right.  So what date were you placed in a keep block?

A.   We'll just have --.

Q.   No, that's fine.  Thank you.  We don't need that anymore.

A.   On 2/12.  The very next day was after 2/11, after he made the threat on 2/12, when I was coming from the store commissary, about eleven or something, I'm not sure.  It's in my letter or something.  I seen Sergeant Alvarado when I was -- when I was going to commissary, I seen him.  He looked at me, I looked at him, I proceeded to commissary.  When I came back in the block, I seen him again and he saw me.  I went upstairs.

Right as I got into my cell he authorized for Officer Palmer to confine me to my cell, to keeplock me.  Officer Palmer followed direct orders from his sergeant, his superior.  And he came to my cell and he says, Grace, you're keeplocked per Sergeant Alvarado.  I said, for what?  He said, I don't know.  So he went and called him and then he asked him for what's he being

Grace v Alvarado - 7/12/2023 - Angelo Grace keeplocked for?  Because he got locked out of the book. I don't know what, you know.  So he says pending a misbehavior report that he was writing.  So he had me keeplocked as of the 12th.

Q.   Got it.  And just to confirm, you were issued the misbehavior report the next day on the 13th?

A.   On the 13th by Officer Burnett.

Q.   And then your disciplinary hearing took place on the 16th; is that right?

A.   On the 16th.

Q.   Who was at the hearing?

A.   Lieutenant Barge, Inmate Signius (phonetic spelling), who was a witness to the Sergeant threatening to cause arm -- harm to me.  And also was a witness to me being confined by the officer stating that Sergeant Alvarado was keeplocking me for a ticket.  He was there at the hearing.  So me, the lieutenant and Inmate Signius, who was at the time in Cell 34 at the time.  And I was --

Q.   Did Mr. --

A.   -- I was in cell 35.  He was 34, I was 35.

Q.   -- did Mr. Signius testify on your

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 105

Grace v Alvarado - 7/12/2023 - Angelo Grace

behalf?

A.   Yes, he testified on my behalf at the hearing.

Q.   And did you testify too?

A.   Yes.  I mean, they asked me what took place.  I explained, but the lieutenant really didn't want to hear it.  He was more focused on trying to get me to go or whatever it is he was going to do.  But I was not trying to hear it.  I told him, I'm not taking anything, I'm not signing, I'm not in agreement.  And he had me taken me back to my cell.  He had me -- him and Signius got into an argument during the hearing because he was upset that Signius was -- they had to testify on my behalf.  And he was like, well, what do you have to do with this?  And Signius was like, well, I was there when he did what he did.  And he was like, well, it didn't have nothing to do, you know.  So they took us back to our cell.  And like I said, probably like a hour or so, Officer Palmer came to my gate and said, per acting Dep of Security Barnes -- Captain Barnes has removed you off of keeplock.  And this quick call to -- grievance they did and also said, make sure to take him off of keeplock right now -- immediately.  They told him immediately to take me off of keeplock.

Grace v Alvarado - 7/12/2023 - Angelo Grace

And so they took me off of keeplock.

Q.    Okay.  And this was later on February 16th, right?

A.    Yes.

Q.    And that was the end of the disciplinary hearing.  There wasn't anything else.

A.    They threw it out.  They -- per dep of security bars, they threw it out because Ms. Quick had reiterated to them that you cannot lock the inmate up or write them a misbehavior report for using the grievance mechanism that's set in placement to resolve the situations and issues.  You cannot do it.  And that's -- that was the whole purpose of him throwing the ticket out.  And then at that time, Lieutenant Barge didn't want nothing else to do with the issue.  He didn't even want to be involved with that.

Q.    So when you said all that stuff that Ms. Quick said, did she say it to you specifically?

A.    Yeah.  When she called me down, we had -- me and her had a talk, a one-on-one meeting.  And she specifically said that, you know -- she apologized.  As I said, again, I told you that the captain wanted to apologize too but at the time, they was calling for me to come downstairs in the unit.  The reason I didn't go

800.523.7887                                     Associated Reporters Int'l., Inc.

Grace v Alvarado - 7/12/2023 - Angelo Grace downstairs in the unit is because I didn't know if Sergeant Alvarado was down there and if they was trying to set me up.  So I refused when they announced over the loud speaker for me to report downstairs to the O.I.C., which is the main office for officers downstairs on the flats.  Only to come to find out after talking to our grievance, Ms. Quick, that Captain Barnes was upset that I didn't come down because she was with him and they wanted to apologize for Sergeant Alvarado's behavior that we did.

And I told her, well tell him I said, thank you, but you know, it is done.  And you know, I told her to tell him I didn't mean no disrespect.  I didn't know that he was down there.  They didn't tell the officer, they just announced from the speaker come down.  They didn't call upstairs and say, tell Mr. Grace to come down, Captain Barnes wants to speak to him.  Had they did that, I would've went downstairs and he probably -- he would have apologized like he wanted to but because they didn't do that, they just announced from the speaker, come down to the O.I.C.  And I know that Sergeant Alvarado is the acting sergeant over the unit, I refused to go down because I didn't know if there was going to end up being further -- any further

Associated Reporters Int'l., Inc.

Grace v Alvarado - 7/12/2023 - Angelo Grace

retaliation, especially based off of the fact that he had already threatened that he had something for me.

And I know how these situations go.  So I just said, well, if it's that important, whoever wants to see me, they'll come upstairs to see me.  Because they was doing count right off the counter.  I said, why didn't they come to my cell at count time if that's okay.  But I lived on the top level in the Gerald, which is Papa Gallery.  It's four levels high.  So I guess they didn't want to walk the stairs.  So they'd rather me come down than walk up.  And at the time I didn't move.  It was -- so, yeah, I didn't report downstairs to them at all.

Q.  So how did you learn that it was Captain Barnes, did you say?

A.  Yes.

Q.  Did he apologize to you?

A.  Yeah, through the grievance lady, Ms. Quick, once me and her had a sit down at the school.  Because she -- her office is in the school building and I am a porter in the school building.  So when I came into work, she had an officer come get me and said, she wants you to speak to me -- she needs to speak to me immediately.

800.523.7887                    Associated Reporters Int'l., Inc.

Page 109

Grace v Alvarado - 7/12/2023 - Angelo Grace

Q.   I'm going to pause you real quick. When did this happen?

A.   When I went to work.

Q.   What day was it --?

A.   It was like after -- it was after I was off of confinement.  So it could have been any time after the -- within the week -- within that week from the 16th of me getting off confinement within that week before my hearing.  It was way before the hearing of my grievance.  So, you know, I got off on the 16th.  So in between that from the 16th until the 25th, in between that time because I returned back to work immediately. So you know, like I said, we went into a classroom and because I had written her another grievance explaining to her that she was wrong for what she did.  That she knows she was wrong.  That she's taking it upon herself to protect her friends by giving them the grievance instead of taking the proper protocols and following proper procedures.

So she really wanted to talk to me because she knows I know the rules and regulations.  She knew that this was going to result in a situation that I -- where we at now.  And again, I -- she has pending inmates that has lawsuits on her.  She did not want to

ARII@courtsteno.com                    www.courtsteno.com

Grace v Alvarado - 7/12/2023 - Angelo Grace

become part of another lawsuit.  So she clearly wanted to clear herself of this matter and saying that that's -- that wasn't her intentions and, you know, she didn't do it for that.  And, you know, just to clear it up because I told her that that's what I felt that she did it for.  Because I wrote her another grievance saying that, you know, you know you shouldn't have did this.  And you put -- you made me even more a target than now.  He's kind of threatening me.

You were supposed to ask him about the incident and I told you I spoke to him.  You supposed to ask him about what we spoke about.  And then you were supposed to ask them, are they conducting these searches like that and what is the purpose of them conducting these searches?  And then to resolve it, you know, to file it on record so that it's known that they're conducting these searches, that they're -- that's not part of DOC policy and rules, so that in the future, you know what I mean, everybody can be safeguarded from any foul play, you know.  And she did it.

Q.   I'm going to pause you right there, Mr. Grace.  Did you say you filed another grievance against Ms. Quick?

A.   No.  It -- and not against her.  I

Grace v Alvarado - 7/12/2023 - Angelo Grace

wrote another grievance, but to her directly.  She took

it more as -- she didn't put it as a grievance.  She

took it more as a direct letter to her.

Q.   Okay.  So it wasn't a formal

grievance; is that right?

A.   Right.  It was --

MS. LUO:  Hold on a moment.

THE WITNESS:  -- two inmate grievance

because, you know --.

MS. LUO:  Sorry, just --.

THE WITNESS:  Okay.

MS. LUO:  The court reporter stepped

away.

THE WITNESS:  Right.  I wrote it to her -

-.

MS. LUO:  All right Danielle?

COURT REPORTER:  Uh-huh.

BY MS. LUO:

Q.   Okay.  Keep going.

A.   Yeah.  So I wrote it to her because

she -- that's how I have to address her.  That's how I

have to address it.  But it wasn't as a complaint as

something in the jail.  It was more of a complaint

against her for what she did.  So she knew she -- that's

800.523.7887                                      Associated Reporters Int'l., Inc.

Grace v Alvarado - 7/12/2023 - Angelo Grace

why she wanted to talk to me because she knew from reading that other, that okay, he's going to follow up. You know, because, you know, this guy, he was wrong. She apologized.  They're both -- she apologized for me -- to me for that as also as well as other officers and other sergeants apologized to me for that.  She said, well, I apologize for what he did to you was wrong. They apologized to me for that same thing.  So I said, it's nothing, you know, people -- we all make -- everybody make mistakes, everybody do things.  So I'm no better than nobody else.  So, you know, it's just what do you do about it when things happen?  How do you go about fixing it and handling it and how do you right or wrong?  That's all you can do.

Q.   Do you have a copy of the letter that you sent to Ms. Quick?

A.   I'm not sure, I probably do.  I would have to go through my legal works.  I got a whole bunch of legal -- we just had a search, so I'm unaware of where anything is at right now because they just did a whole dorm search and they just -- they pull out everything.  And I used to have everything in order, but I should have it somewhere in there.  And I'll check to see if I have it because if I don't, then it was nothing

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 113

Grace v Alvarado - 7/12/2023 - Angelo Grace

that I interfere with.  Nothing for that I felt I shouldn't have -- I should have kept, but I also wrote up other grievances on Sergeant Alvarado because he came after that a couple of times and had officers go in my cell and I wrote that up about him coming on the gallery and they got this thing where you CMC like for release, like a prison, like if you're a person of escape.

And he came on the gallery one time and had some officers come in my cell again.  And I asked him, was this random, once I stepped out of my cell, I seen him standing there in front of them, I says is this random?  He says, no, this is CMC.  I said, you know I'm not CMC, so why are you in my cell and I'm going to grieve this.  At that time I had just got a response from the court that my lawsuit was filed and it was on the bed.  I just got before they came to my cell.  When he looked at it, he seen that I had a lawsuit pending against Sergeant Nora (phonetic spelling).  When he looked at it, he looked at me, I says, I'm going to file a complaint against you.  He says, I have nothing to do with this.  He says, I'm -- I apologize.

I said, what?  You have a list for people that's CMC.  He says, yeah.  He had a list in his hand and he says, we're looking for Brown.  I said, well,

ARII@courtsteno.com                                    www.courtsteno.com

Grace v Alvarado - 7/12/2023 - Angelo Grace

Sergeant Alvarado knows where Brown at because he took them out the Box and put them in the -- on the gallery, down the gallery so he knows where that person is at. Why are you in my cell?  He said, well they have this cell.  He showed me the paperwork.  They crossed out the cell that he was in and wrote thirty five.  This is not my name, you know that my name is not this.  Sergeant Alvarado knows that my name is not this person's name. You know that my name is Grace, you are also an officer that have been here for a while, you know that my name is Grace.  Why are you in my cell?  I'm going to follow this up.

He got out of there immediately.  He says, I want nothing to do with it.  I didn't know.  I apologize and he left.  And I wrote that up that he came up to my -- again, you know, because I felt that he was being spiteful now and he was further doing things.  So I wrote that up too.  But I -- what I'm going to do is I'm going to -- when I get back to my unit, I'm going to take some time and I'm going to look through my paperwork because I usually save everything.  I don't throw nothing way and I keep copies for myself.  And everything that I find pertaining to all the times that I written up Sergeant Alvarado for anything else he kept

800.523.7887                              Associated Reporters Int'l., Inc.

Page 115

Grace v Alvarado - 7/12/2023 - Angelo Grace

on, I will forward it to you.  I will make copies --

Q.    Thank you.

A.    -- and I will forward it to you so that you can see that there's been other times that I felt that he was abusing his authority, you know, due to the fact that now I got a pending -- and this is why I got the pending lawsuit.  Oh that -- that he comes up there and do that.  So I'm like, are you serious?  You know I'm not CMC, so.

Q.    Thank you Mr. Grace.  Yes, I would appreciate any sort of additional grievance or complaint or letter, formal or informal, that you filed about Sergeant Alvarado or anyone else who is involved in this particular grievance.  So you could, you know, take your time, gather everything you need, send it over to me.  If something gets forgotten, you can just follow up with that but I would appreciate anything that you have.

A.    I'll just leave it as Exhibits like A, B, C, this is pertaining to this, to that.  And I'll send it to you as well as send it to the judge to let her know that I've forwarded these papers to you showing everything that you're asking for question.

Q.    You don't need to send it to the judge.

800.523.7887                          Associated Reporters Int'l., Inc.

Grace v Alvarado - 7/12/2023 - Angelo Grace

A.   Okay.

Q.   Yeah, discovery can just come to me. That's fine.

A.   Okay.  All right.  So I will do that.  I'll take my time this week and sit down because I have, you could imagine, 23 years' worth of legal work.  So I usually know exactly where to go, but as I said, we just have a unit search and they really destroy, I mean, they pull everything out, every piece of legal work.  And I have a locker full of legal work, so I got to -- I'll give it to you though, you know, so -- because I've seen them so I know that they're there. I just got to locate them, and as I locate everything, I'll make the copies and just forward everything to you.

Q.   Got it.  That would be great.  Okay. So we've talked about the misbehavior report and we talked about the grievance hearing.  So -- and we just touched upon a little bit about your other grievances related to this matter.  I just want to check prior to the incident that gave rise to this lawsuit, do you have any other grievances that might be relevant?

A.   No, not at this time.

Q.   And then we talked about, after the incident that gave rise to this lawsuit, any grievances

ARII@courtsteno.com                          www.courtsteno.com

Grace v Alvarado - 7/12/2023 - Angelo Grace

-- additional grievances you filed about Sergeant Alvarado or anything related you will produce to me, right?

A.    Correct.

Q.    Okay.  Great.

A.    Prior to me -- be mindful prior to me finding them because you got to realize in the Box also, you know, I have a lot of legal work.  I don't go through all my stuff.  I know I have them -- I know I have them but -- should still have them.  But when you're being transferred and you traveling, you know, I don't go through every piece of work and make sure I got it.  But as soon as I locate them, which I know they should be there, they got to be there.  So as soon as I locate them, you'll get them immediately.

Q.    Thank you, Mr. Grace.  I understand that it'll probably take you some time to get through the materials.  That's fine.  We have plenty of time left until discovery ends, you know, within the next couple of weeks would be great.  But if for whatever reason there's any delay, you can always write to me.

A.    Yeah, you have it -- you should have everything.  Like I said because it's not -- I'm going take a whole day, just sit down.  So I'm going to locate

800.523.7887                                    Associated Reporters Int'l., Inc.

Grace v Alvarado - 7/12/2023 - Angelo Grace

it within today or tomorrow.  I don't sit around and wait until the last minute.  The only thing I got to do is write to here -- to where I'm at now, to get them to authorize me making copies and once they send me a call out.  So that I can come to the school to make the copies, then I will come because they don't let me -- they don't do like the maxes.  They don't let -- make the copies in front of you.  You have to give them your paperwork and then come back the next day when they make the copies.

So I'm going to -- as soon as I get them, I'm going to put in and make copies.  I'm going to bring it down.  I'm going to give the -- I've already paid for the copies.  I'll let them make the copies and then they go out the same day because you have to mail whatever you copy out right there with the officer.  So it should be within this week or no, by -- no later than next week it should be in the mail.  It should be on its way to coming to you and that -- the last ticket that I had that you wanted to see, and the outcome of that from Albany.  All of that should be coming in the mail to you prior to next week coming in.  Everything should be in develop -- depending on how fast they get me in to make the copies.  But they're usually pretty good on that.

ARII@courtsteno.com                              www.courtsteno.com

800.523.7887                              Associated Reporters Int'l., Inc.

Page 119

Grace v Alvarado - 7/12/2023 - Angelo Grace

So let's-- it'll be -- you'll have it within a week or two.

Q.    Thank you, Mr. Grace.

A.    You're welcome.

Q.    Okay.  Close to being done, probably have around half an hour to an hour of questions left. So thank you again for your cooperation and your patience and let's just keep moving along.

A.    Well, I have nothing to do.

Q.    Are there any witnesses to the allegations complained of in this action that we haven't already talked about?

A.    No.  That we haven't.

Q.    And then other than what you already testified to, did you speak to anyone else about the allegations?

A.    No.  Outside of the people who helped me filing my paperwork and typing up, no.

Q.    And, we -- other than the conversations that we've already talked about before, have you talked to anyone else about the incident?

A.    Only the inmates who, again, helped me file my paperwork and did the typing for me and helped me look up the research on all cases and laws and

ARII@courtsteno.com                              www.courtsteno.com

Associated Reporters Int'l., Inc.

Grace v Alvarado - 7/12/2023 - Angelo Grace

any one of that nature.  Yeah.  And other inmates like that.  The ones that I gave you names -- I gave you their names earlier of a few of them, you know.

Q.  Yes.  I have that information already.  And I know you'd spoke to your niece as well.  We talked about your conversations with her.  How many times would you say you've talked to her about the incident?

A.  When it first happened, I spoke to her -- when it first happened, but after that I just let her know that I filed a lawsuit.  I did -- I let her know that it is possible that she might, that you might want to contact her for a question to ask her about me or talking to her about the lawsuit.  Outside of that, I don't really talk about it because it's not really nothing to talk about on a day-to-day basis with everybody -- it's nothing really big.  Nothing, you know what I mean?  So it's not really -- if I mention it, it would be to someone that's of the legal aspect that works in the law library that's assigned to assist inmates with any court proceedings and filings and complaints and stuff like that.

Q.  Understood, Mr. Grace.  If this case goes to trial, is there anyone else, other than the

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 121

Grace v Alvarado - 7/12/2023 - Angelo Grace

people we've already discussed, who you might plan on calling to testify?

A.   No, outside of -- outside of this, the media people, Ms. Quick, the dep. Like I said, my niece I mentioned.  My witness I had there.  Officer Palmer who wouldn't confine me due to the fact of his sergeant authorizing him to do so.  No, really outside of those people, that's the immediate -- that was all that would happen.  There would -- there would be nobody else outside of that, that could really, you know, add or take away anything from the situation.

Q.   Did you ever write anything about the incident to any of those people?

A.   No.  Again, the inmates, they here with me in the jails, so I don't have to write anything to them.  I bring my paperwork down as I have to respond to whatever, or when I get responses when I get to law library and I get the assistance of formats -- of how to format everything and what needs to be done and how to -- right way to write it or type it.  You see, sometimes I write it out.  So, you know, I got to make sure I'm formatting it right, you know because I'm pro se and, you know, related to the law regardless.  I still do my best with the help of others.  And they're not perfect.

Grace v Alvarado - 7/12/2023 - Angelo Grace

So, you know, it's learning and that's what the law library's here for, for us to utilize and to learn how to, you know, can't -- can't afford a lawyer all the time, and you can't depend on everybody. So you have to do things yourself sometimes. The best way to know things, but understand things, is to do it yourself. So other than that, no. you know. I just -- outside of those people, nobody, I don't have to write nothing. They tell anybody, you know what I mean? I sit down, I discuss what's going on and what's the best way to format it, get my formatting right. Is this procedure right? If not, they'll pull up what the procedure is, they'll show me the proper way to do it and then I go from there.

Q. Got it. And you haven't written anything to your niece or your sister?

A. No, I talk to them directly. I don't -- that's too much writing. Or email. I'd rather do email. We don't have -- that's ancient now. Writing is ancient, you know, only to -- only writing I do is to the courts. But outside of that email or phone.

Q. Did you have anything in email about this case specifically that you sent to your sister or niece?

Grace v Alvarado - 7/12/2023 - Angelo Grace

A.   No, not -- not in the details.  Like I said, I'll speak more direct to them on the phone. It's more because the reason why I don't like to do email is because officers have access to deny your emails going out.  They read your emails.  Even though on the phone they can -- they can terminate your phone call, but at least there's a recording to show that.  So they do something about it.  But in the -- in the emails, they're always blocking emails and stuff, especially if it's pertaining to officers or Sergeant Romeo or something, that won't never make it out.  So I just wait until I talk to my family and I speak to them direct and I tell them what's going on.  I report everything to them.  Any incidents that goes on with me and any employee of the Department of Corrections, I bring to their attention.

Because again, if something happens to me or they happen to kill me back here or anything, I want my family to know the truth.  I want them to know what happened and not the story that's going to be made up and told.  I want them to know what actually took place so they know the proper procedures that they need to take on the outside what legal representation and legal -- to get to the bottom and why am I dead at that time,

800.523.7887                           Associated Reporters Int'l., Inc.

Page 124

Grace v Alvarado - 7/12/2023 - Angelo Grace

if that was to happen.  Again, you know, I'm the baby of seven and I believe in numerous family.  I don't -- I don't hide nothing from them.  I make sure they know everything.  Especially being incarcerated, you have to make sure they know everything that's going on with you.

Q.    I know -- I know we talked previously that you've discussed this case with your niece and your niece's mom, who was one of your sisters.  Did you discuss this case with any of your other five siblings?

A.    No.

Q.    Okay.

A.    Because you know, they're busy -- they're busy.  I don't really call them as much, but I call my oldest sister and her daughter, which is Layla Patterson.  But I speak more to my niece, but I don't even -- I don't really get into details.  She just knows that I got a lawsuit against the sergeant.  She knows that it's for -- she knows what it's for because she had to call Albany to complain about it.  You know, about me being keeplocked for writing a grievance.

Anytime I have any issues they do the call for me, she'll call her.  And sometimes my second older sister, who is a minister, sometimes I call the

800.523.7887                              Associated Reporters Int'l., Inc.

Page 125

Grace v Alvarado - 7/12/2023 - Angelo Grace

senator on things too.  Because my sister's a minister and she has a senator that goes to her church.  And sometimes she brings issues to her attention, but not pertaining to this.  I've never brought this to my sister, but I'm just letting you know that, you know, sometimes if I have to, I will -- I can call the senator direct from my phone and let her know if there's an issue.  So I'm pretty much got eyes on me, you know, for my protection and safety.  So, like I said, I'm good.  I'm here.

Q.   All right.  Thank you, Mr. Grace.

A.   You're welcome.

Q.   And I know you previously talked about filing an inmate complaint form to the superintendent of the New York State Police, right?

A.   Correct.

Q.   What happened after you filed that form?

A.   Usually -- I'm not -- I'm not sure.  But usually what happens is they'll call the jail to confirm this complaint.  And I ask questions because I'm telling them that I want this complaint filed.  So something happens with this sergeant and something physical, or they do something to me.  The police will

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 126

Grace v Alvarado - 7/12/2023 - Angelo Grace

have this complaint filed and then when my peoples would call, they would come to the jail.  They would put that employee under arrest for whatever it is that he's -- that he's did.  Prior to me filing complaint and having him file this, you know, should something happen, I want -- I want to bring charges up on this person.

And I know this because I've done this before on another officer who retired from there named Burnett.  And the superintendent and the dep has spoken to him about that because they called the General to find out what was going on.

And he had later -- had later addressed me.  And then yo, it's not that serious.  It's not that serious.  So I just said, well, I'm going to safeguarding myself because I don't know the intentions, this isn't them.  So I take it that they may have contacted them or they may have put it or filed it. Usually, they'll say that they forwarded it to, I think the jail superintendent or they got -- but usually they'll just either follow up reports in the jail or they'll send something through.

So at this particular time, I don't -- I don't recall getting nothing from them.  But I filed it to the grievance, the superintendent of Dep of Security

ARII@courtsteno.com                                www.courtsteno.com

Grace v Alvarado - 7/12/2023 - Angelo Grace

and Albany.  So I send it out, and you know, so they can get it so that, you know, if something happens, I could show that I filed a complaint on the outside because I don't just file my grievances or papers on the inside. I follow up on the outside.

So anything I do in here, I let my family know so that they can follow up on the outside and maybe get in contact with -- if it's an official complaint. And I always -- if it's going too far, then I go as far as wherever jail I am at, I find out what is the closest police department or state troopers or headquarters should something happen so that I can be able to file any complaints, any inmate complaints and forms to them, just as a procedure and caution as to knowing what's going on and how these officers handle us back here. Because a lot of these places don't have cameras.  And so, you know, I got to -- I got to protect myself with the -- even though it is -- it is very little much, but I got to utilize that little bit of what I do have because, you know, without cameras and, you know, and this is why I'm so grateful now that we have cameras. Because it catches everything even in the street with the officers wronging us and killing us and setting us up.

Grace v Alvarado - 7/12/2023 - Angelo Grace

So, you know, until we get -- until we get cameras in here, then you know, you have to do what you have to do to be able to protect yourself. We just got cameras sent here two weeks ago. They ain't put them up yet. There's no cameras here. These things happen. But I stay clear. I mostly stay in my cube. So yes, I have to file these kind of complaints sometime to whatever station is over that jurisdiction.

Q. Got it, Mr. Grace. All right. So just to make sure I have it clear -- you know, you filed this complaint form as a way of putting on the record your complaint in -- against Sergeant Alvarado, right?

A. Correct.

Q. You haven't received any sort of documents or follow up from the state police regarding this complaint?

A. Correct.

Q. Okay. That's all I needed to know, thank you. Do you have any handwritten records about this incident on your person or in your files?

A. You mean handwritten records as far as what, the complaint?

Q. No. Any notes -- any notes that you might have taken or, you know, if you have a diary or

800.523.7887                              Associated Reporters Int'l., Inc.

Grace v Alvarado - 7/12/2023 - Angelo Grace
something like that.  Anything you might have written down on the dates or around the time or since then about the incident?

A.  No, I don't -- I don't write down, everything's here.  It's -- it is not much to write down because it's so simple.  It's so small of an issue that there's really not nothing for me to really sit down and write because it happened to me.  So I'm aware of everything that happened, how it happened, the dates and all of that.  I don't have to write any notes or anything down to remember anything, you know, and I don't have to elaborate or add on.  So this, you know, it's nothing to add.  It's just the fact of what took place, what happened, what shouldn't have happened, and why.  And this is where we at.

Q.  That's fine.  Thank you for clarifying and letting me know.  So I know we talked a lot about the actual incident and what happened and the aftermath but I want to just focus in specifically on this lawsuit.  So what did -- what do you hope to gain from filing the lawsuit specifically?

A.  Well, I hope to gain first and foremost that the correction that, you know, that it benefits not just, like I said, for me, but more that it

800.523.7887                              Associated Reporters Int'l., Inc.

Page 130

Grace v Alvarado - 7/12/2023 - Angelo Grace

helps other inmates that go through this -- go through alone.  That they don't have to just tolerate it and accept it and feel that they have no way of rectifying the situation or defending themselves or righting a wrong, first and foremost.  And secondly, it's just whatever the people decide that they, you know, they make off of what they see, you know, make fit.  Because for me, it's not about a big -- it's not a big thing for me.  It's just I needed to correct a wrong and I was -- I was confined to my cell.  I was, you know, wrongfully imprisoned in a prison for utilizing a tool that's put in place for me to solve resolutions and situations.

And for me it's just -- it's just about, you know, letting it be known that you just can't, you know, hopefully that he understands that you just can't just do people wrong because you have authority over them.  And just because, you know, you can -- you know, I'm no different than nobody else.  The shoe could be on the foot.  He could have been the inmate, I could have been the sergeant.  When we are in the streets and they say, you did something wrong, they punish us by putting us in prison or whatever they see fit and nobody's exempt from going through whatever resolutions they have to go through to right their wrong.  Whether you are an

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 131

Grace v Alvarado - 7/12/2023 - Angelo Grace

officer or any kind of civilian, you know what I mean. That everybody is equal when it should -- when it comes to being held accountable for your actions, should they be wrong.

And for me, it's just hoping that, you know, he again don't take nothing personal and that he right this his self and just say, you know what, for me, I don't need him to admit anything to me.  I need him to admit to himself so that he can better himself as a sergeant and the business and profession that he's in so that he can conduct himself and be a better sergeant towards the inmates and not allow things to get personal and handle them more -- in a situation of professionalism.

So for me, I look forward to just getting like -- that's a resolution of, you know, understanding that there was a violation and that -- and also there's just, you know, so when these other inmates gone through stuff, when they look it up on the computer, they see, you know, because they use cases to help them, you know. So this is just another stepping stone also to help people and to get them the options to know that oh, even though you are in prison, you have very little rights, but you do have some there.  And don't, you know,

ARII@courtsteno.com                                    www.courtsteno.com

Grace v Alvarado - 7/12/2023 - Angelo Grace

because if you don't -- if they don't know that you can do these things, then those issues continue to go on.

The inmates continue to be wrong and then worse stuff come out of it.  And this is how inmates get to -- get mental problems, then they feel like they have to -- then they start trying to cut and stab officers because they feel like they're getting violent.  They don't have no way out.  Whereas, I learned during my time and doing a lot of legal work and doing a lot of study of law that, hey, come look at this, look, let me show you a incident just like yours that you can follow up and file and do the same way.  This is what you got to do, follow procedures, do this.  So for me it's just whatever, you know, the people see that you know, if they come to terms of understanding that, you know, it should've never got to this point.  I wish it never got to this point because I really -- this is a waste of time for me.

Q.    Okay.  So it sounds like largely you're looking for some sort of accountability or acknowledgement of wrongdoing, right?  Are you also hoping to gain any sort of financial or monetary damages as a result?

A.    Well, yeah.  I was confined to

800.523.7887                                Associated Reporters Int'l., Inc.

Grace v Alvarado - 7/12/2023 - Angelo Grace

myself, so like I said, I was forcefully in prison.  So, you know, you force -- forcefully in prison somebody, I can't get the day -- the days back.  He can't -- I can't get those days back.  And, you know, he hindered me.  He forced me, stressed and angered me.  Because there was a pandemic and I was working on my cases and I didn't know how long I was going to be keeplocked up, you know, I didn't know the term.  So he -- and my brother's sick with cancer, he has stage four.  I'm, you know -- you know, it was pressure on me, you know, so, you know, that's -- that's damaging.  You know, I shouldn't have to go through that.  So yeah, of course I'm looking for something, but I'm not -- it's nothing, you know, outrageous.

It is just come to the terms of understanding and hopefully -- more so, I want him to just, like I said, take accountability and, you know, right his wrongs and just do better as a sergeant.  That's, you know, do better in your profession, you know, this is your career.  Like I said, you know, I can't get back the days he had me confined in my cell.  And, you know, some people when they got a law where you -- if you illegally locked up per day, make -- you get something.  So, you know, you have me confined to myself

ARII@courtsteno.com                                www.courtsteno.com

Grace v Alvarado - 7/12/2023 - Angelo Grace
for these days and it was wrong.  You shouldn't -- you shouldn't have done that to me.  So I should be compensated for something.

Q.   Okay.  So, we'll -- we're actually going to talk a little bit about the injuries that you're alleging and the damages specifically.  So let's talk about first the emotional injuries that you -- that you're talking about.  So first and foremost, what's your understanding of the claims that you have brought against Sergeant Alvarado in this case?

A.   My understandings of the claims as far as --.

Q.   Yeah, the claim that still -- that still exists after the judge issued her ruling on this case.

A.   Oh, the -- my understanding is that she ruled, you know, partially in his favor, partially mine.  She threw out certain things pertaining to him.  And she awarded me to go forward to trial based off of my first amendment right being violated.  She stated on record that she do believe that he did make the threats, he did violate, you know, I mean, and stuff like that.  So my understanding is that, you know, it's -- he got something, I got something and then we had this term and

Grace v Alvarado - 7/12/2023 - Angelo Grace

she also brought to my attention if I would be willing to settle out. And I told her on the record, I said, depends if they make an offer, then we'll go from there. She says, okay. And so the last person that was on stand that she recommended that they get with me and we'd discussed that or whatever.

And I said, okay. She said, so you set something up, told the other one that was on the phone, you know, set something up and you and him proceed. I can come to terms and reasoning and get this done and over with, or unless you want to proceed all the way through the trial. And so I was waiting on her, but then I got your letter that you're in place now. So that was my understanding so far. And I was waiting for her to, basically, because she says that she told the judge that she would line up to Zoom, we have a discussion me and her. She and -- that didn't take place because now she's no longer there. Now here it is.

Q.   Well, thanks for getting me up to speed, Mr. Grace. Certainly, that is something, you know, we will be in touch and talk about any other sort of potential settlement issues in the future. So just to be clear, you understand that the only claim that

800.523.7887                              Associated Reporters Int'l., Inc.

Page 136

Grace v Alvarado - 7/12/2023 - Angelo Grace

we're proceeding on at this point is your first
amendment retaliation claim, correct?

A.    Correct.

Q.    And so what injuries are you
alleging happened as a direct result of that
retaliation?  Meaning how do you think you were injured
by Sergeant Alvarado's filing of his misbehavior report
against you?

A.    Well, the injury first of all when
they confined me to my cell, but then it started
affecting me to where I wouldn't -- every little --
every little move, every little thing -- it's like I
wasn't sleeping, I was more -- because you got to
realize in twenty something years, I've never allowed
anyone to get in on -- in the cell on me without me
being aware.

Q.    Mr. Grace, I'm going to pause you
right there.  So I just want to be clear here that the
damages that you're alleging have to stem from the
filing of the misbehavior report, not of the search.  So
to the extent there is anything resulting from the
search --.

A.    I started stressing and I started
getting more like nervous every time if there's a

ARII@courtsteno.com                        www.courtsteno.com

800.523.7887                                  Associated Reporters Int'l., Inc.

Page 137

Grace v Alvarado - 7/12/2023 - Angelo Grace

search.  If I'm asleep, I'm always jumping up when I'm hearing the officers walking by.  I started quitting sleep.  I'm starting to -- you know, be aware now it's like, okay, I can't sleep because they come in here again, I can't sleep.  So then I started having more pressure than not -- this is -- this was leading up to me -- I'm stressing now, and then when I get to other jails and now I'm in open area with no cell bars, I'm not sleeping.  I'm constantly jumping up.  I'm looking around, you know, I'm nervous now because I don't ever want that to happen to me again.  I don't ever want to feel whether I can't defend myself.  So it mental -- it mentally mess with my mental, it starts stressing me. And then now all of a sudden, because I stress a lot and this and that and worrying about everything that's just added more onto what I'm already going through with my other issues -- with my wrong conviction and stuff.

And now I'm dealing with that.  And then every time something is going on, the officer coming about it, I'm feeling nervous or I'm thinking they're going to do something.  And then sometimes when they go through I'm thinking that they're going to -- sometimes I feel like they do they even know about this situation, you know, so it's like my mind start playing tricks on

ARII@courtsteno.com                                  www.courtsteno.com

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 138

Grace v Alvarado - 7/12/2023 - Angelo Grace

me and I'm starting to just like -- just starting to get back to like, you know, trying to ease up a little bit to where I can lay down and relax.  But the fact that my brother is sick and I couldn't reach out to him, it caused that kind of stress on me.  Like I said, he's at stage four cancer, you know -- family, people falling sick or pandemic at the time it happened and, you know, it was -- you know, not worried about if my son is all right, is his mother all right, you know, is I'm going to hear anything bad?  Because I go through everything like I said with my family.  So the damages was my -- to me made.  It was -- it was just more pressure on me.  It was more pressure, just started stressing me out.

Q.   So I know you had mentioned before also that you were unable to talk to your brother for those four days that you were under keeplock from February 12th to February 16th.  How often did you usually talk to your brother?

A.   Well, my brother used to come see me more than anything, but I usually used to talk to him every couple of weeks.  But I would talk to him through my sister who would connect me on the phone with him so that I could speak with him.  And then when I called -- right before I had went on keeplock, my sister -- my

ARII@courtsteno.com                              www.courtsteno.com

Grace v Alvarado - 7/12/2023 - Angelo Grace

niece had brought to my attention that he was in the hospital.  He was doing really bad because he had COVID and I thought he was going to die.  I thought he was going to die because he's so sick, you know, with cancer.

Q.    So you were able to talk to your sister during keeplock?

A.    No, I talked to my niece before the keeplock and that's why I was saying to you that she told me that my brother was sick.  And then I went on keeplock and then me not being able to check up on his situation and not being able to call to say what's going on -- what's going on, it made it hard.  And then when I started pressing the issue, on let me see maybe like two, maybe two days in -- two days in, they allowed me to get a phone call and it's because the officers there, they don't like to -- nobody does what they supposed to, according to the rules of if you in keeplock making sure you get to use the phone.  They're supposed to come around with a list and ask you, do you want to use the keeplock phone?  They don't do that because nobody wants to come get the inmates to take them down and sit there for you to make a phone call.  So again, like the rules are there, but they're not followed.  They're broken.

800.523.7887                    Associated Reporters Int'l., Inc.

Page 140

Grace v Alvarado - 7/12/2023 - Angelo Grace

Q.   You know.  So two to three days in your keeplock you were allowed to use the phone to call your sister?

A.   Yeah, I called my niece and I told --

Q.   Oh, your niece.

A.   -- and I told her what happened, and I told her that this happened on keeplock.  That this sergeant keeplocked me for writing the grievance to call Albany, let them know what he did, this and that.  And she says, okay, I'm going to get on it.  And then she let my sister and them know and the next time I talked to her I was off of keeplock and then I was explaining to her that I was off so that she don't call me no more, because she will keep calling until she gets a answer what's being done.  And then I spoke to her again about that and then she said my brother was still in the hospital at the time and still doing bad and, you know, then after that, you know, I was able to use the phone as regular as I -- with the procedure of going to rec and stuff like the normal way, you know what I mean to worry about if I'm going to get a phone call or not, to check up on my loved ones and see what's going on.  But I was more concerned about my legal work because I had

Grace v Alvarado - 7/12/2023 - Angelo Grace

pending, like I said, other legal issues that I'm working on.  Like I said I got another -- I told you I got a civil suit in now for lack of jurisdiction, that one is for 25 billion.  And I also had a Federal filing at the time.  So, you know, I was getting responses and I didn't have time to be keeplocked cause you don't get to go to the law library to work on your situation if you keep block and stuff, you know.  So that was another pressure that was on me that I'm going to lose my case, I'm going to blow my case, I'm going to -- I'm going to get this dismissal prejudice because of this, you know, because I can't make it to the law library.  You know, so all those things started leaning in on me, started frustrating me.

Q.   So I just wanted to go back real quick to something you had brought up about talking to your brother.  You said that you would talk to him through your sister.

A.   Yeah.

Q.   Why was -- why did your sister have to connect you to your brother?

A.   Because I don't have him on my phone list.  We have a phone list at the jail and I don't have him on my -- on my phone list, you know what I mean.  So

Associated Reporters Int'l., Inc.

Grace v Alvarado - 7/12/2023 - Angelo Grace

that I can call directly through.

Q.   Okay, got it.  So I know you talked a little bit about the sort of stress and pressure that you were having both with the other lawsuit that you are dealing with and just other sorts of family issues, and you also said that you've been having issues sleeping and been concerned and frightened of officers walking by.  And all of that is because of the two officers who came into your cell and woke you up while you were sleeping, right?

A.   Yeah.  Not woke me up, came in unannounced.  They didn't wake me up until, you know, they did it unannounced and then they stalked me by slamming the gate.  They didn't, you know, wake me up, the gate woke me up -- the commotion, you know like, you know, imagine someone kicking in your door and you're sleeping and you hear boom and your door get kicked in, you jump and then people's in your household you know what I mean.  So yeah.

Q.   So it's the search, it's the noise, it's the surprise.  All of that is what's contributing to your to your added stress levels, right?

A.   Yeah.

Q.   Have you seen any sort of

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 143

Grace v Alvarado - 7/12/2023 - Angelo Grace

professional about this added stress or you know, feelings of distress?

A.    Well, again, like I said, they had me --.

Q.    Besides what we discussed already.

A.    Yeah.  They -- well, outside of them having me talk to a lady here because of my blood pressure being high and stuff like that to check my mental to see how I -- and I explained to her the situation and stuff.  Outside of that, no.  I've just been just -- I don't want to get on meds.  I don't want to -- because everything with these people is fix it by giving you meds.  Meds, meds, meds, meds.  And I didn't want to get on meds.  So I said that I'm good.  I just deal with it accordingly.  Sometimes I -- depending on the officer, there's an officer I'm sleeping in, on there's too much movement around me.  I won't sleep, I'll jump up.  I'll constantly watch the officers walking my way.  I'm like, what are they up to?  What are they -- you know?  But it don't mean nothing.  It's just be -- like I said, the fact that I experienced it, it is one thing to see it happen, but then when it happens to you.

Is -- you know, it affects you

ARII@courtsteno.com                                    www.courtsteno.com

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 144

Grace v Alvarado - 7/12/2023 - Angelo Grace
differently now.  So my outlook is a little different
when it comes to, like, my mind is different in nature
now when it comes to being around these officers because
my -- a person like me not that I'm exempt from any
other inmates, but I don't be indulging in things.  So
it -- it wasn't called for.  So it shakes you up.  And
especially when you see a lot of stuff that go on the
jail officer.  So, you know, it just -- yeah, your mind,
it's just hard to cope with it on, you know, then are
they going to do this again?  Next time are they going
to hurt me?  And it has happened again.  Like I said, I
went to the Box, at Gouverneur, I was in the -- in my
cell and while I was laying down going to sleep, they
rammed the cell open and they ran in and beat me up and
broke my ribs.

I just had O.S.I. Albany just -- they
came and my family called and the senator got involved.
She got her liaison -- she got her liaison to look into
the matter.  They're covering it -- covering it up on
their end because they use these black gloves or netting
so when they hit you, they break stuff, you know what I
mean.  So they waited till I was in bed.  So this is the
second time that happened to me.  So that also added on.
So the first time of me, you know, going through that

ARII@courtsteno.com                              www.courtsteno.com

Grace v Alvarado - 7/12/2023 - Angelo Grace

and I was already up, but when I jumped up, they was already in there and the cell on me they threw me down to the floor and they proceeded to kick and punch me and punch me in my legs, broke my rib.

I just got out so I'm still having pains in my body.  They had to give me ibuprofen for --- but it's never going to be the same.  But yeah, so these things make me feel nervous.  So I'm always nervous now even when I was in the Gouverneur and population, I'm always nervous of that.  And I think that contributes a lot to my high blood pressure because the -- and not being able to really vent.  And the only reason why I can't really vent is because I don't want them to -- want to put me on meds and mess my head up more.  I don't want to get more messed up in my head.

Q.   All right, Mr. Grace, just a few final questions.

A.   Okay.

Q.   Did you prepare for this deposition in any way?

A.   No.  I figured -- I couldn't prepare for it because I didn't really know what -- how it was going to be.  But it was the first time, I never been through one.  I didn't even know -- I actually, I

800.523.7887

Associated Reporters Int'l., Inc.

Grace v Alvarado - 7/12/2023 - Angelo Grace

thought it was going to be a judge here too.  I didn't know that it was just us.  I have no -- I had no idea of the questions or how you -- and again, there was nothing to really prepare for because it's just straight and accurate to the point and the facts of what happened. It's not like it's a -- like if it's I had a fight they beat me up.  It's not a whole bunch to it.  So it was -- I didn't even worry about it, put it like that.  I just -- I say whatever this is.  I'll get through it this time and see what it is.  So this is my first experience which is good because any other future lawsuits that I have, and at least I'll know what that is, so.

Q.   Do you have an attorney representing you for this case?

A.   No, I had requested one at this time just for any future and further, depending on way I wanted to go with it.  If you wanted to go to trial or not.  But the judge sent me some paperwork saying that at the time there's no lawyers available, but they gave me some type of paper that I could reach out to this address to see if there's any representation.  But that they thought that I was doing a fine job.  That if you made it this far, you already at the end you don't really, you know, just you already here.  So I just

ARII@courtsteno.com

www.courtsteno.com

800.523.7887                              Associated Reporters Int'l., Inc.

Grace v Alvarado - 7/12/2023 - Angelo Grace

wanted to further because I don't -- it's hard to get inmates that -- every inmate don't know anything to every law.  Some know set suits -- some know criminal procedures, some know -- and so when I got here, there wasn't nobody at the time who could -- who does suits in 1983.

It's a civil suit.  And then I just come across one who's the most -- he's Muslim like me, so, but he has a lot going on himself.  He works with a lot of people.  So he was able to, you know, say, well look, I could assist you on whatever.  So he just got the job also in the law library.  Malik the one I told you about.  But he's also pending transfer to go to the old Thomas jail, which is in Huntsville.  So, you know, but he say, you know, as long as he here, you know, but he say, you right there to answer, you should be good.  So at this time, no I don't have no legal representation, but other than myself and --.

Q.    And just to check, I know you said you don't have legal representation, but did you ever meet with an attorney for any reason about this case?

A.    No.

Q.    And did you review any other documents related to this case?

800.523.7887                                  Associated Reporters Int'l., Inc.

Grace v Alvarado - 7/12/2023 - Angelo Grace

A.  Yeah, I reviewed something that was sent to me from the last attorney general before yourself.  Logbooks -- the log books and the disposition of the outcome of the ticket being thrown out with Captain Barnes on it.  And some other -- I think that was it, 1, 2, 3.  Yeah.  And my witness who the witness -- the witness that was on my case.  Outside of anything else, no.  That's why I really didn't speak too much on any log book because all of that's irrelevant to the fact of what was done that was wrong.  I don't only -- I don't care about no logbook, I'm just strictly on what was done to the fact.  I don't want to take this the long route.  I want to get straight to the point.  This is what was done, this is what I did to resolve it.  This is what he did, and this is what it is.  It's just the facts.  I don't see the reason of -- and I know a lot of times, you know, you just send stuff just as, I don't know.  I take it as a -- to try to throw a person off, but I stick strictly into what happened and what the actual facts are, and what was violated and how it was wrong and what shouldn't have happened.  And what was the outcome and what was the effect on me, and that's basically it.

Q.  All right.  Thank you, Mr. Grace.

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 149

Grace v Alvarado - 7/12/2023 - Angelo Grace

A.   You're welcome.

Q.   Is there anything else you would like to add or change regarding your testimony today?

A.   No.  Like I said again everything is straight to the fact.  There's nothing to add or take away.  I'm not one of those persons that believes that you have to add on and lie.  Because then you lie, you got to follow up another lie, another lie.  Just keep it straight to the point of what happened, let the courts lay where there will.  Let the -- whatever happens, the outcome comes from this, is what it is.  And, you know, get on with our lives.  You know, we got -- we got lives to live.  So for the most part, like I said again, just to, you know, reiterate to sergeant, which I'm aware that he had just had a lawsuit that he just was in prior to another inmate.  I don't know the situation, but that inmate just won a lawsuit against him for doing -- he did something.

I could have looked it up, but he was working in the law library too, as a part of, you know, one of the legal -- legals that helped.  But for the most part, you know, it is nothing -- it's nothing personal.  I just hope that, you know, again, like he just -- he bettered himself as a sergeant and that, you

ARII@courtsteno.com                                    www.courtsteno.com

800.523.7887                               Associated Reporters Int'l., Inc.

Page 150

Grace v Alvarado - 7/12/2023 - Angelo Grace

know, that he just be honest and just say, look man, I messed up and, you know, but you know, it happened and you know -- he don't got to apologize, but I don't expect him to.  They don't ever do, you know.  Ms. Quick and everybody else, the other officers and sergeants apologized for us.  So at the end of the day, nah, I have nothing else to add.  Just that, you know, the fact that I wish it never happened to me and you would be sitting here face to face, other than that, no.

I'm good.  I'm healthy, I'm strong, I'm looking forward to, you know, eventually return to society one day.  Who knows any day now I might get this clemency.

It's pending right before the governor right now for release of all convictions.  So I'm just got other things I'm looking forward to right now.  And other than that, there's nothing to add to, like I said, or to take away.  No matter how much times we was to do this, we would get the same result, same response, the same -- because it's not nothing I have to put thought to.  Because I went through it, it happened.  It wasn't something that was long -- it take a long time, but I have to try to remember this.  How it was just short, simple.  It's just a simple minor fracture and I'm just

ARII@courtsteno.com                                 www.courtsteno.com

Grace v Alvarado - 7/12/2023 - Angelo Grace
trying to right the wrong, you know what I mean.  And know I just, nothing else -- nothing else I can do about it, you know, I did -- I did the confinement already and I'm here.  You know what I mean.

MS. LUO:  All right.  Thank you, Mr. Grace.  I appreciate your time, patience, and candor.  I have no further questions, court reporter, we can go off the record.

THE WITNESS:  I want to make sure I got your direct address to write you.

MS. LUO:  Oh, yes.  Yeah, we can do that. we can end the deposition here and then Mr. Grace is going to ask me some logistical questions, Danielle.

COURT REPORTER:  Yeah, we're off the record

(The deposition concluded at 2:33 p.m.)

Grace v Alvarado - 7/12/2023 - Angelo Grace

STATE OF                    )
COUNTY OF                   )

          I, ANGELO GRACE, have read the foregoing record of my testimony taken at the time and place noted in the heading hereof and do hereby acknowledge:
(Please check one)
          ( ) That it is a true and correct transcript of same.
          ( ) With the exceptions noted in the attached errata sheet, it is a true and correct transcript of same.


                              X
                               ANGELO GRACE


Sworn to before me this
_____day of _____, 2023.
X_____
NOTARY PUBLIC
My Commission Expires:
_____

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 153

Grace v Alvarado - 7/12/2023 - Angelo Grace

I, DANIELLE CHRISTIAN, do hereby certify that the foregoing testimony of ANGELO GRACE was taken by me, in the cause, at the time and place, and in the presence of counsel, as stated in the caption hereto, at Page 1 hereof; that before giving testimony said witness was duly sworn to testify the truth, the whole truth and nothing but the truth; that the foregoing typewritten transcription, consisting of pages number 1 to 151, inclusive, is a true record prepared by me and completed by Associated Reporters Int'l., Inc. from materials provided by me.

DANIELLE CHRISTIAN, Reporter

ARII@courtsteno.com                                    www.courtsteno.com

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 154

Grace v Alvarado - 7/12/2023 - Angelo Grace

ASSOCIATED REPORTERS INTERNATIONAL, INC.
(800) 523-7887

Date:
Case Name:  Grace V Alvarado
Index Number:  21-CV-3578
Deponent:  Angelo Grace
Deposition Date:  7/12/2023
Examining Attorney:  Cynthia Luo, A.A.G.

Dear Angelo Grace:

Please read and make any changes and/or corrections in
your testimony and sign the transcript in the presence of
a notary public.  Please do so within thirty (30) days.
If you fail to sign the transcript within thirty (30)
days, it will be delivered to the appropriate parties
without signature.  Return the transcript with
corrections, if any, to:

                OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
                BY:  CYNTHIA LUO, A.A.G.
                     SUZANNA PUBLICKER METTHAN, A.A.G.
                28 Liberty Street
                New York, New York 10005

CORRECTIONS:

_____      Word or phrase: _____

              Corrected to:  _____
_____      Word or phrase: _____
              Corrected to:  _____
_____      Word or phrase: _____
              Corrected to:  _____
_____      Word or phrase: _____
              Corrected to:  _____
_____      Word or phrase: _____
              Corrected to:  _____
_____      Word or phrase: _____
              Corrected to:  _____

_____      Word or phrase: _____
              Corrected to:  _____

_____
Date Signed

ARII@courtsteno.com                              www.courtsteno.com

**A**

**A-N-G-E-L-O** 6:12
**A.A.G** 2:8,9 154:6,13,13
**a.m** 1:13 6:2,4
**ability** 11:3
**able** 44:2 68:13 79:3 82:14,15
  87:9 88:23 90:4 127:13 128:4
  139:7,12,13 140:20 145:13
  147:11
**abusing** 115:6
**accept** 35:15 130:4
**access** 123:5
**accountability** 132:21 133:18
**accountable** 131:4
**accumulating** 13:4
**accurate** 78:19 84:12 146:6
**accurately** 7:24 11:20 71:13
**accused** 42:18
**acknowledge** 86:23 152:4
**acknowledged** 14:3
**acknowledgement** 132:22
**act** 67:5
**acting** 65:16 105:21 107:23
**action** 7:4 85:4,7,23 91:23
  92:14 94:4 119:12
**actions** 60:12 63:10 89:7 92:25
  93:6,11 131:4
**activities** 55:11 87:4
**actual** 129:19 148:21
**add** 41:14 121:11 129:13,14
  149:4,6,8 150:8,18
**added** 137:17 142:23 143:2
  144:24
**additional** 12:5 40:13 69:18
  103:3 115:12 117:2
**address** 46:7 111:22,23 146:22
  151:11
**addressed** 82:18 100:17 126:13
**adjacent** 74:21
**adjust** 54:19 76:10 88:23
**adjusted** 81:15
**admit** 131:9,10
**advance** 71:11
**affirm** 6:6
**afford** 122:4
**afraid** 79:16,18
**aftermath** 129:20
**age** 24:21
**Agnes** 2:10 7:8

**ago** 19:22,24 128:5
**agreement** 65:25 105:11
**ahead** 23:3
**aid** 29:15
**ain't** 53:7 128:5
**air** 79:3
**Albany** 26:24 40:17 43:8,17
  44:11 45:7,18 118:22 124:21
  127:2 140:11 144:17
**alcohol** 11:8 18:22
**alert** 56:22 86:22 99:20
**alerted** 90:20 94:18
**ALEXANDER** 1:8
**allegations** 25:7,15 28:4 30:14
  119:12,17
**alleging** 134:7 136:6,20
**allow** 34:11,16 60:17 82:9 89:12
  131:13
**allowed** 68:9 74:15 88:11 136:15
  139:16 140:3
**aloud** 85:3
**Altona** 6:16 12:14 16:15 20:9
  31:21
**Alvarado** 1:1,8 2:1 3:1 4:1 5:1
  6:1 7:1 8:1 9:1 10:1 11:1
  12:1 13:1 14:1 15:1 16:1 17:1
  18:1 19:1 20:1 21:1 22:1 23:1
  24:1 25:1 26:1 27:1 28:1 29:1
  30:1 31:1 32:1 33:1 34:1 35:1
  36:1 37:1 38:1 39:1 40:1,8
  41:1 42:1 43:1 44:1 45:1 46:1
  47:1 48:1 49:1 50:1 51:1 52:1
  53:1 54:1 55:1,20,21 56:1,2
  57:1 58:1 59:1 60:1 61:1,18
  61:19 62:1,2 63:1 64:1,10
  65:1 66:1,3 67:1 68:1 69:1
  70:1 71:1 72:1 73:1 74:1 75:1
  76:1 77:1,4 78:1 79:1 80:1
  81:1 82:1,25 83:1,4 84:1 85:1
  86:1,25 87:1 88:1 89:1 90:1
  91:1 92:1 93:1,15 94:1 95:1
  95:15,18,21 96:1 97:1,5 98:1
  99:1 100:1,23 101:1,9 102:1
  103:1,14,23 104:1,18 105:1
  106:1 107:1,3,23 108:1 109:1
  110:1 111:1 112:1 113:1,4
  114:1,2,9,25 115:1,14 116:1
  117:1,3 118:1 119:1 120:1
  121:1 122:1 123:1 124:1 125:1
  126:1 127:1 128:1,13 129:1

800.523.7887                                    Associated Reporters Int'l., Inc.

130:1 131:1 132:1 133:1 134:1
134:11 135:1 136:1 137:1
138:1 139:1 140:1 141:1 142:1
143:1 144:1 145:1 146:1 147:1
148:1 149:1 150:1 151:1 152:1
153:1 154:1,4
**Alvarado's** 107:10 136:8
**amendment** 134:21 136:3
**ancient** 122:20,21
**and/or** 154:8
**Angelo** 1:1,5,11 2:1 3:1,3 4:1
5:1 6:1,9,12 7:1 8:1 9:1 10:1
11:1 12:1 13:1 14:1 15:1 16:1
17:1 18:1 19:1 20:1 21:1 22:1
22:18,21 23:1 24:1,24 25:1
26:1 27:1 28:1 29:1 30:1 31:1
32:1 33:1 34:1 35:1 36:1 37:1
38:1 39:1 40:1 41:1 42:1 43:1
44:1 45:1 46:1 47:1 48:1 49:1
50:1 51:1 52:1 53:1 54:1 55:1
56:1 57:1 58:1 59:1 60:1 61:1
62:1 63:1 64:1 65:1 66:1 67:1
68:1 69:1 70:1 71:1 72:1 73:1
74:1 75:1 76:1 77:1 78:1 79:1
80:1 81:1 82:1 83:1 84:1 85:1
86:1 87:1 88:1 89:1 90:1 91:1
92:1 93:1 94:1 95:1 96:1 97:1
98:1 99:1 100:1 101:1 102:1
103:1 104:1 105:1 106:1 107:1
108:1 109:1 110:1 111:1 112:1
113:1 114:1 115:1 116:1 117:1
118:1 119:1 120:1 121:1 122:1
123:1 124:1 125:1 126:1 127:1
128:1 129:1 130:1 131:1 132:1
133:1 134:1 135:1 136:1 137:1
138:1 139:1 140:1 141:1 142:1
143:1 144:1 145:1 146:1 147:1
148:1 149:1 150:1 151:1 152:1
152:3,8 153:1,3 154:1,5,7
**angered** 133:6
**announced** 107:4,16,21
**answer** 8:13 9:24,25,25 10:6,12
10:17,17,18,21 89:20 91:18
140:16 147:17
**answering** 8:7
**answers** 5:9 7:19 9:11
**anybody** 53:5 90:11 97:22 102:17
122:10
**anymore** 103:9

**anytime** 96:7 124:23
**anyway** 47:15,15 65:2
**apartment** 27:23,25
**apologies** 71:11
**apologize** 67:20,22 68:3,4
106:24 107:10 108:18 112:8
113:22 114:16 150:4
**apologized** 65:4 106:22 107:20
112:5,5,7,9 150:7
**appeal** 34:12 35:2 40:18 43:8,15
44:11
**appearance** 77:25
**APPEARANCES** 2:2
**appreciate** 45:15 115:12,18
151:7
**appreciated** 45:11
**approached** 64:8
**approaching** 77:7
**appropriate** 154:10
**April** 21:2 37:6
**area** 24:10 137:9
**Arelis** 25:2
**argument** 65:25 105:13
**arm** 104:16
**armed** 51:2
**arms** 78:21 79:2,7
**arrest** 21:25 49:14 50:19 126:4
**arrested** 21:24 48:16,18
**arrive** 16:9
**arrived** 16:11
**aside** 21:4 46:14 48:11
**asked** 20:12,14 55:18 100:18
103:25 105:6 113:10
**asking** 7:18 8:7 35:7 69:19
115:23
**asleep** 54:9 57:24 59:24 60:10
62:18 74:10 79:25 85:4,22
86:7 87:20 137:2
**aspect** 120:20
**assault** 59:18,25 79:17,21 87:11
89:8,10
**assaulted** 57:22 90:5,15
**assigned** 120:21
**assist** 28:12,14 120:21 147:12
**assistance** 19:12 20:19 25:25
28:10 29:15 121:19
**associate** 22:2
**Associated** 153:11 154:2
**assume** 9:20

**assumption** 87:14
**attached** 83:9 152:6
**attack** 54:5,6 78:13 79:24 80:19
  80:24 81:2,6 86:9,18 87:14
  97:25 98:2 101:7
**attacks** 60:13
**attempted** 34:21 51:2
**attending** 31:11
**attention** 12:9 47:2 53:18 73:23
  78:2 82:17 84:22 90:16 101:16
  123:17 125:4 135:2 139:2
**attorney** 2:7 5:15 10:15 146:14
  147:22 148:3 154:6,12
**attorneys** 5:3
**authority** 28:11 115:6 130:17
**authorize** 79:24 118:5
**authorized** 57:3 103:19
**authorizing** 121:8
**available** 21:20 61:7 146:20
**Avenue** 26:14
**avoid** 46:25 47:20
**awakened** 75:2
**awarded** 134:20
**aware** 10:25 26:6 60:6,7 76:3,6
  80:6 87:12,16 129:9 136:17
  137:4 149:15

**B**

**B** 4:2 98:11 115:20
**baby** 124:2
**back** 12:8 15:5 19:6,17,18 20:2
  20:3 23:15 37:9,11 40:8 42:11
  43:24 44:2,3 49:5,6,25,25
  50:21 51:8,24 54:11 59:19
  62:6 64:16 66:8 68:21 70:10
  74:17,17,18,19 75:9,11,12,13
  77:13 78:4 84:24 86:8 95:15
  103:17 105:12,19 109:13
  114:20 118:10 123:19 127:16
  133:4,5,22 138:3 141:16
**backlocked** 75:16
**bad** 12:11 13:4 52:14 54:9 55:5
  77:8 88:25 100:4 102:18
  138:11 139:3 140:19
**Barge** 65:22 104:14 106:15
**Barnes** 65:16 67:21,25 105:21,22
  107:8,18 108:16 148:6
**bars** 106:9 137:9
**based** 39:20 42:14 71:13 108:2
  134:20

**basic** 7:15
**basically** 32:24 41:9 76:25
  87:22 93:5,9 98:2 135:16
  148:24
**basis** 35:9 48:25 120:17
**bathroom** 47:3,13 70:9
**bearings** 88:23
**beat** 94:13 144:15 146:8
**beating** 91:25
**bed** 73:21 78:20 79:21 80:14
  113:17 144:23
**bedroom** 80:3
**beginning** 14:6,7 54:20
**behalf** 105:2,3,15
**behavior** 40:6,14 42:19 46:16
  107:10
**believe** 54:5 65:9 70:20 76:3
  124:3 134:22
**believes** 149:7
**bench** 34:15
**benefits** 129:25
**best** 8:12 34:22 92:4,5 102:13
  121:25 122:6,11
**better** 17:11 77:7 80:2 91:10
  101:7 112:12 131:10,12 133:19
  133:20
**bettered** 149:25
**big** 74:4,4 120:18 130:9,9
**billion** 141:5
**biological** 25:3
**birth** 23:16
**bit** 19:24 68:22 69:13 72:12
  84:21,23 93:14 116:19 127:20
  134:6 138:3 142:4
**black** 8:16 144:21
**blanket** 77:14,17,18,20 78:21
  79:3
**blankets** 78:22
**blink** 76:12 78:6
**block** 55:19 56:12 66:10 67:19
  76:21 96:8,12 103:6,17 141:9
**blocking** 74:5 76:18 123:10
**blood** 11:24 12:2,6,10,14,17,21
  13:11,14,18,21,24 14:3,23,24
  15:8,18,23,24,25 16:5,6,14,17
  16:24,25 17:6 18:9 20:10
  143:8 145:12
**blow** 141:11
**blows** 88:21

**blue** 82:14
**blurry** 76:10
**body** 58:11 91:6 145:7
**book** 104:2 148:10
**books** 148:4
**boom** 74:20 142:18
**born** 23:18,19
**bothering** 8:16
**bottom** 84:22,25 123:25
**box** 8:16 12:12 13:10,22 14:9,12
 14:16,18,18 36:9,10,10,13
 40:17 42:4,5,9,10 44:22 59:17
 59:23 77:17 114:3 117:8
 144:13
**break** 10:10,11 57:8 69:12 70:2
 70:8,15,21 144:22
**breaking** 53:2
**breathe** 81:7,25
**brief** 27:16
**bright** 76:20
**bring** 12:16 45:3 83:13 90:16
 118:13 121:17 123:17 126:7
**bringing** 70:3 90:5
**brings** 125:4
**bro** 27:16
**broke** 144:16 145:5
**broken** 92:2 139:25
**brother** 68:6 138:5,16,19,20
 139:11 140:18 141:18,22
**brother's** 133:9
**brought** 12:9 42:7,8 46:25 49:16
 50:20 88:4 96:16,17,18 101:15
 125:5 134:10 135:2 139:2
 141:17
**Brown** 113:25 114:2
**build** 73:6,8,10
**building** 65:12 66:19 108:21,22
**builds** 73:9
**bunch** 112:20 146:8
**Burnett** 64:20 96:17 104:9
 126:10
**business** 131:11
**busy** 124:14,15

---

### C

**C** 3:2 115:20
**call** 24:5,5,8 27:12,13,13 58:7
 105:23 107:17 118:5 123:8
 124:15,16,21,24,24,25 125:7
 125:21 126:3 139:13,17,24

140:3,10,15,23 142:2
**called** 23:6 26:23 31:23 58:19
 61:23 64:14 66:10,15,19 67:19
 99:11 103:25 106:20 126:11
 138:24 140:5 144:7,18
**calling** 106:24 121:3 140:16
**calls** 23:7 26:7
**calm** 54:24,25,25,25 76:6 81:19
 82:14
**calmed** 55:15 81:20
**cameras** 90:25 91:2,5,6 127:17
 127:21,22 128:3,5,6
**Cameron** 2:11 7:8
**cancer** 68:7 133:10 138:7 139:6
**candor** 151:7
**capacity** 20:18
**captain** 65:15 67:25 105:21
 106:23 107:8,18 108:16 148:6
**captains** 90:21
**caption** 153:5
**care** 11:17 25:24 47:6,12,16
 57:18 67:24 148:12
**career** 133:21
**Carolina** 36:19,20,21 50:13,15
 50:24,25 52:6
**carry** 39:14
**case** 9:6 22:7 33:13,23,25 34:3
 50:17 51:9 62:16 68:12 94:20
 101:25 120:24 122:24 124:8,10
 134:11,16 141:10,11 146:15
 147:22,25 148:8 154:4
**cases** 68:10 119:25 131:21 133:7
**catches** 127:23
**categorize** 39:25
**caught** 68:8 93:3
**cause** 5:16 6:6 55:5 67:6 78:14
 98:6 104:16 141:7 153:4
**caused** 49:10 54:4 101:21 138:6
**causing** 67:7 89:7 94:9
**caution** 127:15
**cautious** 77:7
**cell** 14:2 54:2,4,6,8,10,11,12
 54:15,20,23 55:3,9,10,13,16
 57:25 60:10,24 62:3,5 63:14
 64:5,7,21 66:8 67:6 68:14
 71:18 74:9,10,15 75:3,9,10
 76:14,18,22 77:15 78:3,25
 81:5,8,8,14 82:16 86:7,17,20
 86:22,24 87:11,15,19 88:5,10
 88:13 92:23 93:18 95:5,25

96:16,17,24 97:24 98:4 99:2
100:4 102:23 103:19,20,22
104:20,23 105:12,19 108:8
113:6,10,11,14,17 114:5,6,7
114:12 130:11 133:22 136:11
136:16 137:9 142:10 144:14,15
145:3
**cells** 54:17 56:21 77:16
**certain** 28:18 29:16 91:20
134:19
**Certainly** 135:22
**certifications** 32:6
**certified** 5:16
**certify** 153:2
**chain** 55:21
**chains** 55:22
**chance** 10:23 70:9
**chances** 43:5
**change** 149:4
**changed** 31:2
**changes** 154:8
**charge** 41:15 42:2,3 43:12 59:25
87:10 89:6
**charged** 43:10
**charges** 41:9,12,14,16 42:24
43:17,19 57:21 95:9 126:7
**charging** 59:18
**check** 12:17 13:24 16:3,24 17:23
18:3 61:2 72:22 112:24 116:20
139:12 140:24 143:9 147:20
152:5
**checked** 13:7,13,25 17:9 64:16
**chemical** 46:23,23 47:20
**chemicals** 46:25 47:9,14,23,25
**chest** 75:20,21,21,24
**children** 24:19
**cholesterol** 12:2 16:7 17:16,20
17:24 18:12
**Christian** 1:18 153:2,14
**church** 125:3
**circumstances** 33:12 49:10 57:24
98:20
**City** 50:8
**civil** 5:5 21:14,15 22:12,15
141:4 147:8
**civilian** 43:5 131:2
**claim** 134:14 135:25 136:3
**claims** 134:10,12
**clarification** 69:19

**clarify** 24:9 33:9 48:5 95:16
100:22
**clarifying** 129:18
**classification** 37:15
**classroom** 109:14
**clean** 47:3,13 99:14
**clear** 57:18 66:20 110:3,5 128:7
128:11 135:25 136:19
**clearly** 7:23 71:13 76:21 97:19
97:22 98:11 100:7 110:2
**clemency** 150:14
**clerk** 22:2
**Clinton** 20:20,20,21
**close** 25:23 26:25 75:14 88:21
119:6
**closer** 37:10
**closest** 127:11
**closing** 81:6,9,17,25
**CMC** 113:7,13,14,24 115:10
**co-defendants** 33:5,14
**cold** 76:11 77:15
**colleague** 7:7
**college** 24:22 31:14,14
**come** 13:23 17:22,22 37:14 47:7
55:12 57:6 58:18 60:4,10,18
60:20,22 62:25 63:25 67:6,21
67:21 68:2 70:10 75:9,13 76:6
79:25 92:24,25 94:2 97:24
98:15,23 100:24 102:18 106:25
107:7,9,16,18,22 108:6,8,12
108:23 113:10 116:3 118:6,7
118:10 126:3 132:5,11,16
133:16 135:11 137:5 138:20
139:20,23 147:8
**comes** 21:19 25:25 76:17 80:3
98:17 115:8 131:3 144:3,4
149:12
**coming** 17:25 51:12,18 54:17
56:18,18,20 59:19 62:2,14,18
64:3,4 82:8 86:16 93:4,18
103:12 113:6 118:20,22,23
137:20
**command** 55:22
**commands** 55:22
**commenced** 6:2
**commissary** 46:20 47:19 64:4,8
103:12,15,16
**Commission** 152:12
**committed** 33:6

800.523.7887                                      Associated Reporters Int'l., Inc.

**committee** 99:10,19,23,25
**commonly** 23:8
**commotion** 142:16
**compensated** 134:4
**complain** 52:20 124:21
**complained** 119:12
**complaint** 25:7,15 26:22,24 28:5
  28:8,24 30:14 52:6 60:8 83:9
  94:23 95:3,7 111:23,24 113:21
  115:12 125:15,22,23 126:2,5
  127:4,9 128:12,13,17,23
**complaints** 3:9 26:7 33:5 120:23
  127:14,14 128:8
**complete** 8:13 9:11
**completed** 32:3 153:10
**completing** 42:9
**comprehend** 54:16
**computer** 31:20 32:4 131:20
**computers** 31:21
**concerned** 93:15 140:25 142:8
**concluded** 151:17
**concurrent** 50:22
**condition** 18:6,18,25
**conditions** 11:2,23
**conduct** 39:13 55:10 86:19
  131:12
**conducted** 55:16
**conducting** 55:17 110:14,15,18
**confine** 96:23 103:20 121:7
**confined** 65:24 78:22 81:14,22
  87:19 100:4 104:17 130:11
  132:25 133:22,25 136:11
**confinement** 65:21 109:7,9 151:4
**confining** 98:25
**confirm** 78:18 104:6 125:22
**connect** 138:23 141:22
**Connecticut** 24:22 25:4
**consisting** 153:9
**constantly** 137:10 143:19
**construct** 102:22
**consumed** 11:8,11
**Cont'g** 8:22
**contact** 20:20 21:20 25:9,9
  120:14 127:9
**contacted** 21:19 126:18
**continue** 132:3,4
**contraband** 61:3,6,9
**contrabands** 56:9
**contributes** 145:11

**contributing** 142:22
**control** 77:8,8
**conversations** 119:21 120:7
**convicted** 32:11,13,16 33:20,24
  48:12 49:8
**conviction** 21:17,23 32:22 33:3
  33:10 48:11 137:18
**convictions** 150:16
**convinced** 34:5
**cooperated** 102:25
**cooperation** 119:8
**coordinator** 58:24
**cop** 65:23
**cope** 144:10
**copies** 3:8,9 31:6 45:2,7,12
  46:3 114:23 115:2 116:15
  118:5,7,9,11,13,15,15,25
**copy** 5:16 44:24 45:6,6,16 69:23
  84:12 112:16 118:17
**corpus** 68:12
**correct** 10:23 14:7 15:2 33:11
  35:13 40:10 71:20 75:6 79:6
  79:10,13 83:2,6,11,17,19
  84:11,14 85:25 86:10,13 91:19
  95:20 102:14 117:5 125:17
  128:14,18 130:10 136:3,4
  152:5,7
**Corrected** 154:17,18,19,20,21,22
  154:23
**correction** 41:20 42:15 43:24
  53:3 129:24
**correctional** 6:17 12:8 31:22
  36:4,11 37:11 88:6 99:23
**corrections** 5:11 32:2 39:15
  50:8,11 58:14 89:18 93:24
  123:16 154:8,11,15
**correctly** 42:13
**cost** 86:9 98:3
**costs** 60:14
**counsel** 153:5
**count** 39:3 108:7,8
**counter** 108:7
**counting** 49:15
**country** 72:13
**COUNTY** 152:2
**couple** 46:10 65:8 70:22 84:19
  96:14 103:2 113:5 117:21
  138:22
**course** 73:22 133:13

**court** 1:2 6:3,10,14,18 7:5,20 7:23,25 8:9,18,20 22:2,7 50:20 70:13,17 83:12,15 84:15 84:17,23 85:14 89:5 90:7 111:13,18 113:16 120:22 151:8 151:15
**court's** 90:16
**courtroom** 9:5
**courts** 26:2 91:13 122:22 149:10
**cover** 95:11
**covered** 57:4
**covering** 144:20,20
**covers** 57:8
**COVID** 68:7 139:3
**Coxsackie** 37:6,7,7 51:24
**crack** 60:24
**Craig** 2:11 7:8
**crazy** 64:23
**create** 92:10
**crime** 22:4 32:11,15 33:6,16
**crimes** 41:22 48:13,17
**criminal** 22:15 147:4
**crossed** 114:6
**cube** 128:7
**cuff** 88:25 93:21
**cuffs** 93:20
**current** 16:10 23:23 32:3,12 35:19
**currently** 11:16 24:21 35:12 45:3 48:12 53:14
**cussing** 62:20 63:15
**custody** 49:11 50:3
**cut** 68:18 132:7
**Cynthia** 2:8 7:3 154:6,13

**D**

**D** 3:2,2 4:2
**DA's** 21:23
**damage** 67:24 68:5
**damages** 132:23 134:7 136:20 138:12
**damaging** 133:12
**Danielle** 1:18 111:17 151:14 153:2,14
**dark** 54:17 76:23
**dash** 83:13
**date** 1:12 14:16 23:16 81:3 103:6 154:3,5,25
**dates** 103:5 129:3,10
**daughter** 124:16

**dawn** 46:21
**day** 35:12 46:2 55:19 56:3 58:19 61:10 64:3,19 66:18 88:18 95:24 103:10 104:7 109:5 117:25 118:10,16 133:4,24 150:7,13,13 152:10
**day-to-day** 120:17
**days** 12:12 16:23 36:10,14 42:10 46:19 47:18,20 49:18 59:14 65:8,24 68:10 96:14 133:4,5 133:22 134:2 138:17 139:16,16 140:2 154:9,10
**dead** 123:25
**deal** 143:16
**dealing** 41:22 137:19 142:6
**Dear** 154:7
**December** 14:8 36:12 37:3 40:24 42:8,8,12
**decide** 42:25 130:7
**decided** 34:22 83:4
**decision** 34:13 35:2 89:23
**DEF** 83:14
**defend** 56:22 60:13,16,17 62:16 82:7 86:9 97:19 98:3,6,7 137:13
**defendant** 1:9 5:6 22:11,13 84:16
**defendants** 2:6 7:4 33:19
**defending** 97:20,22 130:5
**defense** 76:5 80:4
**degree** 32:14 33:2,7,10,20,24 34:19
**delay** 117:22
**delivered** 154:10
**Denise** 27:5,20
**deny** 123:5
**denying** 35:12
**dep** 44:16 65:14,16 66:9,9,15 67:18,20 105:21 106:8 121:5 126:10,25
**department** 25:17 32:2 39:15 50:8,11 58:14 88:5 89:17 95:3 95:8 123:16 127:12
**depend** 122:5
**depending** 17:25 118:24 143:16 146:17
**depends** 135:4
**Deponent** 154:5
**deposed** 21:8,10

Associated Reporters Int'l., Inc.

**deposition** 1:11 5:5,11,14,15,17 6:2 7:10,15,24 10:21 21:11 46:9 145:20 151:13,17 154:5
**deps** 90:22
**describe** 72:7 73:5,8
**described** 4:4 78:20
**description** 78:19
**destroy** 116:10
**destroyed** 61:9
**detail** 40:13 68:25
**detailed** 71:4
**details** 69:19 123:2 124:18
**develop** 118:24
**diagnose** 13:24
**diagnosed** 14:11,24 15:8,18 16:14 17:16,19 18:5,17,24
**diary** 128:25
**didn't** 20:13
**die** 139:4,5
**difference** 80:2
**different** 38:23 52:12,13,22,23 63:16 93:20,21 95:17 130:19 144:2,3
**differently** 144:2
**DIN** 6:15 36:24
**diploma** 30:19,22,25 31:3
**direct** 3:4 6:23 38:12 40:2 41:18,19 46:8,18 53:17 67:4 102:16,23 103:21 111:4 123:3 123:14 125:8 136:6 151:11
**directly** 67:22 97:11 99:9,21 111:2 122:18 142:2
**disagree** 38:20
**disagreeing** 38:20
**disciplinary** 37:16 39:4,5,19 44:9,25 51:13 53:7 104:10 106:7
**discovery** 116:3 117:20
**discuss** 21:21 25:11 28:8 122:11 124:10
**discussed** 13:17 25:6,14 28:4,19 29:7 30:11 46:15 97:14 121:2 124:8 135:7 143:6
**discussing** 89:23
**discussion** 135:18
**dismiss** 38:5
**dismissal** 45:21 141:12
**dismissed** 40:16,20 41:15 45:18
**dismissing** 45:7

**disobeying** 38:12
**disposition** 148:4
**disregard** 102:23
**disrespect** 107:14
**distance** 102:6
**distress** 143:3
**District** 1:2,3 7:5,6
**divorced** 24:15
**DOC** 43:12 87:9 110:19
**docket** 33:4
**doctor** 46:24 47:8,10
**doctor's** 11:16
**document** 83:13,17,22 84:4,10
**documentation** 45:10
**documents** 44:25 45:20 128:16 147:25
**doing** 17:11 19:20 20:21 48:2,23 48:25 49:2,2,4,7 51:12 52:16 54:24 55:4 56:11,14 59:6 62:15 76:4 77:3,5 80:5 87:2,4 87:10,17 88:4,7,9 90:14 92:20 94:24 99:4 100:8 102:22 108:7 114:18 132:10,10 139:3 140:19 146:23 149:18
**don't** 150:4
**door** 66:4 75:3 142:17,18
**doors** 75:7
**dorm** 112:22
**double** 72:21
**downstairs** 55:20 56:4 59:15 67:19,22 106:25 107:2,5,6,19 108:13
**downstate** 36:24 37:2
**draw** 84:22
**dressed** 55:9
**Drew** 24:4
**drink** 70:10
**dropping** 37:15
**drugs** 18:20 56:15
**due** 20:16 21:24 28:25 29:7 33:2 46:21 47:22 54:2 56:7 57:12 59:8 86:16,25 87:3,6 97:7,18 98:19 100:19 115:6 121:7
**duly** 5:14 153:6
**dumb** 49:2

---
**E**
---

**E** 3:2,2,2,7,7 4:2,2
**earlier** 10:21 82:24 93:14 120:4
**ease** 138:3

**easier** 51:14
**education** 30:18 31:12,17
**effect** 48:3 148:23
**eight** 36:8,13
**eighty-five** 24:2
**either** 22:15 25:12 43:4 50:11
  58:6 59:11 126:21
**elaborate** 129:13
**eleven** 6:4 103:12
**email** 122:19,20,22,23 123:5
**emails** 123:6,6,10,10
**emotional** 134:8
**employee** 123:16 126:4
**endangered** 67:4
**ends** 117:20
**enemies** 60:6
**energy** 17:12
**engines** 31:19,19 32:2
**enter** 32:18 55:5
**entered** 74:10
**entire** 9:21
**environment** 60:5
**equal** 131:3
**equivalency** 30:22,25 31:2
**errata** 152:7
**escape** 113:8
**especially** 44:14 49:19 108:2
  123:11 124:5 144:8
**eventually** 44:22 150:12
**everybody** 70:9 87:5 94:10
  110:20 112:11,11 120:18 122:5
  131:3 150:6
**everything's** 8:20 129:6
**exact** 14:16
**exactly** 75:19 116:8
**Examination** 3:4 6:23
**Examining** 154:6
**exceptions** 152:6
**excuse** 21:9
**exempt** 130:24 144:5
**exhibit** 83:9 84:16
**Exhibits** 115:19
**exists** 134:15
**expect** 99:13 150:5
**expedite** 22:3
**experience** 146:11
**experienced** 81:12 143:22
**experiencing** 12:21
**expertise** 29:8

**Expires** 152:12
**explain** 28:20 67:18 70:19
**explained** 41:4 45:14 56:5,6
  58:5,20 61:10 105:7 143:10
**explaining** 98:17 109:15 140:14
**explains** 61:8
**expose** 93:9
**exposure** 47:9,21
**express** 98:14,15
**expressing** 100:6
**extent** 136:22
**extra** 29:3 41:14
**extremely** 12:15 14:3
**eye** 76:11
**eyes** 54:19 76:8,9,9 78:6 125:9

**F**

**F** 3:2
**face** 61:4 150:10,10
**facilities** 35:25
**facility** 6:15,17 12:8 13:25
  14:12 16:3,10 35:19 36:5,11
  37:11 43:25 44:20,22 50:11
  56:8 63:9
**facing** 41:17 74:23 89:5
**fact** 20:16 21:25 28:25 29:7
  33:2 46:22 47:22 54:2 56:8
  57:12 59:8 86:25 87:3,6 97:7
  97:18 99:5 100:19 108:2 115:7
  121:7 129:14 138:4 143:22
  148:11,13 149:6 150:8
**facts** 32:21 43:9 57:18 146:6
  148:17,21
**fail** 154:10
**fair** 39:21 43:6 92:9
**fall** 20:2
**falling** 138:7
**false** 47:17
**family** 95:8 123:13,20 124:3
  127:7 138:7,12 142:6 144:18
**far** 26:3,5 32:2 49:6,12 52:25
  79:5 80:10 127:10,10 128:22
  134:13 135:15 146:24
**fast** 57:9 77:19 118:24
**favor** 134:18
**feared** 99:11
**February** 36:6 40:10,10 42:2,3,6
  106:4 138:18,18
**federal** 5:4 68:12 141:5
**feed** 70:4

800.523.7887 Associated Reporters Int'l., Inc.

**feel** 10:9 20:14 40:3 44:16 56:14 97:24 101:6 102:8,9 130:4 132:6,8 137:13,24 145:9
**feeling** 15:7 98:5 100:6 137:21
**feelings** 143:3
**feet** 73:3,4
**fellow** 94:12
**felon** 48:14
**felony** 33:4 89:6
**felt** 34:6 41:5 59:9 75:4 78:6 79:8,15,23 80:19,23 81:8,24 82:6 92:13 97:8,11 100:7 110:6 113:2 114:17 115:6
**female** 41:4 42:15
**fifteen** 38:18
**fight** 57:7,8 59:16 87:13 91:12 91:13 102:12 146:7
**fighter** 102:11
**fighting** 34:14 87:14 91:14,15
**fights** 48:6,8,9
**figure** 54:22 77:25 78:5
**figured** 13:5 145:22
**figures** 54:18
**file** 31:3,3,4 43:15 51:25 52:5 57:5 58:2,6 62:8,10 83:4 89:23 95:7 110:17 113:20 119:24 126:6 127:5,13 128:8 132:13
**filed** 3:10 25:16 28:16,24 34:15 53:19,21,24,25 60:8 61:21,23 61:23 69:10 83:25 84:13 88:2 89:24 90:19 92:10 94:15,18 95:3,14,19,22 96:14 97:8 110:23 113:16 115:13 117:2 120:12 125:18,23 126:2,18,24 127:4 128:11
**files** 128:21
**filing** 52:9 59:23 68:12 71:8 96:24 119:19 125:15 126:5 129:22 136:8,21 141:5
**filings** 120:22
**final** 145:18
**finally** 13:17
**financial** 132:23
**find** 40:4 43:7 107:7 114:24 126:12 127:11
**finding** 9:9 117:8
**fine** 10:16 72:22 103:8 116:4 117:19 129:17 146:23

**finish** 8:6 10:18 50:21
**finished** 55:17
**first** 10:12 12:21 13:25 14:10 16:13 22:5 23:7 33:7,20,24 37:13 46:18 48:14,23 72:24 74:10 75:2 77:4 81:11 85:14 85:23 86:22 101:16 120:10,11 129:23 130:6 134:8,9,21 136:2 136:10 144:25 145:24 146:11
**fit** 44:7 130:8,23
**five** 12:15 16:20,22 19:22,24 23:24 37:4,4,5 51:24 68:10 73:2 114:7 124:10
**fix** 63:7 143:13
**fixing** 112:14
**flailed** 79:2
**flats** 64:5 107:7
**floor** 145:4
**flowing** 79:8
**flush** 56:17 98:22
**flushing** 56:9
**focus** 69:6,7 129:20
**focused** 105:8
**focusing** 17:12 77:24 78:5 102:3
**folks** 25:19
**follow** 12:4 51:16 52:24,25 58:14,21 63:12 68:24 70:22 85:2 86:21 89:17 91:4 93:12 112:3 114:12 115:17 126:21 127:6,8 128:16 132:12,14 149:9
**followed** 58:21 63:13 90:20 102:25 103:21 139:25
**following** 13:8 26:2 86:17 95:11 109:19
**foot** 130:20
**force** 65:23 133:3
**forced** 133:6
**forcefully** 133:2,3
**foregoing** 152:3 153:3,8
**foremost** 129:24 130:6 134:9
**forgotten** 115:17
**form** 5:8 125:15,19 128:12
**formal** 111:5 115:13
**formality** 42:23
**formally** 14:24 15:8 16:14 35:15
**format** 29:9 121:20 122:12
**formats** 121:19
**formatting** 121:23 122:12

ARII@courtsteno.com www.courtsteno.com

forms 127:14
forty 62:4
forward 34:11 43:2 45:8 61:4
  115:2,4 116:15 131:16 134:20
  150:12,17
forwarded 115:22 126:19
foul 110:21
found 61:9,9
four 33:5 37:5 68:8 96:18,19
  108:10 133:10 138:7,17
fracture 150:25
free 57:9,9 77:22
freedom 91:14
freezing 77:16
friends 59:4 67:17 109:18
frightened 142:8
frightening 80:15
front 63:14 78:2 80:11 113:12
  118:9
frustrating 141:15
fulfilled 14:19
full 9:11 22:17 29:21 116:11
fully 11:20 69:14
further 5:7,10,13 12:17 19:11
  20:19 28:24,25 47:5 57:10
  58:6 86:15 94:21 98:24 100:18
  107:25,25 114:18 146:17 147:2
  151:8
future 92:12 102:15 110:19
  135:24 146:12,17

---

**G**

G 3:2
G-R-A-C-E 6:13
Gaiman 33:7
gain 129:21,23 132:23
gallery 55:18 62:3 76:17 81:5
  81:18 108:10 113:6,9 114:3,4
gang 53:9,12,15
gate 54:10,10 56:12 60:23,23,24
  60:25 62:7 63:20 64:7,9 74:5
  74:5,17,20 75:6,7 76:19 77:13
  78:2 80:11,13 81:10 82:20
  105:20 142:15,16
gather 115:16
GED 30:23,24
general 2:7 126:11 148:3 154:12
George 19:19
Gerald 108:9
getting 12:11 16:2,8 37:17

38:18 47:11 52:15 61:12 64:25
  77:11 92:2 93:17 94:6,12
  102:9 109:9 126:24 131:16
  132:8 135:21 136:25 141:6
give 7:24 9:10,11 10:23 15:20
  15:21,22 22:2 28:11 34:12,24
  35:24 44:19 46:7 47:24 49:22
  66:25 70:5 76:9 83:15 99:8,21
  116:12 118:9,14 145:7
given 6:6 8:13 18:2,3 31:5
  32:25
gives 27:17
giving 13:9 15:13 99:7 109:18
  143:14 153:6
gloomy 76:22
gloves 144:21
go 7:15 14:17 17:18 23:3,4
  25:19 28:11 31:20 34:5,9,11
  34:20,23 35:14 36:24 37:14
  38:6 39:15 40:18 43:2,3,14
  44:2,3,19,20 52:25 55:22 61:4
  62:25 67:20 70:9,14 85:12
  88:18,19 89:11 93:2 94:2,10
  94:20,22 96:10 101:19 102:5
  105:9 106:25 107:24 108:4
  112:13,19 113:5 116:8 117:9
  117:13 118:16 122:15 127:10
  130:2,2,25 132:3 133:13
  134:20 135:4 137:22 138:11
  141:8,16 144:8 146:18,18
  147:14 151:8
goes 9:7 30:5 52:21 91:23 97:23
  101:18 120:25 123:15 125:3
going 12:4 16:4,21 17:13 19:6
  34:10,11,12,24,25 35:2 41:20
  42:11 54:22,23 55:15 57:3,4,5
  57:5,11 58:2,7,13 59:13 60:11
  60:12,13,14,17 61:14 62:10,24
  63:8,11,21,22,25 64:12 66:13
  68:18,20,21 69:19 70:21 71:3
  74:8,24 76:4 77:15,23 78:9,11
  78:12,12,17 80:6 81:7 82:11
  84:25 86:8 88:21 89:11,13
  91:3,4,5 93:22 94:2,3,18 95:6
  95:7 97:24 98:2,6 99:4,15
  102:4,12 103:15 105:9 107:25
  109:2,23 110:22 111:20 112:3
  113:14,20 114:12,19,20,20,21
  117:24,25 118:12,13,13,14
  122:11 123:6,14,21 124:6

126:12,15 127:10,16 130:24
133:8 134:6 136:18 137:17,20
137:22,23 138:10 139:4,5,13
139:14 140:12,21,23,24 141:10
141:11,11,11 144:11,11,14,25
145:8,24 146:2 147:10 151:14
**good** 6:25 7:2 8:19,20 12:18
17:10 20:18 58:3 67:12 69:25
70:13 118:25 125:10 143:15
146:12 147:17 150:11
**Gouverneur** 12:11 14:8,17 29:15
29:24 35:21,21,22 36:9,11
41:4 42:5,15 92:2 144:13
145:10
**govern** 60:3
**government** 30:3
**governor** 150:15
**grabbed** 54:13
**Grace** 1:1,1,5,11 2:1,1 3:1,1,3
4:1,1 5:1,1 6:1,1,4,8,9,12,25
7:1,1 8:1,1,23 9:1,1 10:1,1
10:25 11:1,1 12:1,1 13:1,1
14:1,1 15:1,1 16:1,1 17:1,1
18:1,1 19:1,1 20:1,1 21:1,1
22:1,1,9,18,21 23:1,1 24:1,1
24:24 25:1,1 26:1,1 27:1,1,5
27:20 28:1,1 29:1,1 30:1,1,9
31:1,1 32:1,1 33:1,1 34:1,1
35:1,1 36:1,1 37:1,1 38:1,1
39:1,1 40:1,1 41:1,1 42:1,1
43:1,1 44:1,1,24 45:1,1 46:1
46:1 47:1,1 48:1,1 49:1,1
50:1,1 51:1,1 52:1,1 53:1,1
53:17 54:1,1 55:1,1,8 56:1,1
57:1,1 58:1,1 59:1,1 60:1,1
60:23 61:1,1 62:1,1,8 63:1,1
64:1,1,21 65:1,1 66:1,1 67:1
67:1 68:1,1,18 69:1,1 70:1,1
70:3,18 71:1,1 72:1,1,18 73:1
73:1 74:1,1,6 75:1,1 76:1,1
77:1,1 78:1,1,16,17,19 79:1,1
79:14 80:1,1,18,22 81:1,1
82:1,1,23 83:1,1,13,21 84:1,1
84:20 85:1,1 86:1,1 87:1,1
88:1,1 89:1,1,21 90:1,1 91:1
91:1 92:1,1,9 93:1,1 94:1,1
95:1,1 96:1,1 97:1,1 98:1,1
99:1,1 100:1,1 101:1,1,3,24
102:1,1 103:1,1,2,23 104:1,1
105:1,1 106:1,1 107:1,1,17

108:1,1 109:1,1 110:1,1,23
111:1,1 112:1,1 113:1,1 114:1
114:1,10,12 115:1,1,11 116:1
116:1 117:1,1,17 118:1,1
119:1,1,4 120:1,1,24 121:1,1
122:1,1 123:1,1 124:1,1 125:1
125:1,12 126:1,1 127:1,1
128:1,1,10 129:1,1 130:1,1
131:1,1 132:1,1 133:1,1 134:1
134:1 135:1,1,22 136:1,1,18
137:1,1 138:1,1 139:1,1 140:1
140:1 141:1,1 142:1,1 143:1,1
144:1,1 145:1,1,17 146:1,1
147:1,1 148:1,1,25 149:1,1
150:1,1 151:1,1,7,13 152:1,1
152:3,8 153:1,1,3 154:1,1,4,5
154:7
**graduated** 30:19,20 31:10
**grateful** 88:22 127:22
**great** 46:6 116:16 117:6,21
**grew** 24:6,9
**grievance** 3:10 4:6 19:19 29:3
52:5 53:20,22,24 54:2 57:5,11
58:2,21,22,22,24 59:2,7,9
61:12 62:9,11 65:2,20 66:19
67:2,4 68:17 69:4,10 71:7,8
83:4,8,8,25 84:13,20 87:25
88:19 89:23,25 90:21 92:10
94:17,19 95:4,19,22 96:4,25
97:2,8,9,10,11,12,15,23 98:13
98:21 99:2,8,9,18,20,21,22,25
100:20,23,25 101:4 105:23
106:12 107:8 108:19 109:11,15
109:18 110:7,23 111:2,3,6,9
115:12,15 116:18 124:22
126:25 140:10
**grievances** 52:18 55:23 58:6
113:4 116:19,22,25 117:2
127:5
**grieve** 53:3,5 113:15
**ground** 7:15
**grounds** 40:25
**grow** 24:3
**guarding** 80:13
**guess** 9:25 10:6 17:25 19:17,19
21:19 48:3 76:5 81:12 108:10
**guilty** 34:18,21,23 35:9,12,16
43:7
**guy** 29:24 54:20 59:21,22 112:4

**guy's** 58:9
**guys** 28:15 56:19 79:22

---

### H

**H** 4:2
**habeas** 68:12
**half** 72:25 119:7
**Hamilton** 24:4
**hand** 6:5,19 41:21 74:25 75:4,18
  75:19,23 76:2 77:11 78:6,8
  79:9,11,12 80:10 84:3 113:24
**handcuff** 91:24
**handle** 52:22 127:16 131:14
**handled** 27:14 101:11
**handles** 27:15
**handling** 112:14
**hands** 57:9 58:10 77:22
**handwriting** 84:4
**handwritten** 128:20,22
**happen** 57:12 67:15 68:21 80:12
  81:14,16 82:4,8,9,20 90:14
  91:9 92:20 93:19 94:8,9,14,15
  95:9 109:3 112:13 121:10
  123:19 124:2 126:6 127:13
  128:7 137:12 143:23
**happened** 25:18 26:23 42:6,8
  43:20 57:22 58:20 59:15,15
  62:5,17 69:7 82:5 88:20 90:6
  90:8,10,19,23 92:16 93:4
  94:16 100:5,5,6 120:10,11
  123:21 125:18 129:9,10,10,15
  129:15,19 136:6 138:8 140:8,9
  144:12,24 146:6 148:20,22
  149:10 150:3,9,22
**happening** 56:3 64:24 77:2 81:23
  82:10 85:23 87:25 88:24
**happens** 38:4 93:24 94:11,11
  123:18 125:21,24 127:3 143:24
  149:11
**harassing** 95:4,5
**Harassment** 41:19
**hard** 16:20 34:7 46:2 63:21
  139:14 144:10 147:2
**Harlem** 24:8,8,10 26:13 27:21
**harm** 54:8 60:18 67:7 78:14 80:8
  98:6 104:16
**harmed** 91:21
**harming** 20:15 80:14 91:22
**he'll** 47:11
**head** 8:2 54:13 145:15,16

**headaches** 12:11,12 13:5,12
  15:16 16:2 46:22,24 47:22
**heading** 152:4
**headquarters** 26:7 28:23 94:23
  127:12
**health** 12:17 18:25 19:3 20:7
  21:5 47:16
**healthy** 150:11
**hear** 9:16 47:2,5 67:23 105:8,10
  138:11 142:18
**heard** 9:20 65:10 78:4,25
**hearing** 5:16 38:6 42:25 44:9,25
  45:23 63:20 65:22 66:5,7
  68:16 69:4,12 99:6 103:4
  104:10,13,19 105:4,13 106:7
  109:10,10 116:18 137:3
**hearings** 43:4
**heat** 13:6 77:15
**hefty** 74:15
**height** 23:23 73:19,20,23 74:3
**held** 87:16 131:4
**hello** 27:16
**help** 12:16 28:12 29:17 121:25
  131:21,22
**helped** 29:5,11,12 119:19,23,25
  149:22
**helping** 15:22
**helps** 130:2
**hereof** 152:4 153:6
**hereto** 153:5
**hey** 27:16 132:11
**hide** 124:4
**high** 11:24 12:2,2,6,10,14,15,21
  13:11,14,18,21 14:3,23,24
  15:8,18,23 16:6,7,14,17 17:16
  17:19,23,23,23 18:9,11 20:10
  30:22,25 31:2 108:10 143:9
  145:12
**higher** 31:12 100:16
**highest** 30:17 38:24
**hindered** 133:5
**hindering** 68:13
**history** 39:4
**hit** 144:22
**hold** 39:6 77:16 79:19 86:8
  111:8
**holding** 39:8 66:7
**home** 27:12,13,13 37:10 80:2
  89:11

800.523.7887                                                    Associated Reporters Int'l., Inc.

**honest** 19:15  150:2
**hood** 24:6,7
**hope** 92:5  129:21,23  149:24
**hopefully** 130:16  133:17
**hoping** 131:6  132:23
**hopping** 49:2
**hospital** 23:20  68:7  139:3
  140:19
**hospitalized** 18:8,14
**hostile** 60:4
**hot** 56:18  62:14
**hour** 105:20  119:7,7
**hours** 11:6,9,12
**housed** 35:20
**household** 142:19
**Huh** 34:2
**hundred** 24:2
**Huntsville** 147:15
**hurt** 58:12  60:6  63:11  102:19
  144:12

---

**I**

**I've** 47:8
**ibuprofen** 13:9  15:14,15,21
  145:7
**ice** 77:17
**idea** 80:9  146:3
**identified** 83:13
**ignored** 13:5
**illegal** 56:13  87:4
**illegally** 50:19  52:15,16  133:24
**illness** 11:17
**imagine** 116:7  142:17
**immediate** 121:9
**immediately** 55:20  66:16  105:24
  105:25  108:25  109:13  114:14
  117:16
**important** 8:6  9:11  102:3  108:5
**importantly** 39:14
**imprisoned** 130:12
**improved** 17:6,8
**improving** 17:24  18:4
**inaccurate** 10:22
**inappropriately** 19:7
**inappropriateness** 19:20
**incarcerated** 17:14  29:10  37:16
  38:19  39:18  60:16  90:24  124:5
**incarceration** 31:5  32:7,12  53:9
  53:11
**incident** 7:11  26:23  28:25  42:12

43:25  53:18  55:25  56:6  57:21
59:14,20  62:17  69:7  86:6
88:21  89:7,19  90:12,22  92:16
92:20  110:12  116:21,25  119:22
120:9  121:14  128:21  129:4,19
132:12
**incidents** 57:12  71:8  77:6  87:25
  92:17  93:19  123:15
**inclusive** 153:10
**incomplete** 10:22
**Index** 1:7  154:4
**indicted** 22:4  33:4
**individual** 39:17
**individuals** 28:10  29:11
**indulging** 144:6
**informal** 99:19  115:13
**information** 68:20  120:5
**infraction** 39:9
**infractions** 39:25
**injured** 136:7
**injuries** 134:6,8  136:5
**injury** 136:10
**inmate** 57:13,15,17  59:15  65:18
  80:13,13,14  81:9  86:20  91:21
  91:22  94:23  98:4,12  102:19
  104:14,20  106:10  111:9  125:15
  127:14  130:20  147:3  149:17,18
**inmates** 28:18  29:5  54:6  56:8,20
  60:3  63:19,19  65:10  66:22
  78:14  80:12  87:3,23,23  102:15
  109:25  119:23  120:2,22  121:15
  130:2  131:13,19  132:4,5
  139:23  144:6  147:3
**inside** 127:5
**instances** 21:4
**Int'l** 153:11
**intend** 67:14
**intentions** 54:7,9  95:2  110:4
  126:16
**interaction** 42:14
**interest** 34:22
**interested** 9:9
**interests** 59:3
**interfere** 11:2  113:2
**Interference** 41:18
**Intern** 2:10,11
**INTERNATIONAL** 154:2
**interns** 7:7
**interview** 20:9

800.523.7887                                          Associated Reporters Int'l., Inc.

**interviewed** 20:11
**intoxicating** 11:12
**investigate** 78:25
**investigation** 41:22
**involved** 41:20 44:25 106:17
  115:14 144:18
**IRC** 88:5
**irrelevant** 148:10
**island** 36:23 50:6 51:21,22,22
**issue** 8:18 19:6 41:3,5,20 44:17
  61:8 106:16 125:9 129:7
  139:15
**issued** 38:16 39:21 40:5,7,11,13
  40:23 42:13 104:7 134:15
**issues** 12:18 20:15 27:14 39:17
  56:3 101:9,10 106:13 124:23
  125:4 132:3 135:24 137:18
  141:2 142:6,7
**issuing** 97:5 100:25
**it'll** 76:4 80:12 117:18 119:2
**it's** 82:16 126:14 129:6 134:24
  144:10

**J**

**jail** 37:21 42:7 49:13 51:16
  52:10 59:13 76:22 91:2 94:8
  100:16 111:24 125:21 126:3,20
  126:21 127:11 141:24 144:9
  147:15
**jails** 101:19 121:16 137:9
**James** 59:19 61:18
**January** 14:8,10,10,13,13,17,17
  14:25 15:18 40:8,9 53:20,21
  53:25 70:20 86:11
**job** 46:21 47:23 53:2 55:11
  82:22 86:20 96:11 99:3,19
  102:20,21 146:23 147:12
**judge** 21:24 34:4,10 115:21,25
  134:15 135:17 146:2,19
**July** 1:12 13:4 14:23
**jump** 8:14 76:5 80:4 94:13
  142:19 143:19
**jumped** 54:11,14 74:20,22 75:25
  145:2
**jumping** 77:24 86:2 87:13 93:18
  137:2,10
**June** 13:3,3 14:23 36:5,7 37:13
**junior** 24:24
**jurisdiction** 22:3 128:9 141:4
**justification** 93:7

**justified** 92:13,15,17
**justify** 92:22,25

**K**

**K-I-R-K** 22:19
**keep** 7:22 103:6 111:20 114:23
  119:9 140:16 141:9 149:9
**keeplock** 64:10,14 65:13,18
  66:11,13,16 67:13 96:22
  103:20 105:22,24,25 106:2
  138:17,25 139:8,10,12,19,22
  140:3,9,14
**keeplocked** 29:2 65:10 103:23
  104:2,5 124:22 133:8 140:10
  141:7
**keeplocking** 104:18
**kept** 54:24 113:3 114:25
**key** 96:2
**kick** 49:18 145:4
**kicked** 142:18
**kicking** 142:17
**kids** 49:2
**kill** 123:19
**killing** 127:24
**kind** 17:3,4 44:16 54:8 56:15
  61:7 72:8,13 79:22 80:7
  110:10 128:8 131:2 138:6
**Kirk** 22:18,18,19,21 23:6,9
  24:24
**knew** 58:8 87:7 97:19 99:12
  109:23 111:25 112:2
**knock** 60:22
**knocked** 74:11
**know** 8:8,17 9:24,24 10:10,22
  12:23,24,24 13:10,23,23 14:16
  16:19 17:13 19:11,11 20:11,13
  20:15,18 21:16,18 24:5 26:6
  28:13,17,20 29:6,19,21 30:2,2
  30:4 34:15,24,25 35:3,15 36:8
  37:13,21,24 38:8,13,19 39:8
  39:11,13,18 42:10 44:3,16
  45:4 48:2,19,23,24 49:3,4,15
  49:19,23,23,25 50:12 51:17,19
  54:7,14 55:4,7 56:13,21 57:3
  57:20 58:3,11,13 60:5,14,19
  61:22,25 62:4,18,19,20,21,22
  63:2,3,9,24 64:11,21 65:7
  66:13,21 67:9,9,11,12,13,14
  67:15,25 68:6,8,9 70:5,6
  71:22,23 72:3,11,15,16 73:11

ARII@courtsteno.com                                    www.courtsteno.com

800.523.7887                                              Associated Reporters Int'l., Inc.

73:20,20,21,21,22 76:7,11,13 76:19,24,24 77:9,21,23 78:3 78:13,13,14 79:22 80:4,8,9,14 80:16 81:17,19,20,22,22 82:5 82:10,11,21 84:20 86:2,5 87:24 89:19 90:8,18,21 91:12 91:15,16 92:4,5,6,21,21 93:5 93:24 94:4,8,11,21,24 95:2,2 95:8 96:5,20 98:3 99:15 100:9 100:10 101:3,4,5,5,7,8,14,23 101:25 102:2,4,7,12,13,14 103:24 104:3,3 105:18 106:22 107:2,13,13,15,22,24 108:4 109:11,14,22 110:4,5,8,8,16 110:20,21 111:10 112:4,4,10 112:12 113:13 114:8,10,11,15 114:17 115:6,10,15,22 116:8 116:12,13 117:9,10,10,12,14 117:20 120:4,6,12,13,18 121:11,22,23,24 122:2,4,7,8 122:10,21 123:20,20,22,23 124:2,4,6,7,7,14,21 125:6,6,8 125:9,14 126:6,8,16 127:2,3,8 127:18,21,21 128:2,3,11,19,25 129:12,13,18,18,24 130:7,8,11 130:15,16,18,18 131:2,7,8,17 131:19,21,21,23,25 132:2,15 132:15,16 133:3,5,7,8,9,10,11 133:11,11,12,14,18,20,21,21 133:23,25 134:18,23,24 135:10 135:23 137:4,11,24,25 138:3,7 138:8,9,10,15 139:5 140:2,11 140:13,19,20,22 141:6,9,12,13 141:25 142:3,13,15,16,17,19 143:2,21,25 144:9,10,22,25 145:23,25 146:3,13,25 147:3,4 147:4,5,11,15,16,16,20 148:17 148:18,19 149:12,13,15,17,21 149:23,24 150:2,3,3,4,5,8,12 151:2,3,4,5
**knowing** 76:4 127:15
**known** 22:20,23 23:2,8 30:6 60:9 92:6 110:17 130:15
**knows** 26:22 27:17 28:9 93:3 101:17,17,18 109:17,22 114:2 114:4,9 124:18,19,20 150:13

### L

**L** 3:7
**L-A-T-O-U-C-H** 29:23

**label** 22:22 23:13
**lack** 141:4
**lady** 59:3 66:19 90:21 99:2 108:19 143:8
**Lailah** 25:22
**land** 44:21
**landed** 36:23
**landing** 44:21
**language** 97:14
**largely** 132:20
**lately** 13:12
**latest** 45:13
**Latouch** 29:21,24
**law** 30:5 68:14 120:21 121:18,24 122:3 132:11 133:23 141:8,13 147:4,13 149:21
**laws** 29:16 119:25
**lawsuit** 7:12 21:14,15,22 22:12 22:15 25:12 29:5,6,7,11 30:11 53:19 68:11 83:10 89:8,9 110:2 113:16,18 115:8 116:21 116:25 120:12,15 124:19 129:21,22 142:5 149:16,18
**lawsuits** 66:22 109:25 146:12
**lawyer** 34:5 122:5
**lawyers** 146:20
**lay** 138:4 149:11
**laying** 73:21 144:14
**Layla** 124:16
**lays** 54:13
**leading** 137:7
**leaning** 141:14
**learn** 108:15 122:4
**learned** 132:9
**learning** 122:2
**leave** 46:8 70:5,5 115:19
**left** 12:7 13:4 14:6,9,9,17 37:3 37:5,14 78:10,10 114:16 117:20 119:7
**legal** 22:17 25:25 28:13 29:15 112:19,20 116:7,11,11 117:9 120:20 123:24,24 132:10 140:25 141:2 147:18,21 149:22
**legals** 149:22
**legs** 145:5
**lenient** 51:15
**let's** 15:6,7,7 25:19 52:7 70:7 70:8,14 71:17 72:23 96:13 119:9 134:7

ARII@courtsteno.com                                          www.courtsteno.com

**let's--** 119:2
**letter** 103:13 111:4 112:16
  115:13 135:14
**letting** 59:22 86:2,5 98:3 125:6
  129:18 130:15
**level** 30:17 38:24 108:9
**levels** 38:23 108:10 142:23
**liaison** 144:19,19
**Liberty** 2:12 154:14
**library** 30:5 68:14 120:21
  121:19 141:8,13 147:13 149:21
**library's** 122:3
**lie** 57:13 90:4,15 149:8,8,9,9
**lieutenant** 43:4 65:22 104:14,19
  105:7 106:15
**life** 17:13 33:7 35:18 102:4
**light** 54:19 76:14,17,20
**lights** 76:21
**line** 85:14 94:10 135:17
**lines** 86:3
**list** 31:21,24 113:23,24 139:21
  141:24,24,25
**listen** 55:3 65:17 66:24 99:14
  102:20
**little** 19:24,25 48:21 49:5,22
  68:22 69:13 72:9,12 78:8
  84:21,23 90:25 93:13 102:11
  116:19 127:19,20 131:24 134:6
  136:12,13,13 138:3 142:4
  144:2
**live** 24:25 25:4 26:12 27:22
  149:14
**lived** 108:9
**lives** 26:13,21 27:20 149:13,13
**locate** 116:14,14 117:14,16,25
**located** 35:25 36:16
**lock** 65:18 74:17,19 75:9,11,11
  75:12,13 78:4 96:2 106:10
**locked** 14:8 59:21 104:2 133:24
**locker** 64:8 116:11
**locking** 74:18
**log** 72:2 148:4,10
**logbook** 71:25 148:12
**Logbooks** 148:4
**logged** 14:2
**logistical** 151:14
**logistics** 46:11
**long** 14:18 20:16 30:3 56:19
  81:13,14,22 89:10 92:5 133:8
  147:16 148:14 150:23,23

**long-term** 39:7
**longer** 10:5 34:14 135:19
**look** 29:16 47:8 48:20 67:12
  84:7 90:8 91:17 114:21 119:25
  131:16,20 132:11,11 144:19
  147:11 150:2
**looked** 59:20 62:6 72:12 90:23
  103:15,16 113:18,20,20 149:20
**looking** 29:17 74:2 78:10 82:17
  85:7 89:8,9,10 98:9 113:25
  132:21 133:13 137:10 150:12
  150:17
**lose** 91:3,4,5 141:10
**loss** 38:22 46:19 47:18
**lost** 39:10
**lot** 13:12 17:11,11 26:6 34:15
  37:19 38:7 46:22,22,24 51:14
  68:20 80:12 93:24 117:9
  127:17 129:19 132:10,10
  137:15 144:8 145:12 147:10,10
  148:18
**loud** 74:19 107:5
**loved** 140:24
**lunch** 70:3
**Luo** 2:8 3:4,8,9 6:21,24 7:3
  8:22 70:13,18,24 71:3,7,11,16
  83:12,18,20 84:15,18 111:8,11
  111:13,17,19 151:6,12 154:6
  154:13
**lying** 78:20 90:23
**lynch** 64:2
**lynched** 92:2
**lynching** 91:25 93:15,17,19

---

**M**

**M-A-L-I-K** 30:8
**mad** 63:4 67:25 98:15
**mail** 45:5,6 118:16,19,22
**mailbox** 58:23
**main** 107:6
**major** 37:20,20,21 38:9,13 39:19
  49:6,7,8
**making** 62:5,23 63:14 95:5 97:9
  97:12 118:5 139:19
**male** 72:10,24
**Malik** 30:2,5,6,7 147:13
**man** 150:2
**manageable** 69:13
**Manhattan** 22:8 23:19 24:4,10
**manner** 101:11,20,21

800.523.7887                                      Associated Reporters Int'l., Inc.

**March** 16:11,16 18:6 36:14,19,23 42:9
**marital** 24:12,13,13,14
**mark** 84:16
**Marked** 4:3
**married** 24:15,17
**materials** 117:19 153:11
**matter** 60:16 98:7,12,23 102:14 110:3 116:20 144:20 150:19
**max** 51:11,11
**maxed** 36:18,22 50:20
**maxes** 28:17 37:22 118:8
**mean** 39:8 49:12 51:19 58:13 61:25 62:13 63:9 67:14 76:24 79:21 89:24 91:13 93:16 94:21 96:8 100:10,18,22 101:23,23 102:2,14 105:6 107:14 110:20 116:10 120:19 122:10 128:22 131:2 134:23 140:22 141:25 142:20 143:21 144:23 151:2,5
**meaning** 24:14 90:3 93:17 94:11 136:7
**meant** 63:24
**measures** 29:4
**mechanism** 63:7 65:19 98:21 106:12
**media** 121:5
**medical** 11:22 18:6,18 20:22 47:5
**medication** 11:5 15:4,9,22 16:18 16:19,25 17:20 18:2
**medium** 37:18 44:14
**meds** 143:12,14,14,14,14,14,15 145:15
**meet** 147:22
**meeting** 37:14 106:21
**meetings** 88:5
**member** 53:9,12,14
**mental** 11:2 18:25 19:3 20:7,17 21:5 132:6 137:13,14 143:10
**mentally** 137:14
**mention** 120:19
**mentioned** 17:15 20:6 22:6 25:20 26:19 28:4 34:7 70:21 73:18 79:15 80:18,23 93:13,14 121:6 138:15
**mess** 137:14 145:15
**messed** 66:14 145:16 150:3
**methods** 88:10 89:13

**METTHAN** 2:9 154:13
**Mettnam** 7:7
**middle** 10:17 23:6
**mightier** 89:14
**military** 32:9 52:11
**milligrams** 12:16 16:21,22
**mind** 137:25 144:3,9
**mindful** 117:7
**mine** 88:19 134:19
**minister** 124:25 125:2
**minor** 39:25 49:16 150:25
**minus** 41:10
**minute** 34:8 38:8 54:18 55:2 81:19 118:3
**minutes** 46:10 64:9 70:11 76:10
**misbehaving** 39:12
**misbehavior** 3:8 37:25 38:3,15 39:22 40:6,14,22 42:13,19 45:10,21,22 46:14,16,17 48:4 48:6 64:17,18,19 65:8 69:11 96:14,15 97:5 100:25 103:3 104:4,7 106:11 116:17 136:8 136:21
**mistake** 57:14
**mistakes** 112:11
**mom** 124:9
**moment** 83:15 111:8
**monetary** 132:23
**month** 12:25 14:4,10 20:25 36:25
**months** 36:7,8,8,13 37:3,5,8 49:23
**morning** 6:25 7:2 76:16,20
**mother** 25:2,2,3 26:21 138:10
**motions** 34:15 78:16
**move** 52:23 81:11 85:9,9 108:13 136:13
**moved** 42:4 75:12
**movement** 143:18
**moving** 119:9
**murder** 32:13,25 33:6,10,20,24 34:18
**muscles** 73:10
**Muslim** 53:10 147:9

**N**

**N** 3:2,2 4:2
**nah** 150:7
**naked** 79:21
**name** 6:11 7:3 13:23 16:19,20 19:19 22:17,21,23 23:6,7,12

ARII@courtsteno.com                              www.courtsteno.com

800.523.7887                                        Associated Reporters Int'l., Inc.

Page 173

24:23 25:21 27:4 29:21,21,25 30:2,3,4,5,6 62:7 114:8,8,9,9 114:10,11 154:4
**named** 33:7 126:9
**names** 29:19 49:24 71:21,22,24 72:3,15,16,23 84:8 120:3,4
**natural** 42:23
**nature** 100:19 120:2 144:3
**need** 10:9,12,15 13:13 19:11 20:12,19 27:15,18 31:6 46:11 68:4 70:10 81:8 89:18 103:9 115:16,24 123:23 131:9,9
**needed** 59:11 100:7 128:19 130:10
**needing** 29:8
**needs** 108:24 121:20
**nervous** 136:25 137:11,21 145:9 145:9,11
**netting** 144:21
**never** 13:7 22:4,13 32:24 33:3 35:13,13,15 43:18 48:9 50:3,6 51:12 55:25 56:2,2 60:20 72:14 77:18 81:15 82:4 91:7 97:10 98:24 99:10 101:10 123:12 125:5 132:17,17 136:15 145:8,24 150:9
**new** 1:3 2:7,13,13 7:6 22:8 23:19 28:5,7 31:23 40:22 50:8 56:7,24 72:13 77:5 87:9 89:5 93:23 125:16 154:12,14,14
**nickname** 22:23 23:5
**nicknames** 22:24
**niece** 25:17,21 27:12,14,17,19 27:21 120:6 121:6 122:17,25 124:9,17 139:2,9 140:5,7
**niece's** 124:9
**night** 14:18
**nine** 12:12 23:24 43:6 73:2
**ninety** 36:10,14
**nobody's** 130:23
**nodding** 8:2
**noise** 74:20 142:21
**non-verbal** 7:25
**Nora** 113:19
**normal** 140:22
**normally** 101:22
**notary** 5:12 152:11 154:9
**noted** 152:4,6
**notes** 128:24,24 129:11

**November** 31:10 37:12
**number** 6:15 23:21 33:4 36:24,25 51:22 153:9 154:4
**numerous** 39:17 82:4 88:4 124:3
**nurse** 13:22 47:7

---

## O

**O** 3:2,2
**O.I.C** 107:5,22
**O.S.I** 144:17
**oath** 8:24 9:5,10
**objections** 5:7
**occasion** 40:15
**occur** 32:15
**occurred** 33:17
**October** 37:12
**offer** 135:4
**office** 2:7 7:8 21:23 66:4 107:6 108:21 154:12
**officer** 19:8,18,19 38:19,20 40:2 41:4,21 42:15 54:12 55:18 58:25 59:5 64:5,6,8,20 66:11,12 73:17 74:14,16,24 75:13,18 76:18 77:11 78:3 79:16 81:10,18 87:11 89:2 91:3 96:23 98:4 99:24 102:2 102:19 103:20,21 104:9,17 105:20 107:16 108:23 114:10 118:17 121:6 126:9 131:2 137:20 143:17,17 144:9
**officer's** 47:2 75:4
**officers** 21:24 42:25 52:17 54:3 54:10 55:2 57:6,13,21 58:17 59:4,17 60:3,22 62:17,25 71:18,19,23 76:7 82:10,16 84:2 87:22 88:3 90:24 91:11 91:15,17,24 93:18 94:3,7,12 97:9,13 99:6 100:20 102:16,20 107:6 112:6 113:5,10 123:5,11 127:16,24 132:7 137:3 139:17 142:8,9 143:19 144:4 150:6
**official** 127:9
**oh** 21:12 38:8 39:10 41:3 49:17 62:8 72:18 84:24 90:15 101:3 115:8 131:23 134:17 140:7 151:12
**okay** 6:20 7:9,13,16 8:14,15,17 8:23 9:14,17,18 10:18,19 12:4 12:19 13:16 14:4 15:12,17 23:8 24:25 25:11 35:8 36:2,16

45:24 46:12,13 48:5 53:17,25
58:2 61:16,20,22,24 63:16
68:23 69:2,5,8,15,16,22 70:7
70:12,18 71:6,9,10,15,17
72:19 75:2 79:7,14 80:20,22
83:3,12 84:3,24 86:4 94:2
95:13,25 96:13 101:24 106:3
108:9 111:5,12,20 112:3 116:2
116:5,16 117:6 119:6 124:13
128:19 132:20 134:5 135:5,8
137:5 140:12 142:3 145:19
**old** 26:9 27:6 147:14
**older** 124:25
**oldest** 124:16
**once** 15:17 26:17 27:11 28:11
34:6 38:6 44:22 68:15,15 70:5
73:23 74:16,17,18 82:15 88:25
91:23 93:19,21,25 94:22
108:20 113:11 118:5
**one-on-one** 106:21
**ones** 26:23 28:13,19 29:6 44:6
120:3 140:24
**open** 74:21,21 81:10 137:9
144:15
**opened** 54:10 64:6 75:8
**opening** 41:15 76:8,9
**opportunities** 56:16
**opposed** 90:10
**options** 131:23
**order** 38:12 40:2 41:18,19 43:12
44:10,10,11,12 46:18 102:24
112:23
**orders** 103:21
**original** 5:13,17 45:21
**outcome** 66:5 88:17 100:10
118:21 148:5,23 149:12
**Outlaw** 22:23 23:12
**outlook** 144:2
**outrageous** 133:15
**outside** 19:12 25:18 28:22 29:4
32:6 39:11 48:3,24 49:4 53:2
74:15 82:19 119:18 120:15
121:4,4,8,11 122:9,22 123:24
127:4,6,8 143:7,11 148:8

---

**P**

**P** 3:2
**p.m** 1:13 96:19 151:17
**package** 47:19
**packages** 46:19

**packing** 64:7
**page** 7:16 84:22 85:12,15,16,24
153:5
**pages** 153:9
**paid** 118:14
**pains** 145:6
**Palmer** 64:6,6,8 66:12,12 103:20
103:21 105:20 121:7
**pandemic** 133:7 138:8
**panic** 54:5 78:12 80:19,23 81:2
81:6 82:8
**panicked** 78:7
**panicking** 81:16,21 82:2,6,12
**Papa** 62:2 108:10
**paper** 91:4 92:6,11 94:17 96:20
146:21
**papers** 115:22 127:5
**paperwork** 88:17 90:19 100:11
114:6,22 118:10 119:19,24
121:17 146:19
**Pardon** 85:10
**parole** 33:8
**part** 9:16 41:10 61:23 66:24
79:8 85:6,21 99:9,18,24 110:2
110:19 149:14,21,23
**partially** 134:18,18
**participating** 87:4
**particular** 115:15 126:23
**particularly** 8:6
**parties** 5:4 154:10
**party** 28:3
**pass** 16:22 47:19 62:5
**passed** 31:9 50:6
**pat** 60:25
**pat-frisk** 19:21 60:25 88:14
**patch** 47:10
**patience** 119:9 151:7
**Patterson** 25:22 26:9 124:17
**pause** 61:14 109:2 110:22 136:18
**paying** 73:23 78:2 82:17
**pen** 66:7 89:14
**penance** 64:22
**pending** 7:5 10:12,16 21:15,17
22:7 31:13 64:15,17 66:22
68:11 104:3 109:24 113:18
115:7,8 141:2 147:14 150:15
**people** 25:16 28:14 67:16 91:7
98:14 112:10 113:23 119:18
121:2,5,9,14 122:9 130:7,17
131:23 132:15 133:23 138:7

800.523.7887                                    Associated Reporters Int'l., Inc.

143:13 147:11
**people's** 142:19
**peoples** 126:2
**perceive** 97:16
**perfect** 121:25
**perform** 46:20
**permission** 28:14
**person** 13:20 28:9 33:5 51:18
  52:14 63:11,12 73:9 77:4
  80:11 98:18 113:8 114:4 126:7
  128:21 135:5 144:5 148:19
**person's** 114:9
**personal** 56:23 58:4,5 59:10,11
  62:10,13,21 100:14,21 101:5
  101:13,13,20,21 131:7,13
  149:24
**personally** 55:24 59:8 100:21
**persons** 56:14 149:7
**persuaded** 94:20
**pertaining** 15:22 26:2 114:24
  115:20 123:11 125:5 134:19
**phone** 27:17,19 68:9 122:22
  123:3,7,7 125:8 135:9 138:23
  139:17,20,22,24 140:3,20,23
  141:23,24,25
**phonetic** 64:20 104:15 113:19
**phrase** 154:16,18,19,20,21,22,23
**physical** 11:2 48:6,10 57:10
  63:3 77:9 87:13 89:16 91:23
  94:4,9 100:4 125:25
**physically** 92:12
**piece** 116:10 117:13
**pig** 77:20
**pill** 12:16
**pills** 12:2
**pissed** 73:24 74:9
**place** 22:5 28:25 51:7 56:6 60:2
  60:20 65:19 68:16 86:6 87:8
  88:19 92:22 95:10 104:11
  105:7 123:22 129:15 130:13
  135:14,19 152:4 153:4
**placed** 103:6
**placement** 106:12
**places** 127:17
**plaintiff** 1:6 2:3 21:13
**plan** 121:2
**planning** 94:24
**play** 110:21
**playing** 137:25

**plea** 34:6,9,20,23 35:7,9,12,16
**plead** 34:21
**please** 6:5,10,14 7:22 9:13,17
  10:10,17,22 45:9 83:13 84:15
  152:5 154:8,9
**pled** 34:18
**plenty** 117:19
**point** 10:20 43:8 72:14 88:2
  132:17,18 136:2 146:6 148:14
  149:10
**Points** 37:4,4,5 51:24
**police** 21:24 25:17 28:5,7,23
  49:11,15 50:2 94:19,23 95:3,8
  95:13 125:16,25 127:12 128:16
**policies** 87:8
**policy** 99:18 110:19
**Poplawski** 2:10 7:8
**population** 145:10
**porter** 46:21 47:23 108:22
**position** 74:16 82:6
**possibility** 13:17
**possible** 46:4 120:13
**potential** 135:24
**potentially** 79:17
**power** 89:12
**PREA** 58:8,19 61:23 94:18
**predict** 91:6
**preference** 37:10
**prejudice** 141:12
**prepare** 29:11,12 145:20,22
  146:5
**prepared** 153:10
**Presbyterian** 23:20
**prescribed** 16:18 17:20
**presence** 86:23 153:4 154:8
**present** 33:13 72:4 88:15
**presently** 11:22
**press** 57:21 95:9
**pressing** 58:10 139:15
**pressure** 11:24 12:2,6,14,21
  13:11,14,18,21,24 14:3,23,25
  15:9,18,23,25 16:6,14,17,25
  17:6 18:9 20:10 133:11 137:7
  138:13,14 141:10 142:4 143:9
  145:12
**pressures** 12:10
**pretty** 77:6 96:5 118:25 125:9
**previous** 85:22
**previously** 124:8 125:14

ARII@courtsteno.com                          www.courtsteno.com

**prior** 35:19 53:8 63:18 81:3 116:20 117:7,7 118:23 126:5 149:16
**prison** 28:11 36:19 41:8 44:13 48:12,22 49:13 50:5 51:11 56:19,21 79:23 87:10 89:10 95:12 113:8 130:12,23 131:24 133:2,3
**prisons** 37:18
**pro** 2:4 121:23
**probably** 14:13 17:22 19:23,24 19:25 21:2 26:17 38:21 39:4 68:21 73:3,4,19,20 74:3 101:22 105:19 107:20 112:18 117:18 119:6
**problem** 51:18 60:21
**problems** 11:23 19:8 51:17 132:6
**procedure** 5:5 43:14 58:16 87:2 122:13,14 127:15 140:21
**procedures** 63:5 87:8 89:17 90:20 92:4 95:12 101:17 109:20 123:23 132:14 147:5
**proceed** 61:3,4,20 135:10,12
**proceeded** 74:22 75:4 103:16 145:4
**proceeding** 136:2
**proceedings** 120:22
**process** 77:10,13
**produce** 45:9 117:3
**profession** 100:14 131:11 133:20
**professional** 19:4,14 20:7 21:6 63:22 101:10,11 143:2
**professionalism** 131:15
**program** 31:23,23 49:24
**programs** 49:22,23,24 96:10
**projecting** 98:16
**projects** 24:6,7
**pronounce** 16:20
**proof** 93:8
**proper** 58:15,16 63:5 90:20 95:11 109:19,20 122:14 123:23
**property** 61:5,9
**protect** 57:10 62:14 87:23 89:12 90:4 109:18 127:18 128:4
**protecting** 59:3
**protection** 125:10
**protective** 47:24
**protocol** 63:13 86:21 87:21 102:25

**protocols** 58:14 63:5,12 87:21 109:19
**prove** 102:13
**provided** 153:12
**public** 5:12 152:11 154:9
**Publicker** 2:9 7:7 154:13
**pull** 83:16 99:5 112:22 116:10 122:13
**pulled** 56:4 65:14
**pulling** 94:9
**punch** 145:4,5
**punish** 130:22
**purpose** 7:10 60:19 92:20 106:14 110:15
**pursuant** 5:6
**push** 34:5 79:11
**pushed** 76:2 78:8,8
**put** 6:18 12:15 14:2 26:23 28:8 29:8 40:18 43:15 48:21 52:10 58:23 59:17 65:13 72:16 75:18 75:19,23 77:11 88:19 91:20 93:20 100:11 102:12 110:9 111:3 114:3 118:13 126:3,18 128:5 130:12 145:15 146:9 150:21
**putting** 128:12 130:22

---
**Q**
---

**question** 8:7,8,14,16 9:12,17,21 9:23 10:4,11,16,18 59:6 67:3 115:23 120:14
**questions** 5:8 7:11,18,19 9:12 12:5 69:20 71:4 84:20 103:3 119:7 125:22 145:18 146:4 151:8,14
**quick** 58:24,25 61:15 65:7 66:8 66:18,25 69:25 84:19 105:22 106:9,19 107:8 108:20 109:2 110:24 112:17 121:5 141:17 150:5
**quietly** 85:2
**quitting** 137:3
**quote** 93:15

---
**R**
---

**R** 3:2,7
**raise** 6:5
**rammed** 144:15
**ran** 144:15
**random** 55:3,7,13 87:5 88:10,10

800.523.7887                                              Associated Reporters Int'l., Inc.

113:11,13
**rare** 39:3,13
**reach** 138:5 146:21
**reached** 75:22,25
**read** 5:10 64:22 65:5 85:2,3,13
  85:13 123:6 152:3 154:8
**reading** 112:3
**real** 61:14 109:2 141:16
**realize** 10:20 13:14 43:3 117:8
  136:15
**realized** 16:6 55:15
**really** 17:10 19:15 21:16 30:4
  39:6,7,8,16 44:6 48:20 49:5
  51:16 52:8,13,16,18,20,25
  53:4,5 67:24 73:23,24 76:12
  78:2 80:16 82:17,17 96:7
  102:18,19 105:7 109:21 116:9
  120:16,16,18,19 121:8,11
  124:15,18 129:8,8 132:18
  139:3 145:13,14,23 146:5,25
  148:9
**rearrested** 48:16,24
**reason** 9:13 11:19 18:15 19:4
  21:6 37:17 38:2 39:18 43:21
  44:15 47:21 57:7 69:21 77:18
  97:4 106:25 117:22 123:4
  145:13 147:22 148:17
**reasoning** 135:11
**rec** 38:22 39:10 46:19 47:19
  140:21
**recall** 14:15 19:16 39:11 52:7,8
  53:4 71:23 72:15 97:4 126:24
**receive** 15:3,9,19 16:17 46:15
**received** 31:7 32:7 37:25 38:3
  128:15
**recheck** 17:23
**recognize** 72:5 83:21
**recommended** 58:20 135:6
**record** 6:3,11 7:25 22:22 23:13
  38:14 39:19 46:11 53:7 70:14
  70:16,17 78:15 90:12 110:17
  128:12 134:22 135:3 151:9,16
  152:3 153:10
**recorded** 7:19
**recording** 123:8
**records** 31:4 51:13,19 57:12
  128:20,22
**rectifying** 130:4
**referred** 23:11 37:24

**referring** 61:17
**reflect** 78:16
**refuse** 91:8 102:22
**refused** 34:23 67:20 107:4,24
**regarding** 128:16 149:4
**regardless** 57:15 121:24
**register** 55:2 80:16
**regular** 48:25 140:21
**regulations** 62:16 109:22
**reiterate** 67:2 99:3 149:15
**reiterated** 101:12 106:10
**related** 45:10,20,22 116:20
  117:3 121:24 147:25
**relationship** 41:23
**relax** 138:4
**release** 31:5 113:7 150:16
**released** 50:4
**relevant** 116:22
**remember** 10:5,6 12:25 14:15
  39:6 49:3,24 50:13 72:19,23
  129:12 150:24
**remind** 48:20
**removed** 41:8 105:22
**reneged** 34:21
**repeat** 78:18
**repetitive** 69:20 71:12
**report** 16:23 28:16 37:25 38:4
  39:12 40:6,14,22 41:2 42:14
  42:19,21 45:11,22 46:15,17
  64:17,18,19 65:8 69:11 71:24
  94:19 95:14 96:14,15,25 97:3
  97:6 100:25 103:4 104:4,7
  106:11 107:5 108:13 116:17
  123:14 136:8,21
**reported** 1:18 32:24 41:6 65:12
  92:18,19
**reporter** 6:3,10,14,18 7:20,23
  7:25 8:9,19,20 70:13,17 83:12
  83:15 84:15,17,23 85:14
  111:13,18 151:8,15 153:14
**Reporters** 153:11 154:2
**reports** 3:8 38:15 39:22 45:21
  46:16 48:4,6 72:17 126:21
**represent** 7:4
**representation** 123:24 146:22
  147:18,21
**representing** 146:14
**request** 85:8
**requested** 146:16

**requests** 3:8,9
**requires** 8:25
**reschedule** 17:22
**rescheduled** 17:21
**research** 119:25
**reserved** 5:9
**resolution** 65:23 98:23 131:17
**resolutions** 130:13,24
**resolve** 106:12 110:16 148:15
**resolved** 101:8
**respective** 5:4
**respond** 92:11 121:17
**response** 7:24 25:17 29:14 92:12
  113:15 150:20
**responses** 7:25 29:14 121:18
  141:6
**responsible** 60:11 85:4,22 86:6
  87:17
**responsiveness** 5:8
**rest** 8:8
**result** 109:23 132:24 136:6
  150:20
**resulted** 32:12
**resulting** 136:22
**retaliate** 98:12,20
**retaliated** 29:2
**retaliation** 108:2 136:3,7
**retired** 126:9
**return** 150:12 154:11
**returned** 5:15 65:9 109:13
**returning** 64:9
**review** 147:24
**reviewed** 40:19 148:2
**rib** 92:2 145:5
**ribs** 144:16
**right** 6:5 11:25 12:22,23 13:4
  13:18,19 14:25 17:16 20:8
  21:18 24:21 26:20 27:21 28:6
  31:8,19,22 33:10,15,18 34:19
  35:10 37:23 38:6 42:16 52:23
  53:20,21 57:15,16 59:21 60:15
  60:17 62:14 63:22 65:3 68:19
  69:23,24 70:14 71:19 75:5,17
  75:21,23 78:10,11,23 79:4,5,9
  79:17 80:20,24,25 82:15,25
  83:5,10,16 84:24 85:16,20
  87:19 89:9 95:18,19 98:7
  101:2 102:6 103:5,19 104:11
  105:24 106:4 108:7 110:22
  111:6,7,15,17 112:14,21 116:5

117:4 118:17 121:21,23 122:12
  122:13 125:12,16 128:10,13
  130:25 131:8 132:22 133:19
  134:21 136:19 138:10,10,25
  142:11,23 145:17 147:17
  148:25 150:15,16,17 151:2,6
**righting** 130:5
**rights** 35:14 89:13 90:25 102:11
  131:24
**Rikers** 36:23 50:6 51:22
**rise** 7:11 71:8 116:21,25
**robbery** 51:2
**roll** 46:2 74:22,23
**rolled** 78:24
**Romeo** 123:12
**rounds** 62:5
**route** 148:14
**ruled** 134:18
**rules** 5:5 7:15 37:18 39:14
  43:12 51:14,16 52:12,24,25
  53:2 56:13 60:2,19 62:15 67:9
  86:17 98:11,19 99:8,18 109:22
  110:19 139:19,24
**ruling** 134:15
**run** 86:7 87:11 96:11
**running** 56:9

---

**S**

**S** 3:2,7,7
**safeguard** 28:24 29:4 57:20 58:7
  58:16 59:12 60:9 62:11 86:15
  86:24 87:9 89:22,25 90:3
  91:10,16,16 93:6,11 95:12
  101:14
**safeguarded** 61:25 92:16 110:20
**safeguarding** 92:7 126:16
**safeguards** 90:13
**safety** 44:18,18 125:10
**save** 114:22
**saw** 19:13 20:6 100:23 103:17
**saying** 54:24 85:3 87:6 90:7,10
  100:24 110:3,7 139:10 146:19
**says** 13:13 27:16 30:25 31:2
  42:21 47:11 56:22 57:2 58:2
  62:7,20 64:10,11,12,14 66:10
  67:7,11,14,15 85:18 91:3
  98:13,13 101:16 103:23 104:3
  113:12,13,20,21,22,24,25
  114:15 135:5,16 140:12
**scenario** 101:4

800.523.7887 Associated Reporters Int'l., Inc.

**scene** 33:16
**school** 30:22,25 31:2 65:11
  66:19 108:20,21,22 118:6
**scroll** 84:23,24 85:14
**se** 2:4 121:23
**search** 19:21 54:15 55:3,9,10,13
  55:16,17 60:24 71:18 72:2
  82:16 88:10,11,16,16,18 92:12
  112:20,22 116:9 136:21,23
  137:2 142:21
**searches** 88:5 110:14,16,18
**searching** 75:10
**second** 32:14,25 33:10 34:19
  73:17 85:12 124:24 144:24
**secondly** 130:6
**section** 85:22
**security** 23:21 43:25 44:15,16
  65:15,16 66:9,9 67:18 105:21
  106:9 126:25
**see** 8:21 16:4,25 17:24 18:3,3
  19:23 20:13 21:5 31:6 38:6
  39:4 40:19 41:25 43:16 44:6
  45:8,14,14,17,25 46:4 52:7
  54:18 60:12 66:4 72:16 74:23
  75:8 76:12,21 77:25 78:5,9
  83:16 84:7,25 90:3 92:21
  96:15 99:5 100:2 101:3 108:6
  108:6 112:25 115:5 118:21
  121:21 130:8,23 131:20 132:15
  138:20 139:15 140:24 143:10
  143:23 144:8 146:11,22 148:17
**seeing** 8:18 54:20 94:7 96:8
  98:18
**seen** 19:3,5,9 55:24 56:19 62:6
  66:6 72:14 82:3,13,13 96:6,7
  97:3 103:14,15,17 113:12,18
  116:13 142:25
**segments** 17:25
**self** 131:8
**senator** 125:2,3,7 144:18
**send** 43:24 45:13,16,24 46:5,8
  115:16,21,21,24 118:5 126:22
  127:2 148:18
**sent** 28:15 37:11 59:7 112:17
  122:24 128:5 146:19 148:3
**sentence** 35:17
**sentenced** 14:19 35:5,6,6,8
**sentencing** 33:8
**Serg** 56:5,13 62:10 63:16,20

**sergeant** 1:8 29:2 40:8 41:6
  43:5 55:19,20,21 56:2 59:19
  61:18,18,19 62:2 64:10 65:12
  66:2,3 67:5 77:4 82:25 83:4
  86:25 93:15 95:15,18,21 96:11
  97:5 99:24 100:16,23 101:9
  103:14,22,23 104:15,18 107:3
  107:10,23,23 113:4,19 114:2,8
  114:25 115:14 117:2 121:8
  123:11 124:19 125:24 128:13
  130:21 131:11,12 133:19
  134:11 136:8 140:10 149:15,25
**sergeants** 90:21 112:7 150:6
**serious** 115:9 126:14,15
**serve** 32:9 51:10
**served** 36:21 50:5 65:6,7 96:19
  96:21,21
**serving** 32:22 33:6 50:17,24
**set** 87:8 106:12 107:4 135:8,10
  147:4
**setting** 127:24
**settle** 135:3
**settlement** 135:24
**seven** 36:7,8,8,13 37:3 124:3
**seventeen** 6:4
**sex** 41:22
**sexual** 58:13 79:17,20
**shadow** 54:18 77:25 78:5
**shakes** 144:7
**shaking** 8:2
**sharing** 68:19
**she'll** 124:24
**sheet** 48:20 61:8 152:7
**ship** 44:14
**shipped** 44:12,20
**shirt** 58:9 79:22
**shirts** 82:14
**shoe** 130:19
**short** 150:24
**shorter** 72:12
**Shortly** 12:7
**should've** 132:17
**shoulder** 54:14 74:25 75:20 79:9
**show** 39:5 92:16 122:14 123:8
  127:4 132:12
**showed** 114:6
**showing** 90:19 93:8 115:22
**shut** 56:15,16 75:3,8
**siblings** 124:11

800.523.7887

Associated Reporters Int'l., Inc.

**sick** 11:14 47:4 133:9 138:5,8 139:5,11
**side** 75:21,23,23 89:16
**siding** 67:16
**sign** 5:11 34:23 60:12 65:2 86:8 86:18 96:20 97:25 154:8,10
**signature** 84:9 154:11
**signed** 5:14 21:25 35:14,15 50:19 65:5 96:20 154:25
**signing** 105:11
**Signius** 104:14,20,25 105:13,14 105:16
**similarly** 8:12 10:4
**simple** 38:12 129:7 150:25,25
**Sing** 12:7,7 19:5,6,14,14 20:7,7 29:13,13,20,20 30:21,21 31:8 31:8 35:23,23 36:2,2,3,3,4,4 37:2,2,2,3,9,9,11,11 51:23,23 51:23,23,24,24 58:23 88:6,6
**Sing's** 58:23
**single** 24:15,16,16
**Sir** 49:19
**sis** 27:16
**sister** 25:18 26:19,25 27:19 122:17,24 124:16,25 125:6 138:23,25 139:8 140:4,13 141:19,21
**sister's** 27:4 125:2
**sisters** 124:9
**sit** 21:11 43:4 108:20 116:6 117:25 118:2 122:11 129:8 139:23
**sitting** 89:4,5 150:10
**sittings** 21:21
**situation** 55:6 76:25 80:15 89:3 97:19 98:8 99:3 102:13,17 109:23 121:12 130:5 131:14 137:24 139:13 141:8 143:11 149:17
**situations** 38:11 63:7 91:20 106:13 108:4 130:13
**six** 37:8 49:23 62:3,4,4 73:3,4
**Sixty-** 27:7
**sixty-three** 27:7
**size** 72:8
**slammed** 54:11 74:17,17,18,21 77:12,13
**slamming** 74:20 75:3 142:15
**sleep** 54:4,17 56:20 137:4,5,6 143:18 144:14

**sleeping** 136:14 137:10 142:7,11 142:18 143:17
**slept** 77:18
**slim** 43:6
**small** 31:19,19 32:2 37:19 129:7
**Smith** 29:25
**smooth** 93:2
**snuck** 54:3
**social** 23:21
**society** 150:13
**solutions** 63:8
**solve** 130:13
**somebody** 60:18 72:13 79:20 80:3 81:12 133:3
**somebody's** 54:8
**someone's** 54:21 79:24
**something's** 81:23
**son** 24:20 138:9
**son's** 24:23
**soon** 17:25 46:3 75:25 88:22 117:14,15 118:12
**sorry** 26:4 51:25 84:24 111:11
**sort** 15:9 31:11 32:5 37:25 42:14 45:10 46:10 49:15 50:8 50:10 74:9 78:21 79:2 115:12 128:15 132:21,23 135:23 142:4 142:25
**sorts** 142:6
**sound** 75:3,15 78:25
**sounds** 132:20
**South** 36:19,20,21 50:13,15,24 50:25 52:6
**Southern** 1:3 7:6
**speak** 7:22 10:15 27:12 68:2 99:12 102:11 107:18 108:24,24 119:16 123:3,13 124:17 138:24 148:9
**speaker** 107:5,16,22
**speakers** 70:25 80:20
**speaking** 83:3
**specific** 70:24 71:4
**specifically** 27:13 106:19,22 122:24 129:20,22 134:7
**speed** 135:22
**spell** 6:11 29:22 30:7
**spelling** 64:20 104:15 113:19
**spend** 27:18 49:11
**spending** 50:2
**spiteful** 114:18

800.523.7887                                                    Associated Reporters Int'l., Inc.

**spoke** 55:18 59:9,18 62:9 99:6
  100:15 101:3,4 110:12,13
  120:6,10 140:17
**spoken** 66:9 126:10
**spots** 31:14
**spray** 47:25
**stab** 79:20,20 132:7
**stabbed** 56:20
**stable** 20:18
**staff** 40:11 44:4,5,17
**stage** 68:8 133:10 138:7
**stairs** 108:11
**stale** 77:16
**stalked** 142:14
**stalking** 41:19
**stand** 88:15 135:6
**standard** 73:15
**standing** 54:12 62:7 79:2 113:12
**start** 15:6,7 16:21 38:17 81:22
  132:7 137:25
**started** 12:21 13:4 15:7,13 16:8
  31:23 37:17 55:14 62:23 81:5
  81:16,24 82:2,12,16 88:3
  94:17 136:11,24,24 137:3,6
  138:14 139:15 141:14,14
**starting** 14:23 48:2 63:2 137:4
  138:2,2
**startle** 76:4
**startled** 54:4
**starts** 62:20 85:3 137:14
**state** 2:7 6:10,14 21:22 22:3,4
  22:7,7 28:5,7 36:25 48:14
  50:11,15 51:22 52:23 97:22
  125:16 127:12 128:16 152:2
  154:12
**stated** 96:23,25 97:19 100:7
  134:21 153:5
**statement** 93:25
**states** 1:2 7:5 98:11
**stating** 104:17
**station** 49:15 128:9
**status** 21:16 24:12,14 37:18
**stay** 44:6 47:9 128:7,7
**stayed** 36:12 37:2,7 74:15
**stays** 38:13
**stem** 136:20
**step** 55:9 60:25 86:24 88:13,17
**stepped** 55:16 63:20 82:21
  111:13 113:11

**stepping** 102:23 131:22
**steps** 58:16 59:12
**stick** 42:25 148:20
**stipulate** 43:11
**STIPULATED** 5:3,7,10,13
**STIPULATIONS** 5:2
**stone** 131:22
**stop** 76:25 84:25 85:18 87:25
  91:22
**store** 103:12
**story** 93:21 123:21
**straight** 12:13 51:20 146:5
  148:14 149:6,10
**street** 2:12 22:23 23:6,12 87:10
  127:23 154:14
**streets** 130:21
**stress** 137:15 138:6 142:4,23
  143:2
**stressed** 133:6
**stressing** 17:11 20:11 136:24
  137:8,14 138:14
**strict** 37:19
**strictly** 148:12,20
**strong** 150:11
**struggle** 55:14
**struggling** 54:21
**stuck** 68:14
**study** 132:11
**stuff** 12:18 28:18 29:17 37:17
  37:19 38:7 46:2 48:19,21 49:2
  49:2,4,5,21,23,25 55:23 56:9
  59:13 61:5,10 88:16 106:18
  117:10 120:23 123:10 131:20
  132:5 134:23 137:18 140:22
  141:9 143:9,11 144:8,22
  148:18
**subject** 43:23 53:18 93:22
**subpoena** 5:6
**substance** 53:23 61:7
**substances** 11:12
**sudden** 137:15
**suit** 28:9,10 59:23 66:24 141:4
  147:8
**suits** 26:5 147:4,6
**sum** 53:23
**sun** 93:23
**sunshine** 76:23
**superintendent** 28:12,15 57:2
  125:16 126:10,20,25

ARII@courtsteno.com                                              www.courtsteno.com

**superior** 103:22
**supposed** 11:25 39:16 47:14 55:5
  55:8 58:15 59:6 62:19 63:5
  66:15,25 67:2,8,9 82:19 86:19
  86:21 88:12,13,14,15 92:23,24
  96:11 98:20,22 99:8,20,22
  102:24 110:11,12,14 139:18,20
**sure** 8:13 12:19 15:6 20:17
  37:23 42:12 46:8,9 61:2,5
  69:14,21 71:12 77:6 83:7
  89:21 95:17 103:4,13 105:23
  112:18 117:13 121:22 124:4,6
  125:20 128:11 139:19 151:10
**surprise** 142:22
**surrounding** 32:21
**Susanna** 7:7
**suspicion** 56:14 88:8
**suspicious** 55:11
**SUZANNA** 2:9 154:13
**swear** 6:5
**sweat** 37:19
**swinging** 87:13
**sword** 89:15
**sworn** 3:3 6:9,19 152:10 153:7
**symptoms** 14:22 15:8
**system** 32:18 65:20

---

**T**

**T** 3:7,7 4:2
**tactic** 56:24
**take** 9:6 10:10,11 16:2 44:6
  46:10 48:3 49:18 51:6 58:15
  59:12 63:10 65:20 66:10 68:21
  69:25 70:8,8,14 86:8 92:4
  97:25 101:20 102:5 105:24,25
  114:21 115:15 116:6 117:18,25
  121:12 123:24 126:17 131:7
  133:18 135:18 139:23 148:13
  148:19 149:6 150:19,23
**taken** 5:6 8:24 11:5 31:25
  105:12 128:25 152:4 153:3
**takes** 54:18 86:6 95:10
**talk** 8:10 26:15,17 27:9,11,15
  46:10 55:21 69:3,9,10,11
  71:17 72:23 95:13 96:13
  100:24 101:24 106:21 109:21
  112:2 120:16,17 122:18 123:13
  134:6,8 135:23 138:16,19,21
  138:22 139:7 141:18 143:8
**talked** 19:10,10 27:25 82:24

95:16 116:17,18,24 119:13,21
  119:22 120:7,8 124:7 125:14
  129:18 139:9 140:13 142:3
**talking** 59:23 83:8 89:4 107:7
  120:15 134:9 141:17
**tall** 72:25 73:18
**taller** 73:2,22
**Tamar** 31:23,24
**tap** 60:23
**target** 67:5 110:9
**technician** 32:4
**technique** 56:7 77:5 100:9
**tell** 8:25 9:13,17,19,24,25 10:5
  10:7 53:23 57:23 62:12 89:14
  89:24 90:11 107:12,14,15,17
  122:10 123:14
**telling** 12:13 40:4 94:10 125:23
**ten** 36:3,20,21 43:6 51:20 59:2
  59:5 70:11 96:18,19
**ten-minute** 70:8,15
**term** 14:18 80:7 133:9 134:25
**terminate** 123:7
**terms** 63:16 98:18 132:16 133:16
  135:11
**test** 12:17 31:2,9
**testified** 48:16 63:19 105:3
  119:16
**testify** 11:3,20 33:2 104:25
  105:5,15 121:3 153:7
**testimony** 6:6 149:4 152:4 153:3
  153:6 154:8
**tests** 16:5
**thank** 6:18,21 8:23 14:20 20:4
  22:9 30:9 45:15 46:6 68:19
  70:18 74:6 79:14 82:23 84:19
  89:20 103:2,8 107:13 115:3,11
  117:17 119:4,8 125:12 128:20
  129:17 148:25 151:6
**thanks** 135:21
**that's** 33:3
**there's** 98:5 136:25
**they'd** 108:11
**they'll** 41:13
**they're** 67:16 87:18 92:23
**thing** 59:16 67:3 74:2 91:15
  112:9 113:7 118:3 130:9
  136:13 143:23
**things** 16:7 17:12 20:16 26:8
  28:20 38:11 46:11 49:3,16,17
  52:14 62:15 68:25 69:17 71:5

800.523.7887                                Associated Reporters Int'l., Inc.

79:22 80:12 89:15 91:20 94:12 98:15 102:3 112:11,13 114:18 122:6,7,7 125:2 128:6 131:13 132:3 134:19 141:14 144:6 145:9 150:17

**think** 8:8 16:23 19:19 20:12 27:7 29:23 49:5 69:25 126:19 136:7 145:11 148:6

**thinking** 81:23 137:21,23

**third** 28:3

**thirty** 16:23 46:19 47:18,18 91:24 114:7 154:9,10

**thirty-five** 54:3

**thirty-three** 26:11

**thirty-two** 26:11

**Thomas** 147:15

**thought** 28:8 61:21,22 81:15 139:4,4 146:2,23 150:21

**thousand** 96:3

**threat** 41:10,10,11,15 86:8,18 87:15 94:22 97:9,12,21 98:5 100:13 101:6 103:11

**threatened** 66:3 97:10 108:3

**threatening** 40:6,14 42:18 46:16 97:17,21 104:16 110:10

**threats** 40:11,19 42:22,22 43:18 60:12 62:23 63:14 67:6 95:6 95:23 97:25 98:2 134:22

**three** 27:8 29:18 33:13 38:23,24 43:8,19 44:9,12,13,19 49:18 51:10 64:9 140:2

**threw** 43:17,19 106:8,9 134:19 145:3

**throw** 38:5 43:16,17,21,22,23 114:23 148:19

**throwing** 59:22 106:14

**thrown** 148:5

**Thursdays** 16:24

**ticket** 38:21 40:11,19 42:6,7,24 43:3,7,9,11,16,21,22,23 45:6 47:6,17 59:22 64:22,25 96:5 96:19,24 97:2 99:2 104:18 106:15 118:20 148:5

**tickets** 37:17,21,24 39:7 51:13 52:15 53:6,6 57:14

**tier** 38:22,23,23,23,24,25 39:2 43:8 44:8,8,12,13,14,19

**till** 144:23

**time** 1:13 5:6,15 6:4 13:2 15:3 15:10 17:8 18:2 20:14,19

21:16,21 25:8 27:18 31:12,15 32:3,22 34:12,16,17,25 39:12 40:21 42:9 43:17 48:14,22,23 48:23 49:7,11,19 50:2,5,7,10 50:16,16,16,17,22,23,24 51:9 53:4 54:3,16 55:12 62:3,6 63:24 64:6 65:5,6,15 66:17 67:23 68:6,13 69:25 70:19 71:24 72:4 73:14,21,24 76:7 76:20,24 79:23 80:9,15,17 81:4,11,13 82:5 87:10,16,19 89:11 91:14 93:3,8,10 94:6 95:25 96:22 98:5,10,10 100:2 101:16 102:4,21 104:20,21 106:15,24 108:8,12 109:7,13 113:9,15 114:21 115:16 116:6 116:23 117:18,19 122:5 123:25 126:23 129:3 132:10,19 136:25 137:20 138:8 140:13,19 141:6 141:7 144:11,24,25 145:24 146:11,16,20 147:6,18 150:23 151:7 152:4 153:4

**times** 26:7 39:9 43:6 46:23 76:12 82:4 89:22 95:17 113:5 114:24 115:5 120:8 148:18 150:19

**timing** 95:18 103:5

**today** 9:10 11:3,14,20 34:12,13 34:14,25 39:10 53:19 66:24 102:2 118:2 149:4

**toilet** 54:13 56:9,12,17

**told** 10:21 12:15,20 13:11,20 20:14,18 21:5 34:8,8 39:20 42:3 47:3,7,9,14 49:9 50:13 50:18 51:21 57:25 59:10,11 62:9,10,21 65:16 67:15 69:15 81:12 82:24 84:21 91:7 100:13 105:10,25 106:23 107:12,14 110:6,12 123:22 135:3,9,16 139:11 140:5,8,9 141:3 147:13

**tolerate** 130:3

**tomorrow** 118:2

**tool** 130:12

**top** 108:9

**total** 55:14

**totally** 52:13

**touch** 135:23

**touched** 19:7 78:4 88:22 116:19

**touching** 54:21 58:10 79:9,16

800.523.7887

Associated Reporters Int'l., Inc.

trail 91:5 92:6,11 94:17
train 49:2
trained 31:18
training 31:16,20,25 32:6
transcribe 7:23
transcript 152:5,7 154:8,10,11
transcription 153:9
transfer 14:11 20:13 37:10
  147:14
transferred 29:13 41:13 117:12
transpired 70:20 96:15
trap 77:21,21
traveling 117:12
treated 16:8
treatment 15:4,10,19 16:17 17:3
  17:5 47:5
trial 5:9,16 9:7 33:22 34:3,4,5
  34:11,16,17 35:2 120:25
  134:20 135:13 146:18
tricks 137:25
tried 34:5 59:25 65:23 74:23
  99:14
triggering 47:22
triggers 46:23,23,24
troopers 127:12
trouble 8:9
true 84:12 152:5,7 153:10
trump 42:23 57:14
truth 6:7,7 8:25,25 9:2,10
  57:23 58:17 91:7 98:22 99:5
  123:20 153:7,7,8
try 8:12 39:6 41:14 42:24 45:25
  46:3 54:14 74:22 148:19
  150:24
trying 54:22 56:24 60:5 76:6,11
  76:25 77:13,20 78:6,14 79:19
  87:3 98:6 105:8,10 107:3
  132:7 138:3 151:2
Tuesdays 16:24
tune 82:13
turn 75:4 77:19
turnstile 48:19,19
twelve 36:21 50:12,14 51:4,4
  96:4
twenty 91:24 136:15
Twenty-five 35:18
twenty-four 11:6,9,12 17:9
twenty-one 37:16
twenty-three 17:14 24:20

twice 26:18 68:8
two 7:7 21:4 28:2 31:14 38:23
  39:2,5,22 43:19 49:18 54:3
  59:14 64:9 71:19 72:3 83:14
  84:2 96:3,3 111:9 119:3 128:5
  139:16,16,16 140:2 142:9
twos 44:14
type 12:16 28:20 29:5,8 65:23
  88:7 121:21 146:21
typewritten 153:8
typing 28:17,18 119:19,24

                    U

U 3:7
Uh-huh 111:18
uh-huhs 8:2
un 75:13
unable 138:16
unannounced 87:12 142:13,14
unaware 57:25 80:8 112:20
unconscious 79:25
understand 7:20 8:3,24 9:4,13
  10:13,23 37:24 53:19 59:3,5
  69:14 71:3 89:21 97:16 98:9
  100:12 101:17 117:17 122:7
  135:25
understanding 77:3 131:17
  132:16 133:17 134:10,17,24
  135:15
understandings 134:12
understands 130:16
understood 9:20 12:20 14:20
  42:13 61:11,11 69:22 82:4
  120:24
uniform 73:12,13,15
unit 106:25 107:2,24 114:20
  116:9
United 1:2 7:5
ups 68:24
upset 105:14 107:8
upstairs 64:5 103:18 107:17
  108:6
Upstate 13:10,22 14:12,18 42:10
  42:10
Uptown 24:5,10
use 41:13 63:7 65:19 88:9
  131:21 139:20,21 140:3,20
  144:21
usually 27:14 54:7 114:22 116:8
  118:25 125:20,21 126:19,20

138:19,21
**utilize** 89:13 122:3 127:20
**utilizing** 65:19 130:12

---

**V**

**v** 1:1,7 2:1 3:1 4:1 5:1 6:1 7:1
 8:1 9:1 10:1 11:1 12:1 13:1
 14:1 15:1 16:1 17:1 18:1 19:1
 20:1 21:1 22:1 23:1 24:1 25:1
 26:1 27:1 28:1 29:1 30:1 31:1
 32:1 33:1 34:1 35:1 36:1 37:1
 38:1 39:1 40:1 41:1 42:1 43:1
 44:1 45:1 46:1 47:1 48:1 49:1
 50:1 51:1 52:1 53:1 54:1 55:1
 56:1 57:1 58:1 59:1 60:1 61:1
 62:1 63:1 64:1 65:1 66:1 67:1
 68:1 69:1 70:1 71:1 72:1 73:1
 74:1 75:1 76:1 77:1 78:1 79:1
 80:1 81:1 82:1 83:1 84:1 85:1
 86:1 87:1 88:1 89:1 90:1 91:1
 92:1 93:1 94:1 95:1 96:1 97:1
 98:1 99:1 100:1 101:1 102:1
 103:1 104:1 105:1 106:1 107:1
 108:1 109:1 110:1 111:1 112:1
 113:1 114:1 115:1 116:1 117:1
 118:1 119:1 120:1 121:1 122:1
 123:1 124:1 125:1 126:1 127:1
 128:1 129:1 130:1 131:1 132:1
 133:1 134:1 135:1 136:1 137:1
 138:1 139:1 140:1 141:1 142:1
 143:1 144:1 145:1 146:1 147:1
 148:1 149:1 150:1 151:1 152:1
 153:1 154:1,4
**vacation** 59:19 65:9
**Vega** 25:2
**vent** 145:13,14
**VENUE** 1:14
**verbal** 7:24 38:8,8 41:4 48:9,9
 63:3
**video** 8:5 20:22
**violate** 134:23
**violated** 99:7 134:21 148:21
**violating** 52:18
**violation** 99:12 131:18
**violence** 38:10,25 100:5
**violent** 38:11 88:21 132:8
**vision** 82:13
**visit** 19:7,21
**voice** 7:22

---

**W**

**wait** 8:6 43:15 118:3 123:13
**waited** 144:23
**waiting** 31:20,21,22,24 32:3
 36:24 47:4,8 66:4 135:13,15
**waived** 35:14,15
**wake** 55:8 74:13 78:24 82:19
 86:22 88:12 142:13,15
**wakes** 80:3
**waking** 54:19
**walk** 81:18 108:11,12
**walked** 63:18,23
**walking** 81:10 137:3 142:8
 143:20
**wall** 74:23 81:17
**Wallkill** 12:9 35:22,22 36:5,6
 37:14 41:10,12,17 42:6
**want** 19:11,17,25 20:10,17 21:21
 34:9 44:2 45:17,17,18,19 47:2
 47:5,15 62:24 63:4,17 66:21
 66:23,23 67:11,23 69:12,18,21
 78:15 85:17 91:11 95:17 101:6
 102:8,10 103:4 105:8 106:16
 106:17 108:11 109:25 114:15
 116:20 120:14 123:19,20,22
 125:23 126:6,7 129:20 133:17
 135:12 136:19 137:12,12
 139:21 143:12,12,15 145:14,15
 145:16 148:13,14 151:10
**wanted** 47:3 66:20 67:20,21,21
 68:2 84:21 93:12 94:4 95:14
 106:23 107:10,20 109:21 110:2
 112:2 118:21 141:16 146:18,18
 147:2
**wants** 107:18 108:5,24 139:22
**warrant** 21:25 50:19 100:3
**wasn't** 13:9 16:4 34:10,22 40:9
 59:10,11 62:9,21 66:15,25
 67:7,8 74:3,3,4 75:6,7 77:4
 77:15 78:2 82:6 96:8 100:14
 106:7 110:4 111:5,23 136:14
 144:7 147:6 150:22
**waste** 132:18
**watch** 61:4 88:8 143:19
**water** 56:15,16
**way** 8:17 20:21 46:4 52:13,22,23
 55:5 73:22,24,25 76:5 79:8
 86:16 90:9 91:8 98:16,16,17
 101:13 109:10 114:23 118:19

121:21 122:7,12,14 128:12
130:4 132:9,13 135:12 140:22
143:20 145:21 146:17
**we'll** 69:6,9,10 95:13 103:7
134:5 135:4
**we're** 56:18,24 58:15 94:3
113:25 134:5 136:2 151:15
**we've** 95:16 116:17 119:21 121:2
**we'd** 135:7
**weapons** 61:3
**wear** 47:24 91:6
**wearing** 73:12
**WebEx** 1:14
**week** 26:18 47:11,20 109:8,8,9
116:6 118:18,18,23 119:2
**weekend** 26:18 49:20,20
**weeks** 117:21 128:5 138:22
**Weight** 23:25
**welcome** 6:22 14:21 20:5 22:10
30:10 74:7 119:5 125:13 149:2
**went** 12:11 13:7 36:5,9,13,25
37:4,4,6 42:5 51:21 55:20,24
56:3 61:12 64:7,15 66:7 68:16
89:3 90:2 98:24,25 103:18,24
107:19 109:4,14 138:25 139:11
144:13 150:22
**whatsoever** 51:14
**white** 72:10,11,24
**whoever's** 98:4
**willing** 135:2
**Willy** 33:7
**window** 76:16
**windows** 76:17
**wish** 132:17 150:9
**witness** 5:10,14 6:12,16,19,20
6:22 9:6 22:14 66:2,2 70:23
70:25 71:6,10,15 83:19 104:15
104:17 111:9,12,15 121:6
148:7,7,8 151:10 153:6
**witnesses** 119:11
**woke** 55:14 142:10,12,16
**woken** 75:15
**won** 149:18
**won't** 90:23
**word** 56:4 85:23 89:22 154:16,18
154:19,20,21,22,23
**words** 56:2 57:15 70:19 80:2
**work** 12:17 15:24 16:5 28:13
62:23 108:23 109:4,13 116:8
116:11,11 117:9,13 132:10

140:25 141:8
**worked** 96:8
**working** 13:9 16:25 47:23 55:19
64:6 66:12 68:10,11 133:7
141:3 149:21
**works** 30:4 44:5 65:11 73:10
112:19 120:21 147:10
**worried** 138:9
**worry** 52:17 140:23 146:9
**worrying** 17:12 137:16
**worse** 13:8,8 89:2 132:5
**worth** 116:7
**would've** 57:9 65:24 88:24,25
89:2,3,8 101:24 107:19
**wouldn't** 33:2 68:2 89:4 96:9,9
101:22,23 102:2 136:12
**wouldn't** 121:7
**wound** 59:22
**wow** 81:20
**wrapped** 57:8 77:14,19 78:21
**write** 46:3 52:18 55:23 57:11
86:14 88:17 89:15 90:11 94:21
106:11 117:22 118:4 121:13,16
121:21,22 122:9 129:5,6,9,11
151:11
**writing** 29:3 64:17,25 95:4
96:24 97:2 99:2 104:4 122:19
122:20,21 124:22 140:10
**written** 71:24 109:15 114:25
122:16 129:2
**wrong** 38:7 40:3 57:15,16,16,16
57:17 82:7 87:7,17,18,18,22
92:22 102:17 109:16,17 112:4
112:8,15 130:6,10,17,22,25
131:5 132:4 134:2 137:18
148:11,22 151:2
**wrongdoing** 67:23 89:6 90:14
92:8 93:7,9,10 132:22
**wronged** 91:8
**wrongful** 21:17,23 33:3
**wrongfully** 88:6 130:11
**wrongfulness** 88:2 91:18
**wronging** 127:24
**wrongs** 133:19
**wrote** 19:18,18 47:6 58:22 59:8
65:6 86:11 94:19 97:3 99:17
100:20 110:7 111:2,15,21
113:3,6 114:7,16,19

|  X  |
|---|

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 187

**X** 1:10 3:2 4:2,2 152:8,11

**Y**

**y'all** 54:24 62:14,15 82:18 102:10
**yeah** 6:20 15:6 16:18 21:3 31:25 32:20 34:16 38:3 39:23 40:2,4 44:10 45:2,12 46:4 48:23 49:17 50:14 51:19 52:2,4 72:20,21 74:2 77:12 81:4 94:11 95:5 96:6 97:18 100:2 106:20 108:13,19 111:21 113:24 116:3 117:23 120:2 132:25 133:13 134:14 140:5 141:20 142:12,20,24 143:7 144:9 145:8 148:2,7 151:12,15
**year** 13:2,8 16:12 19:13,16 20:23,24 23:14 41:24
**years** 17:14 19:6,22,24 24:21 25:10 35:24 36:3,21,21,22 37:16 38:18 47:23,25 50:3,13 50:14 51:4,5,10,12,20 53:8,11 59:2,5 67:10 116:7 136:15
**yo** 54:23 126:14
**York** 1:3 2:7,13,13 7:6 22:8 23:19 28:5,7 50:8 125:16 154:12,14,14
**you're** 63:14 95:5 113:8
**young** 48:18 49:6

**Z**

**zero** 83:14,14,14,14
**Zoom** 135:17

**0**

**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** 23:22

**1**

**1** 148:7 153:5,9
**10005** 2:13 154:14
**11:17** 1:13 6:2
**11A1499** 6:16
**12** 1:12 51:12
**12th** 64:3 96:3 104:5 138:18
**13th** 40:9,10,10 64:19 96:5,17 104:8,9
**14** 81:5
**142nd** 26:13
**151** 153:9
**15th** 14:8,14 36:12 40:24 42:8

**16** 48:25
**16th** 36:6 42:3 65:22 104:11,12 106:4 109:9,11,12 138:18
**17** 20:3 48:25
**18** 20:3
**1983** 147:7
**1999** 23:15 32:16

**2**

**2** 148:7
**2/11** 103:11
**2/12** 103:10,11
**2/12th** 64:4
**2/13** 64:20 65:6
**2:33** 1:13 151:17
**20** 14:10,14
**2000** 32:16,19,19,20 41:25 51:8 51:8 64:3
**2001** 51:8
**2004** 32:17
**2011** 36:19,23 37:3 51:21 61:25
**2012** 36:4,17,18 37:5,7,12
**2017** 20:2 30:21 31:9
**2018** 31:10
**2019** 21:17
**2020** 37:13
**2021** 12:8,20 14:24 15:5,7 36:4 36:5 37:22 41:25 53:20,21 70:20 86:12
**2022** 13:16 14:4 15:12,13 36:11 36:12 40:24 42:2,6,8,12
**2023** 1:12 14:10,25 15:18 16:12 16:16 18:6 36:14 152:10
**21** 53:25
**21-CV-3578** 1:7 154:4
**21st** 16:11 36:14 42:9
**23** 116:7
**25** 141:5
**25th** 68:17 109:12
**27** 86:11
**27th** 53:20,21,25 60:8 70:20
**28** 2:12 154:14

**3**

**3** 148:7
**30** 154:9,10
**34** 104:20,23
**35** 104:23,24

**4**

| **5** | |
|---|---|
| **5/6/'77** | 23:17 |
| **523-7887** | 154:2 |

| **6** | |
|---|---|
| **6** | 3:4 |
| **6th** | 36:11,19 |

| **7** | |
|---|---|
| **7/12/2023** | 1:1  2:1  3:1  4:1  5:1  6:1  7:1  8:1  9:1  10:1  11:1  12:1  13:1  14:1  15:1  16:1  17:1  18:1  19:1  20:1  21:1  22:1  23:1  24:1  25:1  26:1  27:1  28:1  29:1  30:1  31:1  32:1  33:1  34:1  35:1  36:1  37:1  38:1  39:1  40:1  41:1  42:1  43:1  44:1  45:1  46:1  47:1  48:1  49:1  50:1  51:1  52:1  53:1  54:1  55:1  56:1  57:1  58:1  59:1  60:1  61:1  62:1  63:1  64:1  65:1  66:1  67:1  68:1  69:1  70:1  71:1  72:1  73:1  74:1  75:1  76:1  77:1  78:1  79:1  80:1  81:1  82:1  83:1  84:1  85:1  86:1  87:1  88:1  89:1  90:1  91:1  92:1  93:1  94:1  95:1  96:1  97:1  98:1  99:1  100:1  101:1  102:1  103:1  104:1  105:1  106:1  107:1  108:1  109:1  110:1  111:1  112:1  113:1  114:1  115:1  116:1  117:1  118:1  119:1  120:1  121:1  122:1  123:1  124:1  125:1  126:1  127:1  128:1  129:1  130:1  131:1  132:1  133:1  134:1  135:1  136:1  137:1  138:1  139:1  140:1  141:1  142:1  143:1  144:1  145:1  146:1  147:1  148:1  149:1  150:1  151:1  152:1  153:1  154:1,5 |
| **701.6** | 98:11,19 |

| **8** | |
|---|---|
| **800** | 154:2 |
| **84** | 4:5 |
| **8th** | 26:13 |

| **9** | |
|---|---|
| **90** | 42:10  47:20 |
| **99** | 23:15 |