# EXHIBIT F

**Quick, Quandera T (DOCCS)**

| | |
|---|---|
| **From:** | Alvarado, Alexander (DOCCS) |
| **Sent:** | Sunday, February 14, 2021 7:15 AM |
| **To:** | Quick, Quandera T (DOCCS) |
| **Cc:** | Barnes, Michael R (DOCCS) |
| **Subject:** | FW: Grace, A 11A1499 |
| **Attachments:** | 0086.pdf |

Quick this Inmate did complain about the cell search conducted. I advised Inmate Grace all cell searches are unannounced. After reading this grievance, Inmate Grace mentions threatening staff. I was directed to issue this Inmate a misbehavior report and he is currently confined for the grievance he submitted. Pls advise on further direction.

**From:** Quick, Quandera T (DOCCS) ███████████
**Sent:** Thursday, February 11, 2021 2:18 PM
**To:** Alvarado, Alexander (DOCCS) ███████████
**Subject:** Grace, A 11A1499

Sgt. Alvarado,

This inmate mentions Sgt. Alverez, but he may have been referring to you. If you recall, can you provide some feedback on the attached.

Thank you,

**Quandera T. Quick**
Supervisor Inmate Grievance Program

**Department of Corrections and Community Supervision**
Sing Sing Correctional Facility, 354 Hunter Street, Ossining, NY 10562
████████████████

**From:** Quick, Quandera (DOCCS) ███████████
**Sent:** Wednesday, February 3, 2021 4:11 PM
**To:** Quick, Quandera T (DOCCS) ███████████
**Subject:**

**GRACE-DEF 0050**