**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
ANGELO GRACE,

                    Plaintiff,

      -against-                                                21 **CIVIL** 3578 (CS)

                                                                              **JUDGMENT**

SERGEANT ALEXANDER ALVARADO,

                    Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 29, 2024, Defendant's motion is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      April 29, 2024

                                                             **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                         **BY:**              *K. Mango*

                                                              **Deputy Clerk**